**Fill in this information to identify the case:**

Debtor name  **Hall Labs, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  5, 2025**          X *_/s/ David R. Hall_*
                                          Signature of individual signing on behalf of debtor

                                          **David R. Hall**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hall Labs, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Emily Brimhall 580 N. Bald Mountain Drive Alpine, UT 84004** | | **Commitment to Purchase SmarterHome Interest Note** | **Contingent** | | | **$5,000,000.00** |
| **Sierra Partners, LLC 259 River Bend Way, Suite 102 North Salt Lake, UT 84054** | | **Guaranty of Real Estate Lease (3000 Sierra Vista Way)** | **Disputed** | | | **$3,051,743.00** |
| **R&O Investments, LC Steve Simmons 933 Wall Ave. Ogden, UT 84404** | | **Investment Note Issued by Debtor 1970-1989** | | | | **$2,975,000.00** |
| **Chris G. Connelly Trust June 19 2008 2178 E Rasmussen Drive Saint George, UT 84790** | | **Investment Note issued by Debtor 1515-1523, 1692-1697, 1739-1743, 1848-1854, 1903-1913** | | | | **$2,737,000.00** |
| **The Alan and Jeanne Hall Foundation 4421 S 1800 W Roy, UT 84067** | | **Investment Note Issued by Debtor** | | | | **$1,666,000.00** |
| **Carl Belliston 3538 N 180 E Provo, UT 84604** | | **Contingent Bonus Commitment** | **Contingent** | | | **$1,284,740.00** |
| **Evans Development, LLC 1220 N Main Street, Suite 1 Springville, UT 84663** | | **2741; 2744; 2745; 2746; 3063; 394; 422; 423; 570; 754** | **Disputed** | | | **$1,273,994.00** |

Debtor   **Hall Labs, LLC**                                              Case number (if known) _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **STAG Industrial, Inc. One Federal Street, 23rd Floor Boston, MA 02110** | | **Guaranty of Real Estate Lease (3715 Building)** | **Disputed** | | | **$1,251,221.00** |
| **Jeffery Duncan 3474 W Morre Road Tucson, AZ 85742** | | **Contingent Bonus Commitment** | **Contingent** | | | **$1,196,276.00** |
| **Marbek Enterprises Mark R. Alder 294 W Jennings Lane Capac, MI 48014** | | **Investment Note Issued by Debtor** | | | | **$1,190,000.00** |
| **Bello Monte 4421 S 1800 W Roy, UT 84067** | | **Investment Note issued by Debtor** | | | | **$1,190,000.00** |
| **W. Fred and Jane Mensel 3381 S Oakwood Street Salt Lake City, UT 84109** | | **Investment Note Issued by Debtor 1501-1502, 1819-1820, 1865, 1900-1902** | | | | **$1,071,000.00** |
| **Bank of Utah Custodian for Gary E. Jones IRA 2605 Washington Blvd. Ogden, UT 84401** | | **Investment Note issued by Debtor 1633-1636, 1887, 1945-1946, 1954** | | | | **$1,071,000.00** |
| **Kornerstone Guaranty Insurance Co. 111 E Broadway, Suite 900 Salt Lake City, UT 84111** | | **Investment Note Issued by Debtor 1788-1790, 1930-1932** | | | | **$892,500.00** |
| **Importune, LLC LaVorn G. Sparks 174 W 4750 N Provo, UT 84604** | | **Investment Note Issued by Debtor 1149-1150, 1142-1143, 1555-1560** | | | | **$833,000.00** |
| **Dale Chugg 1556 Farr West Drive Ogden, UT 84404** | | **Investment Note issued by Debtor 1323, 1700-1702** | | | | **$833,000.00** |
| **Michael Hall 737 E 2620 N Provo, UT 84604** | | **Contingent Bonus Commitment** | **Contingent** | | | **$812,346.00** |
| **Wendy Coplen 386 E 1410 S Orem, UT 84058** | | **Contingent Bonus Commitment** | **Contingent** | | | **$787,711.00** |

Debtor  **Hall Labs, LLC**
_____                     Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Scott and Debbie Purdie Fam. Rev. Trust Debbie Purdie 2956 North 63rd Street Mesa, AZ 85215** | | **Investment Note Issued by Debtor 1197, 1233, 1509, 1625, 1749-1750, 1791, 1935 10/11/19; 11/19/19; 2/21/20** | | | | $773,500.00 |
| **Streamline Consulting 1238 Maple Road Montpelier, ID 83254** | | **Contingent Bonus Commitment** | | | | $736,232.00 |

**Fill in this information to identify the case:**

Debtor name   **Hall Labs, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................   $     **0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................................   $     **124,887,811.81**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................   $     **124,887,811.81**

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $     **23,785,512.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **153,125.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **62,729,595.29**

4.    Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b     $     **86,668,232.29**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hall Labs, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **7876** | **$86,205.61** |
| 3.2. | **Chase Bank** | **Checking** | **6590** | **$245,015.00** |
| 3.3. | **Chase Bank** | **Checking** | **5112** | **$1,111.20** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $332,331.81 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Hall Labs, LLC**_____   Case number *(If known)* _____
_____Name_____

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **WCF Insurance -- repaid workers' compensation insurance** | **$1,970.00** |

9.   **Total of Part 2.**                                                                                           **$1,970.00**

Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:        **299,736.00**      -           **0.00**    = ....      **$299,736.00**
                        _____face amount_____           _____doubtful or uncollectible accounts_____

12.   **Total of Part 3.**                                                                                           **$299,736.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.   **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:     % of ownership | | |
| 15.1.  **Bacon Work, Inc.**     **15** % | **N/A** | **$263,854.00** |
| 15.2.  **Nernst Electric, Inc.**     **56.1** % | **N/A** | **$0.00** |
| 15.3.  **Smarter Home, Inc. (SmarterHome has $5 million in annual revenue, delining, but is not cash flowing and cannot cover current debt payments)**     **90** % | **N/A** | **$0.00** |
| 15.4.  **Vanderhall Motor Works, Inc.**     **51** % | **N/A** | **$98,218,686.00** |

Debtor   **Hall Labs, LLC**                                     Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 15.5. | **Hall Property Holdings, LLC** | **100** | % | **N/A** | **$250,872.00** |
| 15.6. | **DRH Holdings, LLC** | **100** | % | **N/A** | **$373,922.00** |
| 15.7. | **Hall Opportunity Fund 1, LP** | **38** | % | **N/A** | **$721,379.00** |
| 15.8. | **Hall Labs Opportunity Fund, LLC (Holds shares of SmarterHome, Inc.)** | **99** | % | **N/A** | **$0.00** |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$99,828,713.00

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Computers, Desks, Tables** | **$5,000.00** | **N/A** | **$5,000.00** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| Debtor | **Hall Labs, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$5,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Two Handheld Laser Welders | $17,856.00 | | $0.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Hall Labs, LLC**
Name

Case number *(If known)* _____

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **The Debtor uses office and lab space that is leased by its subsidiary, Hall Property Holdings, LLC from an unaffiliated landlord and subleased to Vanderhall Motor Works, Inc. then sub-subleased by Hall Property Holdings, LLC from Vanderhall Motor Works, Imc.  It is a month-to-month lease.  Hall Property Holdings, LLC and DRH Holdings, LLC own parcels of real property, which are included in the values of those entities under Item 15** | | **$0.00** | **N/A** | **$0.00** |

56. **Total of Part 9.**

$0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See attachment** | **$0.00** | **N/A** | **Unknown** |
| 61. **Internet domain names and websites** **See attachment** | **$0.00** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Hall Labs, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

64.    **Other intangibles, or intellectual property**
       **The Debtor's business model is to create R&D**
       **projects and progress them to for-profit**
       **enterprises.  In its earliest stages, each project**
       **consists of intangibles and intellectual**
       **property.  The Debtor's current "earliest stage"**
       **projects are listed below.  Not all listed**
       **projects are currently active or being funded**

       **Adaptive (innovated housing):  $0.00**
       **E-Lifter (lifting systems):  $0.00**
       **Mule.work (innovative motorized self-driven**
       **carrier):  $0.00**                              **$0.00**    **N/A**                      **$0.00**

65.    **Goodwill**

66.    **Total of Part 10.**                                                          **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                     **Current value of
                                                                     debtor's interest**

71.    **Notes receivable**
       <sub>Description (include name of obligor)</sub>
       **Nonrecourse note receivable in the**      **32,235.00**  -          **32,235.00**  =
       **face amount of $32,235.00 from**           <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>
       **SanityWorx, Inc.**                                                                  **$0.00**

       **Streamline Consulting**                   **0.00**  -                **0.00**  =
       **Nonrecourse Promissory Note in the**      <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>
       **original principal amount of**
       **$2,475,000.00  (Matures 7/31/25)**                                               **Unknown**

       **Carl Belliston**                          **0.00**  -                **0.00**  =
       **Nonrecourse Promissory Note in the**      <sub>Total face amount</sub>    <sub>doubtful or uncollectible amount</sub>
       **original principal amount of**
       **$990,000.00 (Matures 7/31/25)**                                                  **Unknown**

Debtor  **Hall Labs, LLC**                          Case number *(If known)* _____
        Name

**Jeffery Duncan**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$990,000.00 (Matures 7/31/25)**
                                                                                    **Unknown**

**Michael Hall**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$990,000.00 (Matures 7/31/25)**
                                                                                    **Unknown**

**Emily Brimhall**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$990,000.00 (Matures 7/31/25)**
                                                                                    **Unknown**

**Wendy Coplen**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$74,250.00 (Matures 7/31/25)**
                                                                                    **Unknown**

**Tyrone Foster**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$74,250.00 (Matures 7/31/25)**
                                                                                    **Unknown**

**Brett Wilkey**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$74,250.00(Matures 7/31/25)**
                                                                                    **Unknown**

**Sky Evans**
**Nonrecourse Promissory Note in the**          0.00    -                           0.00   =
**original principal amount of**              Total face amount      doubtful or uncollectible amount
**$74,250.00 (Matures 7/31/25)**
                                                                                    **Unknown**

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)
      **Net Opperating Losses (Federal)**
      **Accumulated total through 2023**                    Tax year **2023**            **$24,357,061.00**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **Hall Labs, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

**The Debtor's business model is to create R&D projects
and progress them to for-profit enterprises.  Several
enterprises, together with related intellectual property,
have been sold on terms that include earn-out payments
contingent upon future performance or the achievemant
of milestones.  All such outstanding earn-out
arrangements are listed below.  In all cases, the
possibility of receiving any earnout is speculative.
Sustainable Energy Systems did not meet milestones
specified for 2023.  All other earnouts are based on
revenues.  No companies except Care.Life and Sure-Fi
are receiving any revenues currently.**

**Care.Life Earnout:  $0.00**
**Dyol Earnout:  $0.00**
**Lavwell Earnout:  $0.00**
**Sustainable Energy Systems Earnout:  $0.00**
**Sure-Fi Earnout:  $0.00**
**Microclimate Earnout:  $0.00**
**SmartWinch Earnout (Hall Logic):  $0.00**
**Trolf Ventures Earnout:  $0.00**                                              $0.00

Nature of claim    _____
Amount requested              **$0.00**

---

**In connection with a certain lawsuit filed by Jamie
Evans against the Debtor and certain other parties, the
plaintiff has alleged the existence of a partnership
between the plaintiff and the defendants.  Defendants
deny the existence of a partnershkp.  In the alternative,
however, if a partnership is found to exist, defendants
have asserted that plaintiffs would owe defendants at
least $2,700,000.00.  The Debtor values the interest in
the counterclaim at $0.00 because it does not believe a
partnership exists.**                                                            $0.00

Nature of claim    **Counterclaim**
Amount requested       **$2,700,000.00**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Retainers paid for legal representation outside of
       bankruptcy:**
       **Brammer Ranck:  $25,000.00**
       **Denton Durham Jones Pinegar:  $20,000.00**
       **Funderburk Funderburk Courtois, LLP:  $11,000.00**
       **The Finley Firm:  $7,000.00**                                          **$63,000.00**

---

78.    **Total of Part 11.**                                        | **$24,420,061.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

Debtor   **Hall Labs, LLC**                                              Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $332,331.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,970.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $299,736.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $99,828,713.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $24,420,061.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $124,887,811.81 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $124,887,811.81 |

## LIST OF HALL LABS PATENTS

**Date: 3/3/2025**

| HL No. | Status | Title | Filing Date |
|---|---|---|---|
| CWL18001 | Patented | Hydronic Panel | 4/6/2018 |
| CWL19006 | Patented | System for Heating and Cooling a Room with Insulating Layer | 5/28/2019 |
| CWL19011 | Patented | Radiant Panel with Heat Exchange Device | 10/29/2019 |
| GDR20001 | Patented | MECHANISM FOR OPENING AND CLOSING AN OVERHEAD DOOR INCLUDING ONE WAY BEARING | 2/29/2020 |
| GDR20002 | Patented | SYSTEM FOR ADJUSTING THE COUNTERBALANCE OF AN OVERHEAD DOOR | 2/29/2020 |
| GDR20003 | Patented | OVERHEAD DOOR OPENER WITH GUIDE BEARINGS | 2/29/2020 |
| GDR20004 | Patented | ACCESS SYSTEM FOR A STRUCTURE | 2/29/2020 |
| GDR20005 | Patented | MULTIFUNCTION LOCK UNIT | 2/29/2020 |
| GDR20006 | Patented | GARAGE ACCESS UNIT | 2/29/2020 |
| GDR20007 | Patented | PACKAGE DELIVERY PLACEMENT SYSTEM | 2/29/2020 |
| GDR20011 | Patented | SHAFT MOUNTED OVERHEAD DOOR OPERATOR, CLUTCH AND KIT THEREFOR | 6/23/2020 |
| GDR21006 | Patented | Overhead Door Opener System with One Way Bearing | 6/28/2021 |
| HLL18005 | Patented | Augmented Reality Inventory Management System | 5/10/2018 |
| HLL21001 | Patented | Package Delivery System | 9/15/2021 |
| HLL21003 | Patented | Package Delivery Vehicle | 9/15/2021 |
| HLL21004 | Patented | Fleet for Delivering Packages | 9/15/2021 |
| HLL21010 | Patented | MULTI-FUNCTION TRAILER | 8/31/2021 |
| INH18001 | Patented | Motor-Driven Fairlead to Aid in Spooling or Unspooling a Line from a Winch | 12/27/2018 |
| MMT21002 | Patented | Location Tracking System | 1/11/2021 |
| MMT21003 | Patented | Securely Coded Wrapping | 1/11/2021 |
| MMT21004 | Patented | Environmentally Reactive Labels | 1/11/2021 |
| MSB15004 | Patented | Motorized Gearbox Assembly Having a Direct-Drive Position Encoder | 4/9/2015 |
| MSB15006 | Patented | Smart Device Position and Orientation Synchronization Function | 4/9/2015 |
| MSB15009 | Patented | Intelligent Window Covering Incorporating Climate Control Features | 4/9/2015 |
| MSB15010 | Patented | Intelligent Window Covering Incorporating Security Features | 4/9/2015 |
| MSB15012 | Patented | Universal Multi-Function Wall Switch | 4/9/2015 |
| MSB16002 | Patented | Lever Arm Assembly for a Window Covering | 3/17/2016 |
| MSB16003 | Patented | Intelligent Window Blind Adjustment | 6/7/2016 |
| MSB16004 | Patented | Easy Installation Headrail Assembly | 6/16/2016 |
| MSB16010 | Patented | Motorized Gearbox Assembly with Through-Channel Design | 10/6/2016 |

