FILED*US Bankruptcy Court-UT
APR 7 2025 PM 2:49

Clerk of the Court
United States Bankruptcy Court
350 South Main Street
Salt Lake City, UT 84101

April 1, 2025

Re: Hall Labs, Inc. Bankruptcy NO. 25-21038.
Keystone Private Income Fund's motion that the automatic stay does not apply to Vanderhall Stock owned by the David R. Hall Trust and pledged as collateral to Keystone.

<u>I do not want the Bankruptcy Court to grant the relief requested</u>. It appears that doing so, would decrease the likelihood of note-holders like me being made whole. I am not an attorney, so could be wrong.

My name is Ronald Grant Kennington. I have been a creditor of Hall Labs, through their, three-year $50,000 note program, for many years. I currently own two such notes that matured some time ago. Hall Labs also stopped paying me me interest some time ago.

My wife, Carol A. Kennington, moved her IRA Account to the Bank of Utah many years ago so she could also invest $50,000 in the Hall Lab program. Carol passed away in April of 2023. Her IRA Account with Bank of Utah in now in my name.

Is summary:
Ronald Grant Kennington owns two $50,000 notes of Hall Labs.
Ronald Grant Kennington, by inheriting his wife, Carol A. Kennington's IRA at the Bank of Utah, owns one $50,000 note of Hall Labs.

Thank you,
Ronald <u>Grant</u> Kennington     559-392-1928
28151 Burrough Valley Rd.
Tollhouse, Ca. 93667

*Ronald Grant Kennington* (signature)