Rich Willie (Bar No. 16987)
**WW PARTNERS, LLC**
8941 South 700 East, Suite 202
Sandy, Utah 84070
Telephone: (208) 241-9691
rich@wwpartners.co
david@wwpartners.co

*Attorneys for Evans Development, LLC*
*and Jamie Evans*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re; <br><br> HALL LABS, LLC, <br><br> Debtor | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 25-21038 JTM <br><br> Honorable Joel T. Marker |

NOTICE IS HEREBY GIVEN to all parties that Rich Willie of the law firm of WW Partners hereby makes his appearance as counsel of record for Jamie D. Evans Sr. and Evans Development, LLC in the above-captioned matter. Please add Mr. Willie to the service list and provide him notice of all hearings, actions, and other matters maintained hereafter in the above-entitled lawsuit at the following address:

1

Rich Willie (Bar No. 16987)
**WW PARTNERS, LLC**
8941 South 700 East, Suite 202
Sandy, Utah 84070
Telephone: (208) 241-9691
rich@wwpartners.co
david@wwpartners.co

Dated: April 8, 2025

Respectfully submitted,

/s/ Rich Willie
Rich Willie, Utah Bar No. 16987
WW Partners, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ Rich Willie
Rich Willie