Engels J. Tejeda (11427)
Tyler S. Erickson (19523)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
EJTejeda@hollandhart.com
TSErickson@HollandHart.com
*Attorneys for STAG Industrial Holdings, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 25-21038 |
|---|---|
| Hall Labs, LLC, | Chapter 11 |
| | Honorable Joel T. Marker |
| Debtor. | |

### DECLARATION OF THOMAS ALLDRIDGE IN SUPPORT OF STAG INDUSTRIAL HOLDINGS, LLC'S MOTION FOR COMFORT ORDER REGARDING SCOPE OF AUTOMATIC STAY

I, Thomas M. Alldridge, hereby declare as follows.

1. I am over 18 years of age and am competent to testify with regards to the matters contained herein.

2. I am an attorney with the law firm Holland & Hart LLP, am duly licensed to practice in the State of Utah and am a member in good standing of the Utah State Bar. Holland & Hart is counsel of record for Plaintiff STAG Industrial Holdings, LLC ("**STAG**") in the matter captioned *STAG Industrial Holdings, LLC v. Hall Property Holdings, LLC et al.*, case no. 2:24-cv-00335-HCN-JCB (the "**Federal Case**"), pending in the United States District Court for the District of Utah, Central Division (the "**District Court**"). I have personal knowledge of all matters stated

1

herein, and I make this declaration in support of STAG's Motion for Comfort Order Regarding Scope of Automatic Stay (the "**Motion**"), filed concurrently.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Federal Case's Docket as of April 14, 2025.

4. In the spring of 2024, Hall Property Holdings, LLC, vacated the premises it leased from STAG after failing to pay over $1 million in rent under the Lease Agreement.

5. On May 9, 2024, Holland and Hart filed the Federal Case on behalf of STAG and against Hall Property Holdings, LLC; Hall Labs, LLC; DRH Holdings, LLC; and David R. Hall (collectively, "**Defendants**").

6. On May 20, 2024, STAG terminated the Lease Agreement due to Hall Property's failure to perform its obligations under the same.

7. On June 3, 2024, STAG filed in the Federal Case an Amended Complaint, a copy of which is attached as **Exhibit B**.

8. On July 3, 2024, Defendants filed an Answer to Amended Complaint and Counterclaims (the "**Answer**"), a copy of which is attached as **Exhibit C**.

9. On April 3, 2025, STAG filed in the Federal Case a Motion for Partial Summary Judgment ("**STAG's MPSJ**") seeking "only a determination from the Court on the issue of alibility" under "STAG's Breach of Guaranty Claim and [Mr.] Hall's Breach of the Duty to Mitigate Counterclaim."

10. A copy of STAG's MPSJ is attached as **Exhibit D**.

11. On April 7, 2025, the Defendants filed in the Federal Case a Notice "to the [District] Court[,] all Parties[,] and their Attorneys of Record," a copy of which is attached as **Exhibit E**.

12.     On April 8, 2025, the District Court entered a docket order stating, "case stayed per [Defendants'] Notice of Bankruptcy." *See* Federal Case Docket, Ex. A, at entry dated April 8, 2025.

13.     I hereby declare under penalty of perjury under the laws of the United States and the State of Utah that the foregoing is true and correct.

Executed on April 14, 2025 in Salt Lake City, Utah.

*/s/ Thomas M. Alldridge*<br>
Thomas M. Alldridge

## CERTIFICATE OF SERVICE

       I hereby certify that on April 14, 2025, I filed the foregoing electronically through the CM/ECF system, which served by electronic means the following parties or counsel and any party-in-interest having entered an appearance and requested notice, as more fully reflected on the Notice of Electronic Filing:

    Diaz & Larsen
    Attn: Andres Diaz, courtmail@adexpresslaw.com
    Counsel for the Debtor

    Melinda Willden, matthew.burne@usdoj.gov
    USTPRegion19.SK.ECF@usdoj.gov
    US Trustee Office

       I further certify that on April 14, 2025, a copy of the foregoing was served on the following First-Class Mail, U.S. postage prepaid, which include the Debtor, the Nondebtor Defendants in the Federal Case, and the largest 20 unsecured creditors:

1.       Hall Labs, LLC, PO Box 51440, Provo, UT 84605

2.       Hall Property Holdings, LLC, c/o Brammer Ranck LLP, Attn. J. Brady Brammer, 1955 West Grove Parkway Suite 200, Pleasant Grove, Utah 84062