| | | | |
|---|---|---|---|
| MSB17003 | Patented | Reversible Roller Shades with Light Reflective and Heat Absorbing Roller Fabric | 2/7/2017 |
| MSB17021 | Patented | Compression Adjustment Mechanism for Headrail | 5/10/2017 |
| MSB20002 | Patented | LEVELER FOR WINDOW COVERING | 1/24/2020 |
| NVB10001 | Patented | Wall Assembly Comprising Panels Configured To Reside In An Overhead Structure | 12/27/2010 |
| NVB16004 | Patented | Consolidated Kitchen Workspace | 4/8/2016 |
| NVB16006 | Patented | Modular Prismatic Box-Like Structure-Based Building Method and Infrastructure | 5/18/2016 |
| NVB16007 | Patented | Rooftop Greenhouse Inside Roof Infrastructure | 5/31/2016 |
| NVB16017 | Patented | Flexible, Sound-Attenuating Roll-Up Wall System | 9/27/2016 |
| NVB16021 | Patented | Modular Domestic Appliance with Electrically Conductive Members | 10/6/2016 |
| NVB16022 | Patented | A Bridging Apparatus | 10/18/2016 |
| NVB16033 | Patented | Customizable Glass Wall System | 12/14/2016 |
| NVB16034 | Patented | Customizable Glass Wall System with Partitioned Film | 12/19/2016 |
| NVB16035 | Patented | Electrical Interconnection System | 12/19/2016 |
| NVB17014 | Patented | Modular Building Component for Floor and Ceiling with Rod-Based Dimensions | 6/13/2017 |
| NVB18001 | Patented | A Bridging Apparatus | 2/13/2018 |
| NVB18008 | Patented | Modular Building Unit and System | 12/29/2018 |
| NVB19007 | Patented | OVERHEAD STORAGE SYSTEM | 7/29/2019 |
| NVB19011 | Patented | Systems for Releasably Securing a Platform | 5/29/2019 |
| NVB19012 | Patented | Systems for Reversibly Dividing a Space | 6/20/2019 |
| NVB19013 | Patented | System for Reversibly Dividing a Space | 8/3/2019 |
| NVB19016 | Patented | Systems and Devices for Releasably Securing Objects | 3/16/2020 |
| NVB20010 | Patented | Extendable Sofa | 6/24/2020 |
| RCP17001 | Patented | Heat Resistant and Shock Resistant Integrated Circuit | 4/18/2017 |
| RPL17001 | Patented | System for Automatically Monitoring a Supply of a Consumable Product, Replenishing the Supply, and Methods of Use | 12/1/2017 |
| RPL18001 | Patented | Augmented Reality Navigation System | 3/22/2018 |
| SLR18001 | Patented | PHOTOVOLTAIC MODULAR SYSTEM | 11/5/2018 |
| SMT14003 | Patented | Motorized Lifting Device with Isolated Logistics and Power Electronics | 4/4/2014 |
| SMT14004 | Patented | Motorized Lifting Device with Accurate Weight Measuring Capability | 4/4/2014 |
| SMT14005 | Patented | Synchronized Motorized Lifting Devices for Lifting Shared Loads | 4/4/2014 |
| SMT14008 | Patented | Load Distribution Management for Groups of Motorized Lifting Devices | 4/4/2014 |
| SMT14011 | Patented | Grooved Drum and Associated Passive Guide for Motorized Lifting Device | 4/4/2014 |
| SMT17011 | Patented | Thimble Assembly for a Cord | 4/25/2017 |

| | | | |
|---|---|---|---|
| SMT18004 | Patented | Power Drop Assembly with Processor and Memory | 2/1/2018 |
| SMT18010 | Patented | Overhead Programmable Battery Charger | 3/29/2018 |
| SMT20015 | Patented | SYSTEMS AND METHODS FOR AVOIDING INTERFERENCE BETWEEN AN OVERHEAD DOOR AND A LIFTER | 6/1/2020 |
| SMT21004 | Patented | Storage System with Under Platform Storage | 10/18/2021 |
| ADP23001 | Publ. | System for Raising and Lowering Furniture | 11/14/2023 |
| ADP23003 | Publ. | Modular Dwelling Unit Having Vertically Spaced Zones | 8/15/2023 |
| INH22009 | Publ. | WINCH WITH SPOOL AND REMOTE TENSIONING WHEEL | 11/30/2022 |
| INH23001 | Publ. | Winch with Supporting Member | 8/23/2023 |
| INH23002 | Publ. | Raisable Grow System | 8/23/2023 |
| INH23003 | Publ. | Grow System Stack | 8/23/2023 |
| MSB23001 | Publ. | Motorized Device for Opening and Closing Curtains | 9/20/2023 |
| MUL22002 | Publ. | Self-Propelled Cart | 12/19/2022 |
| MUL22003 | Publ. | Cart Attachable to a Vehicle for Transport | 12/19/2022 |
| MUL22004 | Publ. | Self-Docking Cart | 12/19/2022 |
| MUL22005 | Publ. | System for Mounting a Component on a Self-Propelled Cart | 12/19/2022 |
| MUL22006 | Publ. | Cargo Carrier Adapted for Use with a Self-Propelled Cart | 12/19/2022 |
| MUL23004 | Publ. | Mobile Cart with Adjustable Cargo Container | 9/12/2023 |
| SMH22001 | Publ. | TAP IN SMART SWITCH | 9/15/2022 |

| Serial No. | Publ. No. | Patent No. | Issue Date |
|---|---|---|---|
| 15/947,035 | 2019-0309959 | 11,131,464 | 9/28/2021 |
| 16/424,456 | 2020 -0378118 | 11,441,315 | 9/13/2022 |
| 16/596,713 | 2021-0123617 | 11,300,303 | 4/12/2022 |
| 16/805,771 | 2021-0270079 | 11,441,347 | 9/13/2022 |
| 16/805,729 | 2021-0270067 | 11,441,345 | 9/13/2022 |
| 16/805,731 | 2021-0270078 | 11,879,286 | 1/23/2024 |
| 16/805,732 | 2021-0271227 | 11,543,801 | 1/3/2023 |
| 16/805,738 | 2021-0270082 | 11,199,042 | 12/14/2021 |
| 16/805,766 |  | 10,950,076 | 3/16/2021 |
| 16/805,768 | 2021-0267400 | 11,185,182 | 11/30/2021 |
| 16/909,925 | 2021-0396063 | 11,686,145 | 6/27/2023 |
| 17/360,069 | 2021-0404239 | 11,970,899 | 4/30/2024 |
| 15/976,438 | 2019-0347608 | 11,068,843 | 7/20/2021 |
| 17/476,265 | 2022-0084154 | 12,077,087 | 9/3/2024 |
| 17/476,278 | 2022-0080875 | 12,122,284 | 10/22/2024 |
| 17/476,287 | 2022-0081230 | 11,803,807 | 10/31/2023 |
| 17/463,477 | 2022-0063741 | 11,964,716 | 4/23/2024 |
| 16/233,106 | 2020-0207593 | 11,485,618 | 11/1/2022 |
| 17/146,419 | 2022-0222611 | 11,972,392 | 4/30/2024 |
| 17/146,433 | 2022-0219433 | 11,884,042 | 1/30/2024 |
| 17/146,482 | 2022-0223071 | 12,087,183 | 9/10/2024 |
| 14/683,088 | 2015-0284993 | 9,605,476 | 3/28/2017 |
| 14/682,989 | 2015-0284996 | 9,546,515 | 1/17/2017 |
| 14/682,110 | 2015-0285535 | 9,562,390 | 2/7/2017 |
| 14/682,108 | 2015-284992 | 9,574,395 | 2/21/2017 |
| 14/683,012 | 2015-0348401 | 9,569,955 | 2/14/2017 |
| 15/072,562 |  | 9,670,722 | 6/6/2017 |
| 15/175,359 | 2017-0350187 | 9,834,983 | 12/5/2017 |
| 15/184,017 | 2017-0362889 | 10,538,962 | 1/21/2020 |
| 15/287,086 | 2017-0067286 | 9,869,124 | 1/16/2018 |

| | | | |
|---|---|---|---|
| 15/426,444 | 2018-0223596 | 10,991,238 | 4/27/2021 |
| 15/591,804 | 2018-0328105 | 10,458,449 | 10/29/2019 |
| 16/752,185 | 2021-0230938 | 11,680,444 | 6/20/2023 |
| 12/979,191 | 2012-0159871 | 8,402,700 | 3/26/2013 |
| 15/094,267 | 2017-0290422 | 9,788,651 | 10/17/2017 |
| 15/157,742 | 2017-0335562 | 9,963,877 | 5/8/2018 |
| 15/168,557 | | 9,655,309 | 5/23/2017 |
| 15/277,169 | 2018-0087266 | 9,963,873 | 5/8/2018 |
| 15/286,876 | | 9,820,398 | 11/14/2017 |
| 15/296,455 | 2018-0105356 | 9,932,171 | 4/3/2018 |
| 15/378,682 | 2018-0163461 | 10,214,958 | 2/26/2019 |
| 15/383,500 | 2018-0171702 | 10,947,777 | 3/16/2021 |
| 15/383,341 | | 9,923,320 | 3/20/2018 |
| 15/621,143 | 2018-0355603 | 10,196,809 | 2/5/2019 |
| 15/895,269 | 2018-0178976 | 10,212,870 | 2/19/2019 |
| 16/236,347 | 2020-0208395 | 10,920,412 | 2/16/2021 |
| 16/524,900 | 2021-0032863 | 11,072,926 | 7/27/2021 |
| 16/424,656 | 2020 -0378139 | 11,479,981 | 10/25/2022 |
| 16/447,956 | 2020-0399895 | 11,359,372 | 6/14/2022 |
| 16/531,016 | 2021-0032856 | 11,002,064 | 5/11/2021 |
| 16/819,524 | 2021-0285479 | 11,225,991 | 1/18/2022 |
| 16/911,104 | 2020-0405066 | 11,439,246 | 9/13/2022 |
| 15/490,502 | 2018-0301400 | 10,679,960 | 6/9/2020 |
| 15/829,557 | 2019-0171996 | 10,685,322 | 6/16/2020 |
| 15/928,418 | 2019-0294841 | 10,546,169 | 1/28/2020 |
| 16/181,268 | 2019-0158019 | 10,931,226 | 2/23/2021 |
| 14/245,055 | 2015-0284227 | 9,873,600 | 1/23/2018 |
| 14/245,095 | 2015-0284228 | 9,598,269 | 3/21/2017 |
| 14/245,132 | 2015-0284225 | 9,624,076 | 4/18/2017 |
| 14/245,396 | 2015-0284226 | 9,567,195 | 2/14/2017 |
| 14/245,700 | 2015-0284224 | 9,567,194 | 2/14/2017 |
| 15/496,476 | | 10,036,119 | 7/31/2018 |

| | | | |
|---|---|---|---|
| 15/886,072 | 2019-0004486 | 10,921,761 | 2/16/2021 |
| 15/940,280 | 2019-0299801 | 10,933,763 | 3/2/2021 |
| 16889453 | 2021-0372189 | 11,428,035 | 8/30/2022 |
| 17/503,948 | 2023-0123547 | 11,751,685 | 9/12/2023 |
| 18/509,279 | 2024-0156274 | | |
| 18/450,383 | 2024-0052657 | | |
| 18/060,536 | 2023-0166949 | | |
| 18/454,760 | 2024-0067508 | | |
| 18/454,739 | 2024-0065181 | | |
| 18/454,763 | 2024-0065182 | | |
| 18/471,119 | 2024-0090695 | | |
| 18/068,489 | 2023-0192168 | | |
| 18/068,491 | 2023-0192169 | | |
| 18/068,493 | 2023-0191857 | | |
| 18/068,495 | 2023-0192166 | | |
| 18/068,498 | 2023-0191981 | | |
| 18/465,963 | 2024-0109573 | | |
| 17/932,381 | 2024-0096571 | | |

## LIST OF HALL LABS DOMAIN NAMES
**CONFIDENTIAL**
**Date: 1/27/2025**

Note: The debtor does not assign any value to Internet domain names and websites. Such items are not separately saleable and do not have any substantial economic value apart from the companies and projects in which they are used within the debtor's business model.  The full value of such items is captured in the valuation assigned to the applicable company or project.  Companies in which the debtor holds an interest are listed under Item 15.  Projects are listed under Item 64.

| Domain | Created | Expiration | Portfolio |
|---|---|---|---|
| adaptive.xyz | 11/29/2017 | 11/29/2025 | Adaptive |
| adventurewinch.com | 4/16/2021 | 4/16/2025 | Hall_Logic |
| aquatic.farm | 10/4/2021 | 10/4/2025 | Adaptive |
| basewave.com | 5/26/2010 | 5/26/2025 | Old_Projects |
| carat.global | 5/29/2019 | 5/29/2025 | Old_Projects |
| chalkabot.com | 7/30/2014 | 7/30/2025 | Old_Projects |
| chalkobot.com | 7/30/2014 | 7/30/2025 | Old_Projects |
| churchofchrist.org | 9/27/1995 | 9/26/2027 | |
| dailymd.com | 8/2/2002 | 8/2/2025 | Medic |
| davidrhall.info | 6/24/2015 | 6/24/2025 | Hall_Family_etc |
| davidrhall.org | 6/24/2015 | 6/24/2025 | Hall_Family_etc |
| davidrichardhall.com | 6/24/2015 | 6/24/2025 | Hall_Family_etc |
| davidrichardhall.info | 6/24/2015 | 6/24/2025 | Hall_Family_etc |
| davidrichardhall.org | 6/24/2015 | 6/24/2025 | Hall_Family_etc |
| drhholdings.com | 5/2/2017 | 5/2/2025 | Hall_Family_etc |
| easygarageaccess.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| ebikelifter.xyz | 11/4/2022 | 11/4/2025 | Lifters |
| elevateus.com | 5/31/2011 | 5/31/2025 | Lifters |
| elifter.bike | 11/4/2022 | 11/4/2025 | Lifters |
| elifter.com | 8/21/2018 | 8/21/2025 | Lifters |
| elifter.work | 11/4/2022 | 11/4/2025 | Lifters |
| elifter.xyz | 11/4/2022 | 11/4/2025 | Lifters |
| everflow.life | 4/12/2022 | 4/12/2025 | Hall_Logic |
| everflowshower.com | 4/12/2022 | 4/12/2025 | Hall_Logic |
| everwinch.com | 5/4/2021 | 5/4/2025 | Hall_Logic |
| ezgarageaccess.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| ezgaragepin.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| garagedoorlifter.com | 10/14/2019 | 10/14/2025 | MySmartGarageDoor |
| garagepin.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| garagepin.info | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| glassoffice.work | 12/11/2020 | 12/11/2024 | Adaptive |
| glassroom.xyz | 5/10/2019 | 5/10/2025 | Adaptive |
| h2otreatmentsolutions.com | 5/17/2021 | 5/17/2025 | Hall_Logic |
| hall-vp.com | 3/19/2019 | 3/19/2025 | HallVP |