3.       Hall Property Holdings, LLC, c/o Scott Robert Dansie, 11726 South Canberra Drive, Sandy Utah 84094

4.       DRH Holdings, LLC, c/o Brammer Ranck LLP, Attn. J. Brady Brammer, 1955 West Grove Parkway Suite 200, Pleasant Grove, Utah 84062

5.       DRH Holdings, LLC, c/o Scott Robert Dansie, 11726 South Canberra Drive, Sandy Utah 84094

6.       David R. Hall, c/o Brammer Ranck LLP, Attn. J. Brady Brammer, 1955 West Grove Parkway Suite 200, Pleasant Grove, Utah 84062

7.       David R. Hall, c/o Scott Robert Dansie, 11726 South Canberra Drive, Sandy Utah 84094

8.       The Parties Identified in the attached Master Service List, created pursuant to the Court's Order Granting Motion to Limit Notice and Establish Notice Procedures, Dkt. 28.

                                       */s/ Engels J. Tejeda*
                                       Engels J. Tejeda

**EXHIBIT A MASTER SERVICE LIST**

Ariel Bouskila   Berkovitch & Bouskila, PLLC
1545 US 202, Ste. 240
Pomona, NY 10970

Bank of Utah
2605 Washington Blvd.
Ogden, UT 84401

Bello Monte
4421 S 1800 W
Roy, UT 84067

Carl Belliston
3538 N 180 E
Provo, UT 84604

Central Bank
c/o J Scott Brown
Cohne Kinghorne, P.C.
111 E Broadway, 11th Floor
Salt Lake City, UT 84111

Chris G Connelly Trust June 19 2008
2718 E Rasmussen Drive
Saint George, UT 84790

Dale Chugg
1556 Farr West Drive
Ogden, UT 84404

Emily Brimhall
580 N. Bald Mountain Drive
Alpine, UT 84004

Evans Development, LLC
1220 N Main Street, Suite 1
Springville, UT 84663

Gary E Jones
7182 N Finger Rock Place
Tucson, AZ 85718

Gregory S. Roberts
Ray Quinney & Nebeker PC
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Hillcrest Bank
215 West 2300 North
Provo, UT 84604

Hillcrest Bank
215 West 2300 North
Provo, UT 84604

Importune, LLC
LaVorn G. Sparks
174 W 4750 N
Provo, UT 84604

IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jeffery Duncan
3474 W Morre Road
Tucson, AZ 85742

Keystone National Group, LLC
And Keystone Private Income Fund
c/o Michael Johnson and David Leigh
36 South State Street, Suite 1400
Salt Lake City, UT 84111

Kornerstone Guaranty Insurance Co.
111 E Broadway, Suite 900
Salt Lake City, UT 84111

Leaf Capital Group, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Marbek Enterprises
Mark R. Alder
294 W Jennings Lane
Capac, MI 48014

Michael Hall
737 E 2620 N
Provo, UT 84604

Newco Capital Group, LLC
1545 Route 202, Suite 203
Pomona, NY 10970

R&O Investments, LC
Steve Simmons
933 Wall Ave.
Ogden, UT 84404

Scott and Debbie Purdie Fam. Rev. Trust
Debbie Purdie
2956 North 63rd Street
Mesa, AZ 85215

STAG Industrial, Inc.
One Federal Street, 23rd Floor
Boston, MA 02110

Streamline Consulting
1238 Maple Road
Montpelier, ID 83254

The Alan and Jeanne Hall Foundation
4421 S 1800 W
Roy, UT 84067

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134

Vincent A. Aubrey
30350 Peachtree Road NW, Suite 240
Atlanta, GA 30305

W. Fred and Jane Mensel
3381 S Oakwood Street
Salt Lake City, UT 84109

Wells Fargo Equipment Finance
PO Box 858178
Minneapolis, MN 55485

Wendy Coplen
386 E 1410 S
Orem, UT 84058

Hall Labs, LLC
3500 Mountain Vista Parkway
Provo, UT  84606

Diaz & Larsen
757 East South Temple, Suite 201
Salt Lake City, UT  84102

United States Trustee
Attn: Matthew Burne
Washington Federal Bank Bldg.405 South Main Street, Ste. 300
Salt Lake City, UT 84111

Scott Mathewson
4505 W Sebago Way
South Jordan, UT  84009

Kenyon Dove
Smith Knowles, PLLC
2225 Washington Blvd., Ste. 200
Ogden, UT  84401

US Small Business Administration
Attn:  John Gygi
125 South State Street Room2227
Salt Lake City, UT  84138