| | | | |
|---|---|---|---|
| hallbat.com | 3/19/2021 | 3/19/2025 | Hall_Labs |
| hallgauge.com | 3/25/2014 | 3/25/2025 | Hall_Logic |
| halllabs.com | 8/29/2016 | 8/29/2028 | Hall_Labs |
| halllogic.com | 1/5/2017 | 1/5/2026 | Hall_Logic |
| halllogic.net | 1/5/2017 | 1/5/2025 | Hall_Logic |
| hallmeter.com | 3/25/2014 | 3/25/2025 | Hall_Logic |
| hallventurepartners.com | 3/18/2019 | 3/18/2025 | HallVP |
| hallvp.com | 12/28/2018 | 12/28/2025 | HallVP |
| handsfreehitch.com | 2/19/2020 | 2/19/2025 | Hall_Logic |
| handsfreewd.com | 2/24/2020 | 2/24/2025 | Hall_Logic |
| handywinch.com | 4/16/2021 | 4/16/2025 | Hall_Logic |
| haulgage.com | 3/25/2014 | 3/25/2025 | Hall_Logic |
| haulgauge.com | 3/25/2014 | 3/25/2025 | Hall_Logic |
| haulguage.com | 3/25/2014 | 3/25/2025 | Hall_Logic |
| haulmeter.com | 3/25/2014 | 3/25/2025 | Hall_Logic |
| hebervistas.com | 3/12/2018 | 3/12/2025 | Vistas |
| htracyhall.com | 8/23/2012 | 8/23/2025 | Hall_Family_etc |
| htracyhall.info | 8/23/2012 | 8/23/2025 | Hall_Family_etc |
| htracyhall.org | 1/11/2000 | 1/11/2029 | Hall_Family_etc |
| idarose.org | 10/6/2022 | 10/6/2025 | Hall_Family_etc |
| imet.com | 2/8/2000 | 2/8/2025 | Medic |
| intellihoist.com | 8/22/2016 | 8/22/2025 | Lifters |
| internetoftowing.com | 3/30/2019 | 3/30/2025 | Hall_Logic |
| internetoftowing.org | 7/11/2019 | 7/11/2025 | Hall_Logic |
| karenvhall.com | 5/30/2006 | 5/30/2025 | Hall_Family_etc |
| legacybooks.com | 10/18/1999 | 10/18/2025 | Legacy_Books |
| legacybooks.info | 4/7/2014 | 4/7/2025 | Legacy_Books |
| legacybooks.net | 10/18/1999 | 10/18/2025 | Legacy_Books |
| medic.life | 6/13/2016 | 6/13/2025 | Medic |
| metabubble.com | 5/27/2008 | 5/27/2025 | Hall_Logic |
| microclimate.com | 12/13/2000 | 12/13/2025 | Hall_Logic |
| moabwinch.com | 4/16/2021 | 4/16/2025 | Hall_Logic |
| mule.work | 11/20/2020 | 11/20/2025 | Adaptive |
| multifunction.xyz | 7/23/2021 | 7/23/2025 | Adaptive |
| myboxsoil.com | 2/28/2014 | 2/28/2025 | NewVistas |
| mybuildingelements.com | 12/6/2013 | 12/6/2024 | Adaptive |
| mycomposter.com | 2/28/2014 | 2/28/2025 | NewVistas |
| mydigester.com | 2/28/2014 | 2/28/2025 | NewVistas |
| mydoorlift.com | 2/28/2014 | 2/28/2025 | Adaptive |
| myfloorlifter.com | 2/28/2014 | 2/28/2025 | Adaptive |
| myfoldingsink.com | 2/28/2014 | 2/28/2025 | Adaptive |
| myrescuewinch.com | 5/21/2021 | 5/21/2025 | Hall_Logic |
| myskylight.xyz | 2/9/2017 | 2/9/2025 | Skylight |
| myskylights.xyz | 2/9/2017 | 2/9/2025 | Skylight |
| mysmartgarageaccess.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| mysmartgaragedoor.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |
| mysmartgaragepin.com | 3/20/2014 | 3/20/2025 | MySmartGarageDoor |

| | | | |
|---|---|---|---|
| mysmartoutlet.com | 2/19/2020 | 2/19/2025 | Hall_Logic |
| mysmarttoilet.com | 1/15/2015 | 1/15/2026 | Medic |
| mysmartwinch.com | 8/3/2015 | 8/3/2025 | Hall_Logic |
| mywallchair.com | 2/28/2014 | 2/28/2025 | Adaptive |
| mywalllift.com | 2/28/2014 | 2/28/2025 | Adaptive |
| mywallpanel.com | 2/28/2014 | 2/28/2025 | Adaptive |
| nernstelectric.com | 10/25/2023 | 10/25/2025 | Utility |
| netlineaccounting.com | 10/12/2020 | 10/12/2025 | NetLine_Accounting |
| neverdump.com | 1/3/2019 | 1/3/2026 | Hall_Logic |
| neverfill.com | 3/13/2019 | 3/13/2025 | Hall_Logic |
| newvistafoundation.com | 6/15/2016 | 6/15/2025 | NewVistas |
| newvistafoundation.net | 6/15/2016 | 6/15/2025 | NewVistas |
| newvistafoundation.org | 3/16/2015 | 3/16/2025 | NewVistas |
| newvistaproperty.org | 10/1/2014 | 10/1/2025 | NewVistas |
| newvistas.com | 7/5/2004 | 7/5/2030 | NewVistas |
| newvistas.foundation | 6/15/2016 | 6/15/2025 | NewVistas |
| newvistas.info | 10/8/2014 | 10/8/2025 | NewVistas |
| newvistas.xyz | 8/29/2016 | 8/29/2025 | NewVistas |
| newvistasfoundation.com | 6/15/2016 | 6/15/2025 | NewVistas |
| newvistasfoundation.net | 6/15/2016 | 6/15/2025 | NewVistas |
| newvistasfoundation.org | 3/16/2015 | 3/16/2025 | NewVistas |
| newvistasit.com | 1/13/2017 | 1/13/2026 | NewVistas |
| newvistasllc.com | 5/7/2015 | 5/7/2025 | NewVistas |
| newvistasproperty.org | 4/27/2017 | 4/27/2025 | NewVistas |
| newvistastrust.com | 7/7/2016 | 7/7/2025 | NewVistas |
| outabode.com | 3/19/2021 | 3/19/2025 | Hall_Labs |
| payzoom.com | 10/8/2004 | 10/8/2025 | PayZoom |
| payzoom.net | 7/14/2011 | 7/14/2025 | PayZoom |
| pzxsupport.com | 8/22/2017 | 8/22/2025 | PayZoom |
| refreshshower.com | 3/28/2016 | 3/28/2025 | Hall_Logic |
| relchiplegacy.com | 3/14/2018 | 3/14/2025 | RelChip |
| safariwinch.com | 4/16/2021 | 4/16/2025 | Hall_Logic |
| selectauto.com | 4/3/2001 | 4/3/2025 | Old_Projects |
| skylight.xyz | 10/29/2016 | 10/30/2025 | Skylight |
| smartboxgarden.com | 5/23/2017 | 5/23/2025 | NewVistas |
| smarterwinch.com | 6/20/2018 | 6/20/2025 | Hall_Logic |
| smartwinch.com | 7/9/2012 | 7/9/2025 | Hall_Logic |
| theinternetoftowing.com | 7/11/2019 | 7/11/2025 | Hall_Logic |
| tmet.com | 5/14/2004 | 5/14/2025 | Medic |
| tracy.com | 6/15/1998 | 6/14/2032 | Tracy |
| tracyhall.info | 8/23/2012 | 8/23/2025 | Hall_Family_etc |
| tracyhall.org | 8/23/2012 | 8/23/2025 | Hall_Family_etc |
| trolf.com | 7/21/2005 | 7/21/2025 | Trolf |
| trolftravel.com | 5/15/2023 | 5/15/2025 | Trolf |
| unihaul.xyz | 5/14/2019 | 5/14/2025 | Hall_Logic |
| utility.xyz | 12/13/2019 | 12/13/2025 | Utility |
| vistabiz.com | 8/28/2010 | 8/28/2025 | NewVistas |

| | | | |
|---|---|---|---|
| vistas.com | 6/11/2001 | 6/11/2032 | Vistas |
| vistasheber.com | 3/12/2018 | 3/12/2025 | Vistas |
| watermanagementsoulutions.com | 5/17/2021 | 5/17/2025 | Hall_Logic |
| x-hybrid.com | 4/3/2007 | 4/3/2025 | Old_Projects |

**Fill in this information to identify the case:**

Debtor name  **Hall Labs, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Central Bank** | | |
|---|---|---|---|

**2.1  Central Bank**
Creditor's Name
**202 South Main Street
PO Box 600
Springville, UT 84663**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/16/24**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property owned by Hall Property Holdings, LLC 46-936-002; 35-095-0021; 46-762-0001; 23-001-0173; 23-001-0174**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1,415,882.00**          Value of collateral: **$5,609,794.00**

---

**2.2  Central Bank**
Creditor's Name
**202 South Main Street
PO Box 600
Springville, UT 84663**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/02/24**
Last 4 digits of account number
**7236**
Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**Real property in Utah county owned by Hall Property Holdings, LLC 35-082-0011 and 47-371-0002**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$1,638,200.00**          Value of collateral: **$2,000,000.00**

Debtor   **Hall Labs, LLC**
Name

Case number *(if known)* _____

---

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Central Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**202 South Main Street
PO Box 600
Springville, UT 84663**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/17/24**

**Last 4 digits of account number
6372**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property in Utah currently owned by Hall Property Holdings, LLC 46-936-0002; 35-095-0021; 46-762-0001; 23-001-0173; 23-001-0174**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,037,574.00   $5,609,794.00

---

| 2.4 | **Central Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**202 South Main Street
PO Box 600
Springville, UT 84663**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
04/17/24**

**Last 4 digits of account number
9536**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property in Salt Lake County owned by DRH Holdings, LLC 27-34-402-054-4000**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$222,448.00   $350,000.00

---

| 2.5 | **Hillcrest Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**215 West 2300 North
Provo, UT 84604**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment owned by Hall Property Holdings, LLC, cranes, equipment and machinery**

**Describe the lien**
**Security Interest pursuant to Security Agreement**

$675,726.00   $122,360.00

---

| Debtor | Hall Labs, LLC | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | |
| --- | --- |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br>**06/21/22**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | Hillcrest Bank | **Describe debtor's property that is subject to a lien** | $819,469.00 | $5,609,794.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Inventory owned by SmarterHome, Inc.; life insurance policy owned by David Hall; real property in Wasatch County owned by DRH Holdigs, LLC 00-0013-0414; 00-0008-7259; 00-0008-7267** | | |
| | **215 West 2300 North**<br>**Provo, UT 84604** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Security Interest pursuant to Security Agreement** | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | **Date debt was incurred**<br>**12/8/20**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.7 | Keystone National Group, LLC | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **Notice Only** | | |
| | **60 East South Temple, Suite 2100**<br>**Salt Lake City, UT 84111** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Security Interest pursuant to Security Agreement** | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | **Date debt was incurred**<br>**08/11/11**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Debtor   **Hall Labs, LLC**                                  Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,   ☐ Contingent
including this creditor and its   ☐ Unliquidated
relative priority.   ☐ Disputed
_____

---

| 2.8 | **Keystone Private Income Fund** | Describe debtor's property that is subject to a lien | $15,505,153.00 | $132,386,892.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**60 East South Temple, Suite 2100 Salt Lake City, UT 84111**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**All assets of the Debtor; shares of stock of Vanderhall Motor Works, Inc. owned by the David R. Hall Trust**

**Describe the lien**

**Security Interest Pursuant to Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/11/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Leaf Capital Group, LLC** | Describe debtor's property that is subject to a lien | $206,413.00 | $122,360.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**2005 Market Street, 14th Floor Philadelphia, PA 19103**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**All assets of Hall Property Holdings, LLC**

**Describe the lien**

**Security Interest Pursuant to Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/15/23**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Newco Capital Group, LLC** | Describe debtor's property that is subject to a lien | $219,758.00 | $1,000,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**1545 Route 202, Suite 203 Pomona, NY 10970**

**Describe debtor's property that is subject to a lien**

**All assets of SmarterHome, Inc., a subsidiary of the Debtor. All Hall Labs assets as well per claim but claim is disputed**

Debtor  **Hall Labs, LLC**
_____
Name

Case number (if known) _____

---

Creditor's mailing address

**Describe the lien**
**Security Interest Pursuant to Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**03/25/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.11 | **Wells Fargo Equipment Finance** | | $44,889.00 | $166,667.00 |

Creditor's Name

**PO Box 858178**
**Minneapolis, MN 55485**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Laser Machine owned by Vanderhall Motor Works, Inc., an affiliate of the Debtor**

**Describe the lien**
**Security Interest Pursuant to Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**03/28/19**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $23,785,512.00 |

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila**<br>**Berkovitch & Bouskila, PLLC**<br>**1545 US 202, Ste. 240**<br>**Pomona, NY 10970** | Line  **2.10** | |

---

Debtor    **Hall Labs, LLC**
          Name                                                    Case number (if known)

**Gregory S. Roberts**                                            Line    **2.8**
**Ray Quinney & Nebekker PC**
**36 South State Street, Suite 1400**
**Salt Lake City, UT 84111**

**Vincent A. Aubrey**                                             Line    **2.9**
**30350 Peachtree Road NW, Suite 240**
**Atlanta, GA 30305**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

**Fill in this information to identify the case:**

Debtor name **Hall Labs, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153,125.00** | **$153,125.00** |

**2.1**

Priority creditor's name and mailing address
**IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number **0253**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$153,125.00**    Priority amount **$153,125.00**

**2.2**

Priority creditor's name and mailing address
**Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134**

Date or dates debt was incurred

Last 4 digits of account number **0253**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address
**Advance Financing, LLC**
Jared S. Hadley
2105 W 1800 N
Ogden, UT 84404

Date(s) debt was incurred  08/25/17; 2/14/18

Last 4 digits of account number  1120

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$119,000.00**

---

**3.2** | Nonpriority creditor's name and mailing address
**Albert Shahinian**
8134 S 1300 W
West Jordan, UT 84088

Date(s) debt was incurred  10/12/22; 2/8/19;
4/25/19; 6/4/19; 12/16/19

Last 4 digits of account
number  1362,1326,1390,1504,1549,

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor
1812**

Is the claim subject to offset? ■ No  ☐ Yes

**$357,000.00**

---

**3.3** | Nonpriority creditor's name and mailing address
**Andrew D. Ackerman**
7182 Finger Rock Place
Tucson, AZ 85718

Date(s) debt was incurred  12/19/18

Last 4 digits of account number  1350

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,500.00**

---

**3.4** | Nonpriority creditor's name and mailing address
**Angie Burt**
729 Mill Shadow Drive
Kaysville, UT 84037

Date(s) debt was incurred  5/19/18; 1/16/20;
1/16/20; 2/13/20

Last 4 digits of account
number  1181,1405,1535,1929

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$327,000.00**

---

**3.5** | Nonpriority creditor's name and mailing address
**April Leighton**
513 Cavelier Ct.
Fairfield, CA 94534

Date(s) debt was incurred  1/24/20

Last 4 digits of account number  1893

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$238,000.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Arnold V. Boshard**
139 E 3850 N
Provo, UT 84604

Date(s) debt was incurred  9/28/17

Last 4 digits of account number  1011

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$178,500.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**Bank of Utah**
Custodian FBO Bruce Shephard IRA
2605 Washington Blvd.
Ogden, UT 84401

Date(s) debt was incurred  5/2/19

Last 4 digits of account number  1513

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,500.00**

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Angela S Burt IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **1/28/19; 4/14/20**

Last 4 digits of account number  **1379,2018**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$119,000.00

---

**3.9**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Carol Kennington IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **4/19/19**

Last 4 digits of account number  **1164**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$59,500.00

---

**3.10**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Charles Auger IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **8/31/18**

Last 4 digits of account number  **1287**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$297,500.00

---

**3.11**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Cleo Crandall IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number  **1334**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$59,500.00

---

**3.12**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Don Norton IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number  **1331**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$119,000.00

---

**3.13**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Earl Jeffrey Livingston IR**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **4/16/19; 9/30/19; 4/2/20;**
**12/27/18**

Last 4 digits of account
number  **1488,1489,1703,2013**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$238,000.00

---

**3.14**

Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Eugene A. Murphy IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/27/18**

Last 4 digits of account number  **1362**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

$178,500.00

---

Debtor   **Hall Labs, LLC**                                        Case number (if known)
         Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Gary E. Jones IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/10/17; 3/30/18; 4/4/18;
12/28/18; 5/21/19; 8/6/19; 1/22/20; 2/26/20,
3/4/20

Basis for the claim:  **Investment Note issued by Debtor
1633-1636, 1887, 1945-1946, 1954**

Last 4 digits of account number  930,1159,1540,

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Gary L Crandall IRA**
**2605 Washington Blvd**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/5/18; 4/10/19; 7/9/19;
10/8/19

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account
number  1335,1479,1612,1732

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Gary R. Peterson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/7/20

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  1919

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Gregory F Rich IRA**
**2065 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/18; 11/20/19

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  1131,1794

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Harold B Hess IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/9/18; 12/7/18; 2/7/20

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  1229,1344,1917

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Harold B Hess and Jane Hes**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/10/17; 2/7/20

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  1025,1916

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,250.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Jamie E. Simpson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2/18; 6/7/17

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  1158,855

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00**

**Bank of Utah**
**Custodian for Jamie J. Lund IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1548**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00**

**Bank of Utah**
**Custodian for Jane Hess IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/18; 9/18/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1225,1690**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00**

**Bank of Utah**
**Custodian for Jeffrey Michael Lowe IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/17; 4/3/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1033,1467**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,500.00**

**Bank of Utah**
**Custodian for Jennifer H Middleton Roth**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/17**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **0914**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,500.00**

**Bank of Utah**
**Custodian for Jerel E Arnell IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/17; 7/8/19; 12/24/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1893,1609,2858**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00**

**Bank of Utah**
**Custodian for John Dennis Simpson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/19/20; 1/17/18;**
**12/18/18; 4/8/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account
number  **999,1091,1351,1470**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00**

**Bank of Utah**
**Custodian for John Dennis Simpson IRA**
**St Jude's 501 St. Jude Place**
**Memphis, TN 38105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/20**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for John Dennis Simpson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **9/19/20**

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: Check all that apply.          **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for John E Johnsun IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **8/28/19; 10/23/19**

Last 4 digits of account number  **1652,1765**

As of the petition filing date, the claim is: Check all that apply.          **$416,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Kathleen Bangerter IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **9/25/24; 4/26/18**

Last 4 digits of account
number  **977,1024,1734,1171**

As of the petition filing date, the claim is: Check all that apply.          **$268,383.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Kim M. Humphreys IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was
incurred  **5/4/17; 5/21/19; 12/10/19**

Last 4 digits of account number  **807,1536,1814**

As of the petition filing date, the claim is: Check all that apply.          **$178,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Kim M. Humphreys IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **2/8/18**

Last 4 digits of account number  **1111**

As of the petition filing date, the claim is: Check all that apply.          **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for LaMar Bangerter Roth IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **9/6/24**

Last 4 digits of account
number  **1512,1531,1532,1594**

As of the petition filing date, the claim is: Check all that apply.          **$316,333.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Bank of Utah**
**Custodian for Lenora Combe IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **3/9/20**

Last 4 digits of account number  **1958**

As of the petition filing date, the claim is: Check all that apply.          **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Linda Brown IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/18**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1346**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Michelle G. Parks IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **5686**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Rhonda Norton IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/18**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1333**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Rich Humphreys Roth IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4/17; 12/6/18**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1338**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Robert D Wagner SEP IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/17; 10/2/17; 7/12/18**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **9890,1014,1231**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Robert K Despain IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1396**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Scott H Parkinson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/5/17; 6/12/18; 6/18/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **6967,1195,1591**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175,500.00**

**Bank of Utah**
**Custodian for Sue Ann Sanft Inherited IR**
**2605 Washington Bld.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/28/47**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **0872**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$262,783.30**

**Bank of Utah**
**Custodian for Susan Bangerter IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/24**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account
number  **1113,1163,1255,1384,1385**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$654,500.00**

**Bank of Utah**
**Custodian for Taunya M Petersen IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/17; 4/2/18**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **2929,1157**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00**

**Bank of Utah**
**Custodian for Todd Moulton IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/26/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1599**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00**

**Bank of Utah**
**Gary Crandall**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/20**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1956**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,133.34**

**Bank of Utah**
**Custodian for Jay Bangerter**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/18; 3/6/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1953**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,049.98**

**Bank of Utah**
**Custodian for Susan Bangerter**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/26/19; 3/25/20; 4/7/20**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1891**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Hall Labs, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Bank of Utah**<br>**Custodian for LaMar Bangerter**<br>**2605 Washington Blvd.**<br>**Ogden, UT 84401**<br><br>Date(s) debt was incurred **3/25/20**<br><br>Last 4 digits of account number **1890** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Investment Note Issued by Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,416.65** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Barbara Birdsall**<br>**237 S Washington Ave.**<br>**Prescott, AZ 86303**<br><br>Date(s) debt was incurred **3/15/19**<br><br>Last 4 digits of account number **1439,1508** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Investment Note issued by Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$476,000.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Beatrice M Sparks Trust**<br>**174 W 4750 N**<br>**Provo, UT 84604**<br><br>Date(s) debt was incurred **3/29/18**<br><br>Last 4 digits of account number **1154** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Investment Note issued by Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$238,000.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**BEBCO Holdings, Inc.**<br>**Brad Eichers**<br>**111 E Broadway, Suite 900**<br>**Salt Lake City, UT 84111**<br><br>Date(s) debt was incurred **5/9/17; 8/17/17; 5/29/18;**<br>**11/15/19; 2/18/20**<br><br>Last 4 digits of account number **9820,4935,1545,** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Investment Note issued by Debtor**<br>**1786-1787, 1933-1934**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$595,000.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Beeby Management, LLC**<br>**3129 N 1075 W**<br>**Ogden, UT 84414**<br><br>Date(s) debt was incurred **4/2/18; 5/29/18; 4/10/19;**<br>**8/12/19**<br><br>Last 4 digits of account number **1158,1181,1482** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Investment Note issued by Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$238,000.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Bello Monte**<br>**4421 S 1800 W**<br>**Roy, UT 84067**<br><br>Date(s) debt was incurred **10/3/19**<br><br>Last 4 digits of account number **1723** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Investment Note issued by Debtor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,190,000.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Ben Belliston**<br>**1692 E 1000 S**<br>**Spanish Fork, UT 84660**<br><br>Date(s) debt was incurred **2/9/22; 3/1/23**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim: Contingent Bonus Commitment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,846.00** |

Debtor      **Hall Labs, LLC**                                    Case number (if known) _____
      Name

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|------|------|------|------|

**Ben Jensen**
**2150 N 250 E**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/3/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1810**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|------|------|------|

**Benny C. Hand, Jr.**
**Hand & Associates**
**114 North 8th Street**
**Opelika, AL 36801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:   Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|------|------|------|------|

**Blake Wahlen**
**2080 E Oakridge Cir.**
**NV 89090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **11/29/17; 4/30/18; 1/28/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1050,1172,1381**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00** |
|------|------|------|------|

**Boshard Electic Inc. Profit Sharing Plan**
**Norman Boshard**
**640 E 1860 S**
**Provo, UT 84606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/17; 11/22/17**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **7869,1049**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$476,000.00** |
|------|------|------|------|

**Boshard Electic, Inc.**
**Norman Boshard**
**640 E 1860 S**
**Provo, UT 84606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1837**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$212,423.00** |
|------|------|------|------|

**Brett Wilkey**
**764 E 600 N**
**Nephi, UT 84648**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/21; 2/9/22; 3/1/23;
1/24/24**

**Basis for the claim:  Contingent Bonus Commitment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00** |
|------|------|------|------|

**Brian Jacobson**
**9301 Windy Court**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/25/17**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1004**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
Brian Vaughan
9556 Cherryvale Drive
Littleton, CO 80126

Date(s) debt was incurred  **2/27/23**

Last 4 digits of account number  **811**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**
Bryan and Jordan Grange
1617 N 2000 W
Ogden, UT 84404

Date(s) debt was incurred  **12/29/17**

Last 4 digits of account number  **1065**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$119,000.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
Bryan Green
Baron & Budd, PC
3102 Oak Lawqn Ave., Ste. 1100
Dallas, TX 75219

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
Cameron Brimhall
1296 S 1100 E
Provo, UT 84606

Date(s) debt was incurred  **2/12/24**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

**$30,979.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
Carl Belliston
3538 N 180 E
Provo, UT 84604

Date(s) debt was incurred  **6/12/20; 2/9/22; 3/1/23**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

**$1,284,740.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
Carol Rutherford
1022 E Windsor Drive
Provo, UT 84604

Date(s) debt was incurred  **2/10/20**

Last 4 digits of account number  **1921**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note  Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Cheri Ann Denton
482 W 2200 N
Lehi, UT 84043

Date(s) debt was incurred  **1/1/22**

Last 4 digits of account number  **1863**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

Debtor   **Hall Labs, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,737,000.00** |
|---|---|---|---|

**Chris G. Connelly Trust June 19 2008**
**2178 E Rasmussen Drive**
**Saint George, UT 84790**

Date(s) debt was incurred  **6/7/18; 12/4/18; 5/6/19;**
**9/24/19; 10/10/19; 12/23/19, 2/3/20**

Last 4 digits of account number  **1191,1322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**
**1515-1523, 1692-1697, 1739-1743, 1848-1854, 1903-1913**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|

**Chrisopher and Joan Marrs**
**PO Box 881**
**Talkeetna, AK 99676**

Date(s) debt was incurred  **10/30/17**

Last 4 digits of account number  **1039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Christopher John Cole IRA, LLC**
**12027 5th Ave. NE**
**Seattle, WA 98125**

Date(s) debt was incurred  **3/27/19**

Last 4 digits of account number  **1465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$357,000.00** |
|---|---|---|---|

**Clark and Nora Kay Burgess Trust**
**905 E 300 N**
**Alpine, UT 84004**

Date(s) debt was incurred  **2/12/19; 1/17/20;**

Last 4 digits of account number  **1392;1882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00** |
|---|---|---|---|

**Clay V. Arnell**
**117 N 2050 E**
**Layton, UT 84040**

Date(s) debt was
incurred  **7/20/17; 8/13/19; 12/23/19**

Last 4 digits of account number  **906,1644,1857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Corey Clark**
**1671 Cherokee Circle**
**Ogden, UT 84403**

Date(s) debt was incurred  **6/25/18**

Last 4 digits of account number  **1199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Corey D. Combe**
**2181 Combe Road**
**Ogden, UT 84403**

Date(s) debt was incurred  **1/1/22**

Last 4 digits of account number  **903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Curran Investments, LLC**
James Brandt Curran Jr.
29 South State Street, Apt. 511
Salt Lake City, UT 84111

Date(s) debt was incurred  9/6/17

Last 4 digits of account number  970

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Note issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$833,000.00**

**Dale Chugg**
1556 Farr West Drive
Ogden, UT 84404

Date(s) debt was incurred  6/2/17; 9/3/17; 10/3/17;
1/3/18; 12/4/18; 9/27/19

Last 4 digits of account
number  8841,962,1015,1077,

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Note issued by Debtor
1323, 1700-1702

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Daniel Madsen**
154 S Quivia Lane
Orem, UT 84059

Date(s) debt was incurred  01/20/25

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contingent Bonus Commitment

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**David Ostergar**
2896 E Blue Spruce Drive
Salt Lake City, UT 84117

Date(s) debt was incurred  12/3/19

Last 4 digits of account number  1808

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Note Issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00**

**David Wadman**
PO Box 338
Salt Lake City, UT 84130

Date(s) debt was incurred  1/28/20

Last 4 digits of account number  1896

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Note Issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Don H. Norton**
1222 E 1280 N
American Fork, UT 84003

Date(s) debt was incurred  10/16/18

Last 4 digits of account number  1303

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Note issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00**

**Doug and Kathy Grover**
2804 Fort Hill Road
Eagle Mountain, UT 84005

Date(s) debt was incurred  12/3/17; 7/30/18

Last 4 digits of account number  1041,1239

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Investment Note Issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85**

**Nonpriority creditor's name and mailing address**
Doug Eilerston
5980 S 1055 E
Ogden, UT 84405

Date(s) debt was incurred  **7/17/17; 1/30/19**

Last 4 digits of account number  **5898,1383**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$357,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**
Douglas Colt Henrie
609 W 500 N
Mapleton, UT 84664

Date(s) debt was incurred  **8/8/19**

Last 4 digits of account number  **1641**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$297,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note Issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**
Emil D'Angelo
30 Dana Road
Caldwell, NJ 07006

Date(s) debt was incurred  **3/15/22**

Last 4 digits of account number  **1932**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note Issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**
Emily Brimhall
580 N. Bald Mountain Drive
Alpine, UT 84004

Date(s) debt was incurred  **10/2/23**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$5,000,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Commitment to Purchase SmarterHome Interest Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**
Escrow Specialists, Inc.
555 E 5300 S #3
Ogden, UT 84405

Date(s) debt was incurred  **1/15/20; 2/13/20**

Last 4 digits of account number  **1875,1927**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$178,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**
Evans Development, LLC
1220 N Main Street, Suite 1
Springville, UT 84663

Date(s) debt was incurred  **3/21/17-12/19/19**

Last 4 digits of account number  **2763;2374;2609;2658;2734;**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$1,273,994.00**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **2741; 2744; 2745; 2746; 3063; 394; 422; 423; 570; 754**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**
Evans Grader & Paving, Inc.
2097 E Ironton Blvd.
Provo, UT 84606

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Same claim as Evans Development, LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Hall Labs, LLC**                                             Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$59,500.00** |

**3.92** | **Nonpriority creditor's name and mailing address**

**Family Shepherd Enterprises, LLC**
**967 E Raymond Road**
**Kaysville, UT 84037**

Date(s) debt was incurred  **4/16/19**

Last 4 digits of account number  **1490**

As of the petition filing date, the claim is: *Check all that apply.*  **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**

**First Citizens Bank & Trust**
**21146 Network Place**
**Chicago, IL 60673-1211**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**

**Francis Leany**
**542 E 10000 S**
**Salem, UT 84653**

Date(s) debt was incurred  **3/18/20**

Last 4 digits of account number  **1969**

As of the petition filing date, the claim is: *Check all that apply.*  **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**

**Frank D'Angelo**
**7 Morris Pl.**
**Caldwell, NJ 07006**

Date(s) debt was incurred  **3/10/22**

Last 4 digits of account number  **8862**

As of the petition filing date, the claim is: *Check all that apply.*  **$297,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**

**G. Barton Payne Family Trust**
**4650 S Highland Drive, Apt. 301**
**Salt Lake City, UT 84117**

Date(s) debt was incurred  **3/9/18; 4/22/19; 7/30/19;**
**9/13/19**

Last 4 digits of account
number  **1134,1498,1616,1658**

As of the petition filing date, the claim is: *Check all that apply.*  **$238,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**

**Garth Hawkins**
**1857 S 400 E**
**Orem, UT 84058**

Date(s) debt was incurred  **10/17/17; 6/15/18**

Last 4 digits of account number  **1032,1198**

As of the petition filing date, the claim is: *Check all that apply.*  **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**

**Gary Crandall**
**PO Box 207**
**Huntsville, UT 84317**

Date(s) debt was incurred  **10/26/17**

Last 4 digits of account number  **1035**

As of the petition filing date, the claim is: *Check all that apply.*  **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hall Labs, LLC | Case number (if known) | |
|--------|----------------|------------------------|--|
| | Name | | |

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00**

**Gary Crandall Trust**
**PO Box 207**
**Huntsville, UT 84317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  123/3/18; 11/25/19

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  1317,1795

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gary Jones**
**7182 N Finger Rock Place**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00**

**Gary Kolstad**
**15995 N Barkers Landing Road, Suite 307**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/26/19; 6/06/19

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  1510,1552

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00**

**Gina Hansen**
**3415 Lynne Way**
**Sacramento, CA 95821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/15/23; 5/15/23

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  1403,1404

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,515.00**

**Gray Petty**
**10039 S Countrywood Drive**
**Sandy, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/22; 3/1/23

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00**

**Greg and Becky Airhart**
**1924 S 1100 E**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/11/20

Basis for the claim:  **Investment note issued by Debtor**

Last 4 digits of account number  1964

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00**

**Greg Rich**
**1143 W 1600 S**
**Woods Cross, UT 84087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/13/18; 12/13/18

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  1232,1349

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Hall Labs, LLC**                                              Case number *(if known)* _____
_____
Name

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00** |

**Heather Bowen**
**934 Wynstone Drive**
**SD 57308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/16/20; 1/16/20; 2/5/23**

Basis for the claim: **Investment Note issued by Debtor**

Last 4 digits of account number **1085,1192,1329**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00** |

**Heidi Manning**
**1870 Heritage Ranch Drive**
**Morgan, UT 84050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/14/18**

Basis for the claim: **Investment Note Issued by Debtor**

Last 4 digits of account number **1117**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00** |

**Holly J. Dedman**
**1301 15 1/2 Road**
**Fruita, CO 81521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/1/17**

Basis for the claim: **Investment Note issued by Debtor**

Last 4 digits of account number **3835**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188,824.00** |

**Huntington Tracy Hall**
**1498 E 1280 S**
**Provo, UT 84606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/9/22; 3/1/23; 1/24/24;**

Basis for the claim: **Contingent Bonus Commitment**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833,000.00** |

**Importune, LLC**
**LaVorn G. Sparks**
**174 W 4750 N**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/6/18; 2/7/18; 3/29/18;**
**3/23/18; 6/11/17**

Basis for the claim: **Investment Note Issued by Debtor**
**1149-1150, 1142-1143, 1555-1560**

Last 4 digits of account number **1100,1106,**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |

**J. Mel Burnham**
**124 E 1850 N**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/29/19**

Basis for the claim: **Investment Note issued by Debtor**

Last 4 digits of account number **1771**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |

**James C. Davis Trust**
**9700 Camden Hills Ave.**
**Las Vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/30/18**

Basis for the claim: **Investment Note Issued by Debtor**

Last 4 digits of account number **1238**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$714,000.00**

**Jamie and Amy Lund**
**2933 E Brookburn Road**
**Salt Lake City, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/7/17; 2/22/19; 5/31/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **2853**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jamie Evans**
**2068 S Mountain Vista Lane**
**Provo, UT 84606**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Same Claim as Evans Development, LLC**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,500.00**

**Jared S. Hadley**
**2732 S 4000 W**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/17; 2/14/18**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **7949,1119**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00**

**Jason Kerr**
**9290 E Thompson Peak Pkwy #451**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16/18; 9/16/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1251**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**JB&B Capital, LLC**
**PO Box 10068**
**Knoxville, TN 37939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00**

**JD Beardall**
**PO Box 1276**
**Provo, UT 84603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/30/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1618**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,196,276.00**

**Jeffery Duncan**
**3474 W Morre Road**
**Tucson, AZ 85742**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/20; 2/9/22; 3/1/23;**
**1/24/24**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Jefffrey Dedman**
**1301 15 1/2 Road**
**Fruita, CO 81521**

Date(s) debt was incurred  **1/3/18**

Last 4 digits of account number  **1072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00**

**Jerel E and Eileen Arnell Living Trust**
**3198 N 425 E**
**Ogden, UT 84414**

Date(s) debt was incurred  **6/7/18; 9/27/18; 3/8/19; 7/5/19**

Last 4 digits of account number  **1291,1430,1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jerome Miles**
**1789 E 1530 S**
**Spanish Fork, UT 84660**

Date(s) debt was incurred  **1/20/25**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,443.00**

**Jim Sledzik**
**14608 Brumelow Road**
**Needville, TX 77461**

Date(s) debt was incurred  **8/21/20**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Joan L Jones**
**7182 N Finger Rock Place**
**Tucson, AZ 85718**

Date(s) debt was incurred  **10/31/19**

Last 4 digits of account number  **1772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00**

**Joel P. McKenna**
**2255 Jennifer Drive**
**Ogden, UT 84403**

Date(s) debt was incurred  **5/26/17**

Last 4 digits of account number  **9831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00**

**Joeta Bond Trust DTD**
**736 W Fine Ave.**
**Mesa, AZ 85210**

Date(s) debt was incurred  **2/28/19**

Last 4 digits of account number  **1416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Joshua and Kaylee Grange**
**1505 N 2000 W**
**Ogden, UT 84404**

Date(s) debt was incurred  **12/29/17**

Last 4 digits of account number  **1070**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$297,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Julie Allan Trust**
**196 N 1165 E**
**Lindon, UT 84042**

Date(s) debt was incurred  **8/28/18**

Last 4 digits of account number  **1266**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$238,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129**

**Nonpriority creditor's name and mailing address**
**Karen Hall**
**738 E 2680 N**
**Provo, UT 84604**

Date(s) debt was incurred  **2/12/24**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$58,849.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**
**Kathleen Bangerter**
**1296 N US 89**
**Kaysville, UT 84037**

Date(s) debt was
incurred  **7/12/18; 12/10/18; 3/1/19**

Last 4 digits of account number  **1230,1345,1421**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$357,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131**

**Nonpriority creditor's name and mailing address**
**Kornerstone Guaranty Insurance Co.**
**111 E Broadway, Suite 900**
**Salt Lake City, UT 84111**

Date(s) debt was incurred  **5/9/17; 8/17/17; 5/29/19;
11/15/19; 2/18/20**

Last 4 digits of account number  **6818,6938,1543**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$892,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor
1788-1790, 1930-1932**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132**

**Nonpriority creditor's name and mailing address**
**LaMar and Susan Bangerter**
**180 W 1750 N**
**Centerville, UT 84014**

Date(s) debt was incurred  **9/6/24**

Last 4 digits of account number  **1387**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$104,933.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133**

**Nonpriority creditor's name and mailing address**
**Larry Hawkins**
**338 S 690 E**
**Santaquin, UT 84655**

Date(s) debt was incurred  **4/17/19**

Last 4 digits of account number  **1494**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address
**LaRue and John E. Johnstun**
**1703 W 1850 N**
**Ogden, UT 84404**

Date(s) debt was incurred  **2/8/18**

Last 4 digits of account number  **1108**

As of the petition filing date, the claim is: Check all that apply.        **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address
**LaVorn G. Sparks**
**174 W 4750 N**
**Provo, UT 84604**

Date(s) debt was incurred  **2/1/18; 6/12/19**

Last 4 digits of account number  **1097,1562**

As of the petition filing date, the claim is: Check all that apply.        **$238,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address
**Leland Bailey**
**412 Highland Blvd.**
**Brigham City, UT 84302**

Date(s) debt was incurred  **11/19/19**

Last 4 digits of account number  **1792**

As of the petition filing date, the claim is: Check all that apply.        **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address
**Leland Putterman**
**11303 Holidan Way**
**Houston, TX 77204**

Date(s) debt was incurred  **10/25/18**

Last 4 digits of account number  **1308**

As of the petition filing date, the claim is: Check all that apply.        **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address
**Marbek Enterprises**
**Mark R. Alder**
**294 W Jennings Lane**
**Capac, MI 48014**

Date(s) debt was incurred  **6/17/19**

Last 4 digits of account number  **1588**

As of the petition filing date, the claim is: Check all that apply.        **$1,190,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address
**Mary E Hawkins-Morgan**
**338 S 690 E**
**Santaquin, UT 84655**

Date(s) debt was incurred  **3/18/18**

Last 4 digits of account number  **1466**

As of the petition filing date, the claim is: Check all that apply.        **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address
**Matthew Baird**
**150 W Goltz Ave.**
**B424**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  **9/2/23**

Last 4 digits of account number  **1766,1767,1768**

As of the petition filing date, the claim is: Check all that apply.        **$178,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Hall Labs, LLC**                                                    Case number (if known) _____
              Name

| | |
|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** |
| | **Michael Hall** |
| | **737 E 2620 N** |
| | **Provo, UT 84604** |

Date(s) debt was incurred  **6/12/20; 1/24/24**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.                    **$812,346.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** |
| | **Michael K. Lambert** |
| | **5006 Palmetto Street** |
| | **Bellaire, TX 77401** |

Date(s) debt was incurred  **11/22/17**

Last 4 digits of account number  **1047**

As of the petition filing date, the claim is: Check all that apply.                    **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** |
| | **Michael R. Grange** |
| | **1505 N 2000 W** |
| | **Ogden, UT 84404** |

Date(s) debt was incurred  **12/29/17**

Last 4 digits of account number  **1063**

As of the petition filing date, the claim is: Check all that apply.                    **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** |
| | **Mike and Tara Oaks** |
| | **21460 E Bonanza Way** |
| | **Queen Creek, AZ 85142** |

Date(s) debt was incurred  **8/2/22; 8/30/22; 3/1/19; 3/2/20**

Last 4 digits of account number  **1185,1254,1604,1953**

As of the petition filing date, the claim is: Check all that apply.                    **$238,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |
| | **Molly Spendthrift Trust** |
| | **1301 Fox Pointe Drive** |
| | **Kaysville, UT 84037** |

Date(s) debt was incurred  **3/19/18**

Last 4 digits of account number  **1140**

As of the petition filing date, the claim is: Check all that apply.                    **$238,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** |
| | **Moulton Family Trust DTD** |
| | **107 W 3960 N** |
| | **Provo, UT 84604** |

Date(s) debt was incurred  **3/6/19**

Last 4 digits of account number  **1426**

As of the petition filing date, the claim is: Check all that apply.                    **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |
| | **Norman D. Boshard** |
| | **3685 N 760 E** |
| | **Provo, UT 84604** |

Date(s) debt was incurred  **6/21/17; 2/25/20**

Last 4 digits of account number  **5866,1939**

As of the petition filing date, the claim is: Check all that apply.                    **$297,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Pensco Trust Co, LLC**
**FBO Davvid J Cohen IRA (Pacifi Premier T**
**PO Box 173859**
**Denver, CO 80217**

Date(s) debt was incurred  **5/2/17**

Last 4 digits of account number  **791**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Petersen Advantage, LLC**
**Kared Hadley**
**2105 W 1800 N**
**Ogden, UT 84404**

Date(s) debt was incurred  **1/15/20**

Last 4 digits of account number  **1876**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Pine Lake Capital, LLC**
**Paul Mayfield**
**PO Box 9425**
**Salt Lake City, UT 84109**

Date(s) debt was incurred  **2/22/19**

Last 4 digits of account number  **1409**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Primetime Auto Plaza**
**Cathan V. Chuff**
**1520 Farr West Drive**
**Ogden, UT 84404**

Date(s) debt was incurred  **3/20/19**

Last 4 digits of account number  **1462**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$714,000.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**
**Provident Resource Management 401k Trust**
**Robert U. Black**
**395 E Meadow Lark Lane**
**Payson, UT 84651**

Date(s) debt was incurred  **1/27/20**

Last 4 digits of account number  **1894**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**Purdie LLC Profit Sharing Plan**
**Devvie Purdie**
**2956 North 63rd Street**
**Mesa, AZ 85215**

Date(s) debt was incurred  **1/10/18**

Last 4 digits of account number  **1089**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Quinn Riley**
**358 N 1360 E**
**Orem, UT 84059**

Date(s) debt was incurred  **01/20/25**

Last 4 digits of account number  **___**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Hall Labs, LLC**
_____   Case number *(if known)* _____
Name

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,975,000.00** |

**R&O Investments, LC**
**Steve Simmons**
**933 Wall Ave.**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **6/28/18; 12/20/19; 3/18/20**

Basis for the claim: **Investment Note Issued by Debtor**
**1970-1989**

Last 4 digits of account number **1220,1847,**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00** |

**R. Taylor and EMily Judd**
**1509 Canterbury Drive**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/6/22; 1/6/22; 1/12/18**

Basis for the claim: **Investment Note Issued by Debtor**

Last 4 digits of account number **968,969,1090,1363**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**Raffi Shahinian**
**8134 S 1300 W**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/17/22**

Basis for the claim: **Investment Note Issued by Debtor**

Last 4 digits of account number **1328**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00** |

**Randall Anderson**
**3063 Sweet Blossom**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/30/18; 8/6/19**

Basis for the claim: **Investment note issued by Debtor**

Last 4 digits of account number **1093,1632**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00** |

**RB Woolstenhulme Family Ltd Partnership**
**2230 N University Parkway, Ste. 2F**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/13/19; 2/13/20**

Basis for the claim: **Investment Note Issued by Debtor**

Last 4 digits of account number **1818,1925**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$476,000.00** |

**Rich and Kathleen Oaks Revocable Trust**
**5823 Fountaine Blue Drive**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/25/17; 8/1/22; 8/3/18;**
**8/30/22; 3/21/19; 12/19/19; 1/13/20**

Basis for the claim: **Investment Note Issued by Debtor**
**1463, 1826, 1864**

Last 4 digits of account
number **907,1184,1242,1253,**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535,500.00** |

**Rich H Humphreys**
**3793 Nebo Ave.**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2/17; 8/29/18; 10/7/19**

Basis for the claim: **Investment Note Issued by Debtor**

Last 4 digits of account number **5798,1280,1728**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Hall Labs, LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $59,500.00 |

3.162 **Nonpriority creditor's name and mailing address**

**Richard Scott and Lisa Bell**
**34 S Lindsay Holl Road**
**Heber City, UT 84032**

Date(s) debt was incurred  **12/30/19**

Last 4 digits of account number  **1862**

As of the petition filing date, the claim is: Check all that apply.    **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.163 **Nonpriority creditor's name and mailing address**

**Robert H and Cynthia Wakefield**
**4367 N LaRinghiera Dr.**
**Lehi, UT 84043**

Date(s) debt was incurred  **7/3/17; 7/31/17; 8/30/18**

Last 4 digits of account number  **884,919,1281**

As of the petition filing date, the claim is: Check all that apply.    **$178,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.164 **Nonpriority creditor's name and mailing address**

**Robert or MaryLynn McCardell**
**1584 Monaco Ave.**
**Salt Lake City, UT 84121**

Date(s) debt was incurred  **1/31/18; 10/28/19**

Last 4 digits of account number  **1095,1769**

As of the petition filing date, the claim is: Check all that apply.    **$178,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.165 **Nonpriority creditor's name and mailing address**

**Robert Siddell**
**4845 E Hamblin Drive**
**Phoenix, AZ 85054**

Date(s) debt was incurred  **3/13/20**

Last 4 digits of account number  **1965**

As of the petition filing date, the claim is: Check all that apply.    **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.166 **Nonpriority creditor's name and mailing address**

**Robin Ebmeyer**
**2016 W 1730 N**
**Provo, UT 84604**

Date(s) debt was incurred  **3/14/19**

Last 4 digits of account number  **1434**

As of the petition filing date, the claim is: Check all that apply.    **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.167 **Nonpriority creditor's name and mailing address**

**Rogers Living Trust**
**Terry Rogers**
**4988 Silver Cloud Drive**
**Saint George, UT 84770**

Date(s) debt was incurred  **10/24/18; 12/26/19**

Last 4 digits of account number  **1306**

As of the petition filing date, the claim is: Check all that apply.    **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.168 **Nonpriority creditor's name and mailing address**

**Ronald Grant Kennington**
**28151 Borrough Valley Road**
**Tollhouse, CA 93667**

Date(s) debt was incurred  **6/20/17; 7/31/17**

Last 4 digits of account number  **864,920**

As of the petition filing date, the claim is: Check all that apply.    **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Roy C and Kayleen Moulton**
PO Box 631
Driggs, ID 83422

Date(s) debt was incurred  **9/9/19**

Last 4 digits of account number  **1657**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$297,500.00**

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Sam Korologos**
14777 Pristine Drive
Draper, UT 84020

Date(s) debt was incurred  **8/28/18; 10/12/22;**
**2/8/19; 4/25/19; 5/30/19; 12/6/19**

Last 4 digits of account
number  **1261,1325,1389,1503,1546,**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**
**1813**

Is the claim subject to offset? ■ No  ☐ Yes

**$357,000.00**

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Scott and Debbie Purdie Fam. Rev. Trust**
**Debbie Purdie**
2956 North 63rd Street
Mesa, AZ 85215

Date(s) debt was incurred  **6/7/17; 7/18/17;**
**11/11/17; 4/13/18; 4/13/18; 6/13/18; 7/13/18;**
**4/25/19; 8/2/19;**

Last 4 digits of account
number  **854,905,1042,1165,1166,**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**
**1197, 1233, 1509, 1625, 1749-1750, 1791, 1935**
**10/11/19; 11/19/19; 2/21/20**

Is the claim subject to offset? ■ No  ☐ Yes

**$773,500.00**

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Scott Cleere**
1459 E 1440 S
Provo, UT 84606

Date(s) debt was incurred  **2/9/22; 3/1/23**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,935.00**

---

**3.173** | **Nonpriority creditor's name and mailing address**

**Scott Mathewson**
4504 Savego Way
South Jordan, UT 84009

Date(s) debt was incurred  **2/2/18**

Last 4 digits of account number  **1098**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,500.00**

---

**3.174** | **Nonpriority creditor's name and mailing address**

**Shane Moulton**
11721 Cumberland
Pocatello, ID 83202

Date(s) debt was incurred  **12/21/18**

Last 4 digits of account number  **1359**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$119,000.00**

---

**3.175** | **Nonpriority creditor's name and mailing address**

**Shenoy Trust UA**
27818 Stonehurst Lane
Katy, TX 77494

Date(s) debt was incurred  **4/20/18**

Last 4 digits of account number  **1169**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,500.00**

---

Debtor   **Hall Labs, LLC**
_____       Case number (*if known*) _____
Name

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,051,743.00** |

**Sierra Partners, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/3/18**

Last 4 digits of account number  **_**

Basis for the claim:  **Guaranty of Real Estate Lease (3000 Sierra Vista Way)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,137.00** |

**Sky Evans**
**1186 Cherry Lane**
**Provo, UT 84604**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/22; 3/1/23**

Last 4 digits of account number  **_**

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**Sonia Shahinian**
**8938 Cobblestone Way**
**Sandy, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/12/22**

Last 4 digits of account number  **1327**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**Sophia Hansen**
**8981 S Wild Willow Circle**
**Sandy, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/30/18**

Last 4 digits of account number  **1282**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608,551.00** |

**SPHL Properties, LLC**
**8801 River Crossing Blvd., Ste. 300**
**Indianapolis, IN 46240**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/1/20**

Last 4 digits of account number  **_**

Basis for the claim:  **Guaranty of Real Estate Lease (Vacant Land)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,251,221.00** |

**STAG Industrial, Inc.**
**One Federal Street, 23rd Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/22/20**

Last 4 digits of account number  **_**

Basis for the claim:  **Guaranty of Real Estate Lease (3715 Building)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Stephen Warren**
**313 E 2020 N**
**Provo, UT 84606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/20/25**

Last 4 digits of account number  **_**

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Hall Labs, LLC**

Case number (*if known*) _____

Name

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

Steven Cole
152026 S Heritage Crest Way
Riverton, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/19**

Last 4 digits of account number  **1423**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,240.00** |

Steven Norton
1049 S 1040 E
Springville, UT 84663

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/22; 3/1/23; 1/24/24**

Last 4 digits of account number  ___

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$736,232.00** |

Streamline Consulting
1238 Maple Road
Montpelier, ID 83254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/20**

Last 4 digits of account number  ___

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,166.00** |

STS-- Ironton, LLC
259 River Bend Way, Suite 102
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/10/18**

Last 4 digits of account number  ___

Basis for the claim:  **Guaranty of Real Estate Lease (2097 Mountain Vista Lane)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274,096.00** |

STS-- MVL, LLC
259 River Bend Way, Suite 102
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/8/18**

Last 4 digits of account number  ___

Basis for the claim:  **Guranaty of Real Estate Lease (1955 Ironton Blvd and 2365 Mountain Vista Lane)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,339.00** |

STS-Connection, LLC
259 River Bend Way, Suite 102
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/3/18**

Last 4 digits of account number  ___

Basis for the claim:  **Guaranty of Real Estate Lease (2279 Mountain Vista Lane)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

Stuart Development
259 River Bend Way, Suite 102
Indian Hills, CO 80454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/24**

Last 4 digits of account number  ___

Basis for the claim:  **Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Hall Labs, LLC**                                              Case number *(if known)* _____
_____
Name

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|

**Susan C. MacKay**
**4068 N Mahogany Drive**
**Morgan, UT 84050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/22**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **908**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |
|---|---|---|---|

**Susan C. MacKay Family Trust**
**4068 North Mahogany Drive**
**Morgan, UT 84050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/17; 5/8/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **945,1524**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00** |
|---|---|---|---|

**SWB Fund, LLC**
**15 Eagle Point Ct.**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/14/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1374**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|

**Taylor Rose**
**10718 S Mellow Way**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/6/18**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1126**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00** |
|---|---|---|---|

**TeancumVentures, LLC**
**Michael Bryant**
**8613 Maplewood Drive**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/18; 3/1/19; 11/5/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1177,1417,1774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|

**Terri Mortenson**
**1095 E Nathaniel Drive**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/18**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1318**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666,000.00** |
|---|---|---|---|

**The Alan and Jeanne Hall Foundation**
**4421 S 1800 W**
**Roy, UT 84067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/29/17; 9/13/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **2959,1684**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Hall Labs, LLC**
_____      Case number (*if known*) _____
Name

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357,000.00** |

**The Brian and Kathy Jacobson Living Trus**
**9301 Windy Court**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/17**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Combe Family Trust**
**David Combe**
**5445 S 600 W**
**Ogden, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1234**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Dennis Family Trust**
**Barbara Dennis**
**4054 S 895 E**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/6/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1514**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Fellows Family Trust**
**117 Highway Road**
**Fairfax, VT 05454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/17; 11/1/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1044**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00** |

**The Garrick Living Trust**
**Curtis Garrick**
**6115 W Dry Creek Circle**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/20**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **2010**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Randy Millet and Carolee Trust**
**4074 W Shinnrock Drive**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1407**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**Todd and Cydney Asay**
**8733 S Millrace Bend Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1760**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**
**Tracy M Anderson**
**8714 S Millrace Bend Road**
**West Jordan, UT 84088**

Date(s) debt was incurred  **10/22/19**

Last 4 digits of account number  **1764**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**
**True Vision Properties, LLC**
**Rich Humphreys**
**3793 Nebo Ave.**
**Ogden, UT 84414**

Date(s) debt was incurred  **5/2/17**

Last 4 digits of account number  **9806**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$476,000.00**

---

**3.206**

**Nonpriority creditor's name and mailing address**
**Truman F. Clawson 2003 Trust**
**171 3rd Ave. #407**
**Salt Lake City, UT 84103**

Date(s) debt was incurred  **7/26/17; 12/2/19**

Last 4 digits of account number  **5918,1805**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$535,500.00**

---

**3.207**

**Nonpriority creditor's name and mailing address**
**U/T/D**
**Rich Humphreys**
**3793 Nebo Ave.**
**Ogden, UT 84414**

Date(s) debt was incurred  **11/12/19**

Last 4 digits of account number  **1781**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$119,000.00**

---

**3.208**

**Nonpriority creditor's name and mailing address**
**US Small Business Administration**
**Disaster Assistance Processing and Disbu**
**14925 Kingsport Road**
**Fort Worth, TX 76115**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209**

**Nonpriority creditor's name and mailing address**
**Vista Heights Investment, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

Date(s) debt was incurred  **3/20/18**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Guraranty of Real Estate Lease (Novatek Shortfall)**

Is the claim subject to offset? ■ No ☐ Yes

**$107,706.00**

---

**3.210**

**Nonpriority creditor's name and mailing address**
**W. Fred and Jane Mensel**
**3381 S Oakwood Street**
**Salt Lake City, UT 84109**

Date(s) debt was incurred  **7/3/17; 2/26/18;**
**10/24/18; 4/23/19; 1/25/21; 1/15/20; 1/25/21**

Last 4 digits of account number  **7883,1122,1304,**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**
**1501-1502, 1819-1820, 1865, 1900-1902**

Is the claim subject to offset? ■ No ☐ Yes

**$1,071,000.00**

---

| Debtor | Hall Labs, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211** Nonpriority creditor's name and mailing address
Wadman Foundation
2920 S 925 W
Ogden, UT 84401

Date(s) debt was incurred  1/28/20

Last 4 digits of account number  1897

As of the petition filing date, the claim is: *Check all that apply.*   **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.212** Nonpriority creditor's name and mailing address
Wendy Coplen
386 E 1410 S
Orem, UT 84058

Date(s) debt was incurred  6/12/20; 2/9/22; 3/1/23; 1/24/24

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$787,711.00**
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213** Nonpriority creditor's name and mailing address
Willian and Heidi Allred
4081 W 1325 S
Syracuse, UT 84075

Date(s) debt was incurred  10/15/19

Last 4 digits of account number  1754

As of the petition filing date, the claim is: *Check all that apply.*   **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.214** Nonpriority creditor's name and mailing address
Woodrose Plantation, LLC
Tiffany Burbidge
131 N 1200 E
Lindon, UT 84042

Date(s) debt was incurred  7/25/19

Last 4 digits of account number  1615

As of the petition filing date, the claim is: *Check all that apply.*   **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Issued by Debtor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gregory C. Logue<br>Woolf, McClane, Bright, Allen & Carpente<br>PO Box 900<br>379010900 | Line  3.117<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Rich Willie<br>WW Partners, LLC<br>8941 South 700 East, Suite 202<br>Sandy, UT 84070 | Line  3.90<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Richard D. Flint<br>Holland & Hart, LLP<br>222 South Main Street, Suite 2200<br>Salt Lake City, UT 84101 | Line  3.181<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Shane Keppner<br>Bennett Tueller Johnson & Deere<br>3165 East Millcreeek Drive, Suite 500<br>Salt Lake City, UT 84121 | Line  3.189<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Hall Labs, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.5    **Zack Winzler**<br>**Parsons Behle & Latimer**<br>**201 S Main Street, Suite 1800**<br>**Salt Lake City, UT 84111** | Line   **3.180**<br><br>☐   Not listed. Explain ____ | _ |

---

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $     153,125.00 |
| **5b. Total claims from Part 2** | 5b.   **+** | $     62,729,595.29 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $     62,882,720.29 |

**Fill in this information to identify the case:**

Debtor name   **Hall Labs, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Guaranty of Lease for Real Property** | |
| | State the term remaining | **11 Years** | **Diamond Hall Development Partners, LLC**<br>**259 South River Bend Way, Suite 102**<br>**North Salt Lake, UT 84054** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Guaranty of Lease for Real Property** | |
| | State the term remaining | **8 Years 11 Months** | **Vista Heights Investments Lot 2, LLC**<br>**259 South River Bend Way, Suite 102**<br>**North Salt Lake, UT 84054** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Guaranty of Lease for Real Property** | |
| | State the term remaining | **8 Years 11 Months** | **Vista Heights Investments, LLC**<br>**259 South River Bend Way, Suite 102**<br>**North Salt Lake, UT 84054** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Hall Labs, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David R. Hall** | **PO Box 51440**<br>**Provo, UT 84605** | **Wells Fargo Equipment Finance** | ■ D  **2.11**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **David R. Hall** | **PO Box 51440**<br>**Provo, UT 84605** | **Newco Capital Group, LLC** | ■ D  **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **David R. Hall** | **PO Box 51440**<br>**Provo, UT 84605** | **Central Bank** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **David R. Hall** | **PO Box 51440**<br>**Provo, UT 84605** | **Central Bank** | ■ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **David R. Hall** | **PO Box 51440**<br>**Provo, UT 84605** | **STAG Industrial, Inc.** | ☐ D _____<br>■ E/F  **3.181**<br>☐ G _____ |

| Debtor | **Hall Labs, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **Sierra Partners, LLC** | ☐ D _____<br>■ E/F   **3.176**<br>☐ G _____ |
| 2.7 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **STS-Connection, LLC** | ☐ D _____<br>■ E/F   **3.188**<br>☐ G _____ |
| 2.8 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **STS-- Ironton, LLC** | ☐ D _____<br>■ E/F   **3.186**<br>☐ G _____ |
| 2.9 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **STS-- MVL, LLC** | ☐ D _____<br>■ E/F   **3.187**<br>☐ G _____ |
| 2.10 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **Vista Heights Investment, LLC** | ☐ D _____<br>■ E/F   **3.209**<br>☐ G _____ |
| 2.11 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **SPHL Properties, LLC** | ☐ D _____<br>■ E/F   **3.180**<br>☐ G _____ |
| 2.12 | **David R. Hall** | PO Box 51440<br>Provo, UT 84605 | **Keystone Private Income Fund** | ■ D   **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **DRH Holdings, LLC** | PO Box 51440<br>Provo, UT 84605 | **Newco Capital Group, LLC** | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Hall Labs, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Central Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.15 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STAG Industrial, Inc.** | ☐ D _____ ■ E/F __3.181__ ☐ G _____ |
| 2.16 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Sierra Partners, LLC** | ☐ D _____ ■ E/F __3.176__ ☐ G _____ |
| 2.17 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STS-Connection, LLC** | ☐ D _____ ■ E/F __3.188__ ☐ G _____ |
| 2.18 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STS-- Ironton, LLC** | ☐ D _____ ■ E/F __3.186__ ☐ G _____ |
| 2.19 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STS-- MVL, LLC** | ☐ D _____ ■ E/F __3.187__ ☐ G _____ |
| 2.20 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Vista Heights Investment, LLC** | ☐ D _____ ■ E/F __3.209__ ☐ G _____ |
| 2.21 | **DRH Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **SPHL Properties, LLC** | ☐ D _____ ■ E/F __3.180__ ☐ G _____ |

| Debtor | **Hall Labs, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| 2.22 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Newco Capital Group, LLC** | ▮ D __2.10__ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.23 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Central Bank** | ▮ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Central Bank** | ▮ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STAG Industrial, Inc.** | ☐ D _____ ▮ E/F __3.181__ ☐ G _____ |
| 2.26 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **Sierra Partners, LLC** | ☐ D _____ ▮ E/F __3.176__ ☐ G _____ |
| 2.27 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STS-Connection, LLC** | ☐ D _____ ▮ E/F __3.188__ ☐ G _____ |
| 2.28 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STS-- Ironton, LLC** | ☐ D _____ ▮ E/F __3.186__ ☐ G _____ |
| 2.29 | **Hall Property Holdings, LLC** | PO Box 51440 Provo, UT 84605 | **STS-- MVL, LLC** | ☐ D _____ ▮ E/F __3.187__ ☐ G _____ |

| Debtor | **Hall Labs, LLC** | Case number *(if known)* | |
|--------|--------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--|------------------------|--|------------------------|--|
| 2.30 | **Hall Property Holdings, LLC** | PO Box 51440 **Provo, UT 84605** | **Vista Heights Investment, LLC** | ☐ D ____ ■ E/F **3.209** ☐ G ____ |
| 2.31 | **Hall Property Holdings, LLC** | PO Box 51440 **Provo, UT 84605** | **SPHL Properties, LLC** | ☐ D ____ ■ E/F **3.180** ☐ G ____ |
| 2.32 | **SmarterHome, Inc.** | PO Box 51440 **Park City, UT 84060-5000** | **Newco Capital Group, LLC** | ■ D **2.10** ☐ E/F ____ ☐ G ____ |
| 2.33 | **David R. Hall** | PO Box 51440 **Provo, UT 84605** | **Diamond Hall Development Partners, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.1** |
| 2.34 | **David R. Hall** | PO Box 51440 **Provo, UT 84605** | **Vista Heights Investments Lot 2, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.2** |
| 2.35 | **David R. Hall** | PO Box 51440 **Provo, UT 84605** | **Vista Heights Investments, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.3** |
| 2.36 | **DRH Holdings, LLC** | PO Box 51440 **Provo, UT 84605** | **Diamond Hall Development Partners, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.1** |
| 2.37 | **DRH Holdings, LLC** | PO Box 51440 **Provo, UT 84605** | **Vista Heights Investments Lot 2, LLC** | ☐ D ____ ☐ E/F ____ ■ G **2.2** |

| Debtor | **Hall Labs, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | **DRH Holdings, LLC** | **PO Box 51440 Provo, UT 84605** | **Vista Heights Investments, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.3__ |
| 2.39 | **Hall Property Holdings, LLC** | **PO Box 51440 Provo, UT 84605** | **Diamond Hall Development Partners, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |
| 2.40 | **Hall Property Holdings, LLC** | **PO Box 51440 Provo, UT 84605** | **Vista Heights Investments Lot 2, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.41 | **Hall Property Holdings, LLC** | **PO Box 51440 Provo, UT 84605** | **Vista Heights Investments, LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.3__ |

**Fill in this information to identify the case:**

Debtor name   **Hall Labs, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $27,919.00 |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | $28,733.00 |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $10,860,828.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Interest/Dividends, Gains/Losses, Loan Forgiveness** | $4,795,533.00 |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Hall Labs, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Central Bank**<br>**202 South Main Street**<br>**PO Box 600**<br>**Springville, UT 84663** | **2/28/25:**<br>**$40,000.00**<br>**2/25/25:**<br>**$337,734.81**<br>**2/4/25:**<br>**$151,665.24** | **$529,400.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interest Payment on Secured Debt** |
| 3.2. | **Payzoom**<br>**PO Box 51440**<br>**Provo, UT 84605** | **1/9/25** | **$233,018.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cover Credit Card Expenses and Payments** |
| 3.3. | **Crowe, LLP**<br>**320 East Jefferson Blvd.**<br>**South Bend, IN 46601** | **12/13/24**<br>**1/9/25**<br>**1/17/25**<br>**12/20/24** | **$187,304.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax Services for 2023** |
| 3.4. | **Brammer Ranck**<br>**3300 North Triumph Blvd., Suite 100**<br>**Lehi, UT 84043** | **12/31/24**<br>**1/14/25**<br>**3/3/25** | **$88,363.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Fees/Retainer** |
| 3.5. | **Nernst Power Limited**<br>**Unit 34 Southern Cross Business Park**<br>**Boghall Road A98 CK15**<br>**Bray, Ireland** | **01/09/25** | **$72,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Investment** |
| 3.6. | **Cell Labs**<br>**Aakanksha 1st Floor**<br>**Road No. 92**<br>**Jubilee Hills, India** | **1/9/25**<br>**1/17/25** | **$8,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.7. | **The Finley Firm**<br>**3355 Lenox Road NE, Ste. 750**<br>**Atlanta, GA 30326** | | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

Debtor   **Hall Labs, LLC**  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Nernst Power Limited**<br>**Unit 34 Southern Cross Business Park**<br>**Boghall Road A98 CK15**<br>**Bray, Ireland** | 2/20/25 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Hall Labs transferred all of the capital stock of Nernst Power Limited to Nernst Electric, Inc. Value set at $0.00** |
| 3.9. **Microclimate, Inc.** | 2/27/25:<br>$1,540.00<br>2/13/25:<br>$1,540.00<br>2/7/25:<br>$1,540.00<br>1/31/25:<br>$4,620.02<br>1/24/25:<br>$731.51<br>1/17/25:<br>$1,540.01<br>12/13/24:<br>$1,540.01<br>12/16/24:<br>$3,493.89 | $16,545.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Use of Employees** |
| 3.10. **Funderburk Funderburk Courtois**<br>**2777 Allen Parkway, Suite 1000**<br>**Houston, TX 77019** | | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Jerome Miles**<br>**Garage Smart Industries, Inc.**<br>**1789 East 1530 South**<br>**Spanish Fork, UT 84660** | | $16,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **transfer of patents** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Hall Labs, LLC** _____     Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Jamie Evans et al v. David Hall et al** | **Civil** | **Fourth Judicial District, Utah**<br>**137 Freedom Blvd.**<br>**Provo, UT 84604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **STAG Industrial Holdings, LLC v Hall Property Holdings, LLC et al** | **Civil** | **United States District Court Utah**<br>**351 South West Temple**<br>**Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **SPHL Properties, LLC v Hall Property Holdings, LLC et al** | **Civil** | **Fourth Judicial District, Utah**<br>**137 Freedom Blvd.**<br>**Provo, UT 84604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Keystone Private Income Fund v Hall Labs, LLC et al** | **Civil** | **Third District Court Utah**<br>**450 South State Street**<br>**Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **NewCo Capital Group, LLC v SmarterHome, Inc. et al** | **Civil** | **Supreme Court of New York**<br>**99 Exchange Blvd. #545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Kendrick v Vanderhall Motor Works, Inc. et al** | **Civil** | **61st Judicial District State of Texas**<br>**201 Caroline Street, 9th Floor**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Whitehead v Vanderhall Motor Works, Inc. et al** | **Civil** | **US District Court Western District of Texas, San Antonio D**<br>**262 West Nueva Street**<br>**San Antonio, TX 78207** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Hall Labs, LLC**                                              Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Stambro v Vanderhall Motor Works, Inc. et al** | **Civil** | **US District Court Western District of Texas Austin**<br>**501 West 5th Street, Suite 1100**<br>**Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Fergison v Vanderhall Motor Works, et al** | **Civil** | **State Court of Muscogee County State of Georgia**<br>**PO Box 2145**<br>**Columbus, GA 31902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Leaf Capital Fund, LLC v Hall Property Holdings, LLC et al** | **Civil** | **Fourth Judicial District**<br>**125 N 100 W**<br>**Provo, UT 84601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Hall Labs, LLC** _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Diaz and Larsen** **757 East South Temple** **Suite 201** **Salt Lake City, UT 84102** | | **01/27/2025** | **$75,000.00** |
| | Email or website address **DiazandLarsen.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Capital Truth Holdings, LTD** **Attn: Joshua Cilano** **308 E Bay Road** **Nassau, Bahamas** | **Shares of Vanderhall Motor Works, Inc.** | **03/07/23** | **$532,500.00** |
| | Relationship to debtor **NA** | | | |
| 13.2. | **Emily Brimhall** **580 Bald Mountain Drive** **Alpine, UT 84004** | **Shares of Vanderhall Motor Works, Inc.** | **03/07/23** | **$1,700,000.00** |
| | Relationship to debtor **Daughter of CEO** | | | |
| 13.3. | **2.1 SPV, a series of 2.0 Ventures Master** **6440 south Millrock Drive #550** **Salt Lake City, UT 84121** | **Shares of Bacon Work, Inc.** | **03/31/23** | **$2,500,000.00** |
| | Relationship to debtor | | | |

Debtor    **Hall Labs, LLC**                                                     Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4. | **Hall Opportunity Fund 1A, LP**<br>**3500 Mountain Vista Parkway**<br>**Provo, UT 84606**<br><br>**Relationship to debtor**<br>**Partial Owner** | **Shares of Bacon Work, Inc.** | **03/31/23** | **$2,500,000.00** |
| 13.5. | **Capital Truth Holdings, LTD**<br>**Attn: Joshua Cilano**<br>**3083 E Bay Road**<br>**Nassau, Bahamas**<br><br>**Relationship to debtor**<br>**NA** | **Shares of Vanderhall Motor Works, Inc.** | **05/23/23** | **$135,000.00** |
| 13.6. | **Nov, Inc.**<br><br>**Relationship to debtor**<br>**NA** | **Rights in long-term earnout agreement** | **08/31/23** | **$10,523,428.00** |
| 13.7. | **Guardian Health, Inc.**<br>**Attn: Kevin Campbell**<br>**1943 S 2510 E**<br>**Spanish Fork, UT 84660**<br><br>**Relationship to debtor**<br>**NA** | **Assets of Medic, Inc. (a Hall Labs project)**<br>**in exchange for an earnout commitment**<br>**based on revenues** | **01/05/24** | **$0.00** |
| 13.8. | **Care.Life Technologies, Inc.**<br>**178 W 13490 S, Ste. 202**<br>**Draper, UT 84020**<br><br>**Relationship to debtor**<br>**NA** | **Assets of Care.Life Serives, Inc. (a Hall**<br>**Lab Project) in exchange for an earnout**<br>**commitment based on revenues** | **01/08/24** | **$0.00** |
| 13.9. | **Dyol Manufacturing, Inc.**<br>**116 E 800 S**<br>**Smithfield, UT 84335**<br><br>**Relationship to debtor**<br>**Controlled by Mark Hall,**<br>**David Hall's son** | **Assets of Dyol Manufacturing, Inc. (a Hall**<br>**Labs project) in exchange for an earnout**<br>**commitment based on revenues** | | **$0.00** |
| 13.10. | **Sure-Fi, Inc.**<br>**116 E 800 S**<br>**Smithfield, UT 84335**<br><br>**Relationship to debtor**<br>**Controlled by Mark Hall,**<br>**David Hall's son** | **Repurchase of stock in Sure-Fi, Inc. held**<br>**by the Debtor in exchange for an earnout**<br>**commitment based on revenues** | **03/12/24** | **$0.00** |

Debtor   **Hall Labs, LLC**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>1. | **Jay Reynolds**<br>**1398 N 1900 W**<br>**Provo, UT 84604** | **Forklift** | **05/02/24** | **$9,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.1<br>2. | **Microclimate, Inc.**<br>**3500 Mountain Vista Parkway,**<br>**Suite 2**<br>**Provo, UT 84606** | **Repurchase of stock in MicroClimate, Inc.**<br>**held by the Debtor in exchange for an**<br>**earnout commitment based on revenues** | **05/20/24** | **$0.00** |
| | Relationship to debtor<br>**Controlled by Michael Hall,**<br>**David Hall's son** | | | |
| 13.1<br>3. | **Hall Logic, Inc.**<br>**3500 Mountain Vista Parkway,**<br>**Suite 2**<br>**Provo, UT 84606** | **Assets MartWinch, Inc. (a Hall Labs**<br>**project) in exchange for an earnout**<br>**commitment based on revenues** | **05/22/24** | **$0.00** |
| | Relationship to debtor<br>**Controlled by Michael Hall,**<br>**David Hall's son** | | | |
| 13.1<br>4. | **Trolf Ventures, LLC**<br>**9511 N Technology Drive**<br>**Fountain Hills, AZ 85268** | **Assets of Debtor's Trolf project in**<br>**exchange for an earnout commitment**<br>**based on revenues** | **07/02/24** | **$0.00** |
| | Relationship to debtor | | | |
| 13.1<br>5. | **Quiet Cool, Inc.**<br>**26040 Yzex Road**<br>**Temecula, CA 92591** | **Intellectual property related to certain**<br>**products of SmarterHome, Inc.** | **09/25/24** | **$1,266,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.1<br>6. | **Bill Phillips**<br>**9511 N Technology Drive**<br>**Phoenix, AZ 85026** | **462, 963 Shares Vanderhall Stock** | **3/1/23** | **$500,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.1<br>7. | **DRH Holdings, LLC**<br>**3500 Mountain Vista Pkwy,**<br>**Suite 2**<br>**Provo, UT 84606** | **648, 148 Vanderhall Shares** | **3/7/23** | **$700,000.00** |
| | Relationship to debtor<br>**Entity is wholly owned by the**<br>**Debtor** | | | |

Debtor   **Hall Labs, LLC**                                                           Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>8. | **Trousdale Sarasphere, LLC**<br>**9125 Sunset Blvd**<br>**West Hollywood, CA 90069** | **3,731,343 Vanderhall Shares** | **6/22/23** | **$4,029,850.44** |
| | **Relationship to debtor** | | | |
| 13.1<br>9. | **Lane Vanderhall Holdings, LP**<br>**Attn:  Kasye Evans**<br>**1633 Innovation Way, Floor 4**<br>**Lehi, UT 84043** | **3,731,343 Vanderhall Shares** | **4/25/23** | **$149,999.04** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>0. | **Robison Family Trust**<br>**Attn:  David Robison**<br>**9100 Eagle Hills Drive**<br>**Las Vegas, NV 89134** | **12,102 Vanderhall Shares** | **4/25/23** | **$13,070.16** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>1. | **Brian Rueckert**<br>**1718 E Crimson Oak Drive**<br>**Draper, UT 84020** | **151,493 Vanderhall Shares** | **4/26/23** | **$163,612.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>2. | **Kevin Stanger**<br>**5441 Long Cove**<br>**Idaho Falls, ID 83404** | **46,296 Vanderhall Shares** | **4/28/23** | **$49,999.68** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>3. | **Gregg Sanderson**<br>**1794 Burning Oak Drive**<br>**Draper, UT 84020** | **254,629 Vanderhall Shares** | **5/2/23** | **$274,999.32** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>4. | **Nick Healy**<br>**1846 East Sage Hollow Drive**<br>**Draper, UT 84020** | **138,888 Vanderhall Shares** | **5/18/23** | **$149,999.04** |
| | **Relationship to debtor**<br>**NA** | | | |

Debtor   **Hall Labs, LLC**                                                    Case number *(if known)*

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2 5. | **Brian Rueckert**<br>**1718 E Crimson Oak Drive**<br>**Draper, UT 84020** | **200,000 Vanderhall Shares** | **6/1/23** | **$216,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2 6. | **Kevin Stanger**<br>**5441 Long Cove**<br>**Idaho Falls, ID 83404** | **78,358 Vanderhall Shares** | **6/9/23** | **$84,626.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2 7. | **Nick Healy**<br>**1846 East Sage Hollow Drive**<br>**Draper, UT 84020** | **111,940 Vanderhall Shares** | **6/12/23** | **$94,929.84** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2 8. | **Brian Rueckert**<br>**1718 E Crimson Oak Drive**<br>**Draper, UT 84020** | **87,898 Vanderhall Shares** | **6/13/23** | **$94,929.84** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2 9. | **James Grant**<br>**8063 Saddle Brook Circle**<br>**Sandy, UT 84093** | **74,626 Vanderhall Shares** | **6/14/23** | **$80,596.08** |
| | Relationship to debtor<br>**NA** | | | |
| 13.3 0. | **Robison Family Trust**<br>**Attn: David Robison**<br>**9100 Eagle Hills Drive**<br>**Las Vegas, NV 89134** | **75,000 Vanderhall Shares** | **6/14/23** | **$81,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.3 1. | **Gregg Sanderson**<br>**1794 Burning Oak DRive**<br>**Draper, UT 84020** | **149,253 Vanderhall Shares** | **6/15/23** | **$199,999.02** |
| | Relationship to debtor<br>**NA** | | | |

Debtor    **Hall Labs, LLC**                                            Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3<br>2. | **Bansbach Capital Group, LLC**<br>**Attn:  Louis P. Bansbach IV**<br>**650 S Cherry St., #1005**<br>**Denver, CO 80246** | **Exchanged 555,556 Vanderhall hsares for**<br>**1,930,501 shares of** | **5/17/23** | **$600,000.48** |
| | Relationship to debtor<br>**NA** | | | |
| 13.3<br>3. | **John and Sue Ellen Murphy**<br>**2315 Clubview Ct.**<br>**Ponte Vedra Beach, FL 32082** | **Exchanged 100,000 Vanderhall shares for**<br>**347,490 shares of Medic** | **5/17/23** | **$108,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.3<br>4. | **Entrust Group, Inc.**<br>**Attn:  John Murphy**<br>**2315 Clubview Ct.**<br>**Ponte Vedra Beach, FL 32082** | **Exchanged 122,223 Vanderhall shares for**<br>**424,710 shares of Medic** | **5/17/23** | **$132,000.84** |
| | Relationship to debtor<br>**NA** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. | **3000 South Sierra Vista Way**<br>**Provo, UT 84606** | **7/3/18 - 4/1/24** |

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor   **Hall Labs, LLC**                                    Case number *(if known)* _____

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The New Vistas Foundation** | | **The New Vistas Foundation owns museum type assets thaty are held in the lobby of Hall Labs' leased premises** | **$0.00** |

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **Hall Labs, LLC**                                                                      Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | Adaptive, Inc. | R&D project to develop innovative approaches to residential housing | EIN: 83-2852359<br>From-To  12/7/18 - 12/31/23 |
| 25.2. | Bacon Work, Inc. | Service linking gig workers and employers | EIN: 83-0922865<br>From-To  06/18/18 - Present |
| 25.3. | Care.Life, Inc. | R&D project to develop radiant wall panels | EIN: 83-0849889<br>From-To  06/11/18 - 12/31/22 |
| 25.4. | Care.Life Services, Inc. | Suite of products to monitor and assist the elderly in their homes or care centers | EIN: 88-3465581<br>From-To  07/15/22 - 01/08/24 |
| 25.5. | Dyol, Inc. | Development and sale of innovative throttle | EIN: 88-3442996<br>From-To  07/15/22 - 03/01/24 |
| 25.6. | Medic, Inc. | R&D project to develop medical toilet and related products | EIN: 61-1795703 1<br>From-To  12/14/18 - 01/05/24 |

Debtor   **Hall Labs, LLC**                                      Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.7. **Microclimate, Inc.** | **Development and sale of personal respirator systems** | EIN: **85-1678477**<br>From-To **06/25/20 - 05/20/24** |
| 25.8. **Nernst Electic** | **Commercialization and sale of solid oxide fuel cells** | EIN: **93-4428540**<br>From-To **11/15/23 - Present** |
| 25.9. **Nernst Power** | **R&D project to develop innovative approach to solid oxide fuel cells** | EIN: **Foreign Entity**<br>From-To **11/15/23 - 2/20/25** |
| 25.10. **NeverDump, Inc.** | **R&D Project to develop approaches to waste disposal and recycling** | EIN: **84-1774646**<br>From-To **05/15/16 - 06/30/24** |
| 25.11. **RelChip, Inc.** | **Development and sale of high temperature chips for various applications** | EIN: **46-0883393**<br>From-To **08/30/12 - 12/31/24** |
| 25.12. **Sustainable Energy Systems, Inc.** | **Development and sale of carbon capture system** | EIN: **26-1659060**<br>From-To **12/02/20 - 12/22/20** |
| 25.13. **SmarterHome, Inc.** | **Development and sale of smart home products** | EIN: **83-2864746**<br>From-To **12/12/18 - Present** |
| 25.14. **SmartWinch, Inc.** | **Development and sale of advanced portable winch** | EIN: **85-2121073**<br>From-To **07/23/20 - 05/22/24** |
| 25.15. **Sure-Fi, Inc.** | **Development and sale of wireless data communication systems** | EIN: **46-3894882**<br>From-To **12/20/18 - 03/12/24** |
| 25.16. **Utility Global, Inc.** | **R&D project to develop innovative approach to fuel cells** | EIN: **83-3826776**<br>From-To **03/05/19 - 04/07/22** |
| 25.17. **Vanderhall Motor Works, Inc.** | **Development and sale of electic motor vehicles** | EIN: **27-5266323**<br>From-To **06/04/19 - Present** |
| 25.18. **Hall Labs Opportunity Fund, LLC** | **Investing in opportunity zone businesses** | EIN: **92-0814277**<br>From-To **10/24/22 - Present** |
| 25.19. **Hall Opportunity Fund 1, LP** | **Investing in opportunity zone businesses** | EIN: **83-3644932**<br>From-To **01/03/19 - Present** |
| 25.20. **Hall Property Holdings, LLC** | **Property Management** | EIN: **47-1405875**<br>From-To **07/11/14 - Present** |

Debtor   **Hall Labs, LLC** _____   Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.21. **DRH Holdings, LLC** | **Investing in businesses and projects** | EIN:   **81-4502008** |
| | | From-To   **12/31/24 - Present** |
| 25.22. **HL IP Services** | **Patent filing and other IP Services** | EIN:   **92-1930502** |
| | | From-To   **01/30/23 - 3/4/25** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Hall Management Services, LLC** **3500 South Mountain Vista Parkway** **Provo, UT 84606** | **2017-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **See Attachment** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Hall** | **PO Box 51440** **Provo, UT 84605** | **CEO and Controlling Shareholder** | **53.737%** |

Debtor    **Hall Labs, LLC**                                         Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Michael Hall** | **PO Box 51440 Provo, UT 84605** | **Chief Engineer and Operating Officer; Member of Executive Committee** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Wendy Coplen** | **PO Box 51440 Provo, UT 84605** | **Chief Financial Officer; Member of Executive Committee** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Carl Belliston** | **PO Box 51440 Provo, UT 84605** | **Counsel; Member of Executive Committee** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Jeff Duncan** | **PO Box 51440 Provo, UT 84605** | **Dirctor of IP; Member of Executive Committee** | **0.00** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **David R. Hall Trust** | **PO Box 5144 Provo, UT 84605** | **Shareholder** | **46.263%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|----------------------------------------------------|-------|-------------------------------|
| 30.1. | **David Hall PO Box 51440 Provo, UT 84605** | **$4,000.00/Week Total:  $36,000.00** | **1/1/25 - 3/5/25** | **Salary** |
| | **Relationship to debtor CEO** | | | |
| 30.2. | **Michael Hall PO Box 51440 Provo, UT 84605** | **$912.00 $5,000.00** | **1/31/25; 1/17/25** | **Contingent Bonus** |
| | **Relationship to debtor Executive Committee** | | | |

Debtor   **Hall Labs, LLC**                                                                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Wendy Coplen**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$3,390.00**<br>**$15,748.00** | **10/5/24**<br>**1/24/25** | **Contingent Bonus** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.4. | **Carl Belliston**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$5,464.00**<br>**$9,881.00** | **10/5/24**<br>**1/24/25** | **Contingent Bonus** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.5. | **Jeff Duncan**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$4,738.00**<br>**$9,349.00** | **10/5/24**<br>**1/24/25** | **Contingent Bonus** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.6. | **Streamline Consulting**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$5,029.00** | **10/5/24** | **Contingent Bonus** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.7. | **Cameron Brimhall**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$258.00** | **1/3/25** | **Payroll** |
| | **Relationship to debtor**<br>**David Hall's Grandson** | | | |
| 30.8. | **Brett Wilkey** | **$3,785.00**<br>**$830.00**<br>**$15,400.00** | **1/24/25**<br>**10/5/24**<br>**1/1/25; 2/14/25** | **Contingent Bonus, Payroll** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.9. | **Ben Belliston** | **$177.00** | **10/5/24** | **Contingent Bonus** |
| | **Relationship to debtor**<br>**Son of Carl Belliston** | | | |
| 30.10. | **Karen Hall**<br>**738 E 2680 N**<br>**Provo, UT 84604** | **Payroll $3,165.50** | **01/01/25 -**<br>**03/05/25** | **Payroll** |
| | **Relationship to debtor**<br>**David Hall's wife** | | | |

Debtor   **Hall Labs, LLC** _____   Case number _(if known)_ _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 1. | **Michael Hall**<br>**737 E 2620 N**<br>**Provo, UT 84604** | **$7,937.50**<br>**Contrractor Services** | **01/01/25 -**<br>**03/05/25** | **Contractor Services** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.1 2. | **Wendy Coplen**<br>**386 E 1410 S**<br>**Orem, UT 84058** | **Salary $42,774.54** | **01/01/25 -**<br>**03/05/25** | **Salary** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.1 3. | **Carl Belliston**<br>**3538 N 180 E**<br>**Provo, UT 84604** | **Salary $53,775.00** | **01/001/25 -**<br>**03/05/25** | **Payroll** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.1 4. | **Huntington Tracy Hall**<br>**1498 E 1280 S**<br>**Provo, UT 84606** | **Payroll $5,519.95**<br>**Contingent Bonus $594.00**<br>**Contingent Bonus $3,062.00** | **01/01/25 -**<br>**03/05/25**<br>**10/5/2024**<br>**1/24/2025** | **Payroll and contingent bonuses** |
| | **Relationship to debtor**<br>**David Hall's nephew** | | | |
| 30.1 5. | **Brett Wilkey**<br>**764 E 600 N**<br>**Nephi, UT 84648** | **Payroll $23,320.00** | **01/01/25 -**<br>**03/05/25** | **Payroll** |
| | **Relationship to debtor**<br>**Executive Committee** | | | |
| 30.1 6. | **Microclimate, Inc.** | **Payment for using employee $12,233.43** | **12/13/2024 -**<br>**2/27/2025** | **Employee pay** |
| | **Relationship to debtor**<br>**Entity is owned and controlled by Michael Hall** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Hall Labs, LLC** | **EIN:   35-2530253** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

Debtor    **Hall Labs, LLC**

Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  5, 2025**

**/s/ David R. Hall**
Signature of individual signing on behalf of the debtor

**David R. Hall**
Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

## LIST OF PERSONS RECEIVING FINANCIAL STATEMENTS

**CONFIDENTIAL**

**Date: 1/27/2025**

| HALL LABS | |
| --- | --- |
| **Name** | **Address** |
| Keystone National Group | 60 E. South Temple, Suite 2100, Salt Lake City, Utah 84111 |
| Keystone Private Equity | 60 E. South Temple, Suite 2100, Salt Lake City, Utah 84111 |
| Tom Stuart Construction/Stuart Development and Entities | 259 River Bend Way, Suite 102, North Salt Lake, UT 84054 |
| STAG Industrial, Inc. | One Federal Street, 23rd Floor, Boston, MA 02110 |
| Leaf Capital | 2005 Market St., 14th Floor, Philadelphia, PA 19103 |
| First Citizens Bank | One Federal Street, 23rd Floor, Boston, MA 02110 |
| Central Bank | 202 S. Main St., PO Box 600, Springville, UT 84663 |
| Hillcrest Bank | 215 W. 2230 N., Provo, UT 84604 |
| Bank of The West/BMO | 142 E. 200 S., Salt Lake City, UT 84111 |
| Wells Fargo Commercial | PO Box 858178, Minneapolis, MN 55485 |
| Wells Fargo Commercial - Distribution Finance | 10 South Wacker Dr., Chicago, IL 60606 |
| Future Funding, LLC | 30 N Gould St, Ste R, Sherican WY 82801 |
| Caliber Assets/Wise Venture Financing | 200 Spectrum Center Dr., Irvine, CA 92618 |
| Dynamic Fundings | 2805 Veterans Memorial Hwy, Ste 18, Rokonkoma, NY 11779 |
| NewCo | 90 Broad St., Suite 903, Manhattan, New York, NY 10004 |
| OnDeck | 4700 W. Daybreak Pkwy, Suite 200 South Jordan, UT 84009 |
| G Equities Group | One World Trade Center, Suite 8500, New York, NY 10007 |

| | |
|---|---|
| Credit Line Capital Group | |
| | 124 Grove Ave., Suite 194, Cedarhurst, NY 11516 |
| Premium Merchant Funding | 360 NW 27th St, Miami FL 33127 |
| EBFS, LLC | 3801 PGA Blvd., Palm Beach Gardens, FL 33410 |
| Fortifi Capital | 585 Stewart Ave #310, Garden City, NY,11530 |
| Moby Cap | 905 W Oltorf St, Austin, TX 78704 |
| Alt Funding Group | 2941 NW 62nd ST, Suite 201, Ft. Lauderdale, FL 33309 |
| Direct Capital Fund | 800 Brickell Ave., Floor 4, Miami, FL 33131 |
| Captain Capital Group | 1975 E 8th St, Brooklyn, New York, 11223 |
| All Time Capital/On-Time Capital Group | 1155 Park Place, Brooklyn, NY 11213 |
| BLM Group USA Finance | 46850 Cartier Drive, Novi MI 48377 |
| Venpro Partners | 533 2nd., Encinitas, CA 92024 |
| US Capital Global | 3960 Howard Hughes Parkway, Suite 280, Las Vegas, Nevada 89169 |
| Texas Capital Bank | 2000 McKinney Avenue, Suite 700, Dallas, TX 75201 |
| Monness, Crespi, Hardt & Co., Inc. | 767 Third Avenue, 16th Fl, New York, NY 10017 |
| The Rosewood Groups | 2229 Reagan Ave., Unit 201, Rock Springs, WY 82901 |
| Emergent VP | PO Box 171305, Salt Lake City, UT 84117 |
| C6 Capital | 315 E. 62nd St., 3rd Floor, New York, NY 10065 |
| Fortress Capital | 1345 Avenue of the Americas, 45th Floor, New York, NY 10105 |
| Bastiat Partners | 1999 Avenue of the Stars, Suite 1100, Los Angeles, CA 90067 |
| Summit Capital | 531 E. 770 N., Orem, UT 84097 |
| All Time Capital/On-Time Capital Group | 1155 Park Place, Brooklyn, NY 11213 |
| Bridge Consolidation | 30 Broad Street, New York, NY 10004 |
| The ACF Group | New York |
| JB & B Capital | PO Box 10068, Knoxville, TN 37939 |
| Cache Valley Bank | 5 South Main, Logan, UT 84321 |
| Trumpf Finance | 111 Hyde Rd, Farmington, CT 06032 |
| Macquarie Capital | 125 West 55th St., New York, NY 10019 |

| | |
|---|---|
| Iron Horse Credit | 6620 Southpoint Dr. S Ste 230, Jacksonville, FL 32216 |
| Square Advance | 90 E Halsey Rd Parsippany NJ, 07054 |

# United States Bankruptcy Court
## District of Utah

In re  **Hall Labs, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Hall Trust** | **Equity** | **46.263%** | **Non Voting Shareholder** |
| **David R. Hall** | | **53.737%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March  5, 2025**

Signature **/s/ David R. Hall**

**David R. Hall**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Utah

In re   **Hall Labs, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX


I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.



Date:   **March  5, 2025** _____        **/s/ David R. Hall** _____

**David R. Hall**/**Chief Executive Officer**
Signer/Title

# United States Bankruptcy Court
### District of Utah

In re  **Hall Labs, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hall Labs, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  5, 2025**

Date

**/s/ Andres Diaz**

**Andres Diaz 4309**

Signature of Attorney or Litigant

Counsel for   **Hall Labs, LLC**

**Diaz & Larsen**

**757 East South Temple, Suite 201**
**Salt Lake City, UT 84102**
**(801)596-1661 Fax:(801) 359-6803**
**courtmail@adexpresslaw.com**