# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   Utah

<Enter Division name if applicable, else delete this text>

| | | |
|---|---|---|
| In Re. Hall Labs LLC | § | Case No.   25-21038 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2025          Petition Date: 03/05/2025

Months Pending: 1          Industry Classification: | 1 | 7 | 1 | 5 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):          4

Debtor's Full-Time Employees (as of date of order for relief):          10

## Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☒  Accounts receivable aging
☒  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☒  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

David Hall _Signed by: David Hall_ _____

Signature of Responsible Party          Printed Name of Responsible Party

David Hall

04/21/2025
Date

738 E 2680 N, Provo, UT 84604
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Hall Labs LLC                                                                 Case No. 25-21038

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $209,294 | |
| b.  Total receipts (net of transfers between accounts) | $5,000 | $214,294 |
| c.  Total disbursements (net of transfers between accounts) | $84,961 | $0 |
| d.  Cash balance end of month (a+b-c) | $129,333 | |
| e.  Disbursements made by third party for the benefit of the estate | $92,445 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $177,406 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $281,593 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $760 | |
| c.  Inventory   (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $532,217 | |
| e.  Total assets | $6,288,394 | |
| f.  Postpetition payables (excluding taxes) | $22,737 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $22,737 | |
| k.  Prepetition secured debt | $18,358,577 | |
| l.  Prepetition priority debt | $133,252 | |
| m.  Prepetition unsecured debt | $45,782,533 | |
| n.  Total liabilities (debt) (j+k+l+m) | $64,297,099 | |
| o.  Ending equity/net worth (e-n) | $-58,008,705 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $25,349 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $15,255 | |
| c.  Gross profit (a-b) | $10,094 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $134,188 | |
| f.  Other expenses | $52,242 | |
| g.  Depreciation and/or amortization (not included in 4b) | $686 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

Docusign Envelope ID: 75B41916-34D5-426B-9BE3-4A55D7743E05

Debtor's Name  Hall Labs LLC                                                    Case No.  25-21038

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Docusign Envelope ID: 75B41916-34D5-426B-9BE3-4A55D7743E05

Debtor's Name Hall Labs LLC                                          Case No. 25-21038

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Hall Labs LLC                                    Case No. 25-21038

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Docusign Envelope ID: 75B41916-24D5-426B-9BE3-4A55D7743E05

Debtor's Name  Hall Labs LLC                                                    Case No.  25-21038

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Hall Labs LLC                                    Case No. 25-21038

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Hall Labs LLC                                      Case No.  25-21038

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $11,663 | $11,663 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◉   No ○

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ◉   No ○

d.  Are you current on postpetition tax return filings?    Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?    Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ◉   No ○   N/A ○

i.  Do you have:    Worker's compensation insurance?    Yes ◉   No ○

    If yes, are your premiums current?    Yes ◉   No ○   N/A ○   (if no, see Instructions)

    Casualty/property insurance?    Yes ○   No ◉

    If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

    General liability insurance?    Yes ○   No ◉

    If yes, are your premiums current?    Yes ○   No ○   N/A ◉   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?    Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ○

Docusign Envelope ID: 75B41916-34D5-426B-9BE3-4A55D7743E05

Debtor's Name  Hall Labs LLC                                                                 Case No.  25-21038

| Part 8: Individual Chapter 11 Debtors (Only) |
|---|

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

David Hall   *David Hall*
_____              _____
Signature of Responsible Party                  David Hall
                                                Printed Name of Responsible Party

CEO                                             04/21/2025
_____              _____
Title                                           Date

Docusign Envelope ID: 75B41916-34D6-426B-9BE3-4A55D7743E05

Debtor's Name  Hall Labs LLC                                    Case No.  25-21038



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Docusign Envelope ID: 75B41916-24D5-426B-9BE3-4A55D7743E05

Debtor's Name  Hall Labs LLC                                                    Case No.  25-21038

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Docusign Envelope ID: 75B41916-34D5-426B-9BE3-4A55D7743E05

Debtor's Name  Hall Labs LLC                                                Case No.  25-21038



PageThree



PageFour

Part 7a

**Payments made on prepetition Debt**

Payroll was submitted on March 4, the day before the petition was filed.  The payroll software did not take the amounts out of the account until after the petition was filed.  Payroll period for the payment below was February 23 - March 5, 2025

| Recipient | Date of Payment | Gross Amount Before Taxes |
|---|---|---|
| David Hall | 3/7/2025 | 6,400.00 |
| Carl Belliston | 3/7/2025 | 9,600.00 |
| Wendy Coplen | 3/7/2025 | 6,570.24 |
| Jessica Gappmayer | 3/7/2025 | 485.00 |
| Huntington Hall | 3/7/2025 | 1,275.00 |
| Shauna Hiatt | 3/7/2025 | 17.08 |
| Daniel Madsen | 3/7/2025 | 5,025.00 |
| Jonathan Marshall | 3/7/2025 | 2,000.00 |
| Jerome Miles | 3/7/2025 | 8,000.00 |
| Steve Norton | 3/7/2025 | 2,222.50 |
| Quinn Riley | 3/7/2025 | 3,200.00 |
| Brett Wilkey | 3/7/2025 | 3,520.00 |
| Scott Woolston | 3/7/2025 | 6,989.95 |

**Part 7c**

**Payments Made to Insiders 3/5/25 - 3/31/25**

| Recipient | Date of Payment | Gross Amount Before Taxes | Account Used | Reasons |
|---|---|---|---|---|
| David Hall | 3/7/2025 | 6,400.00 | HL 7876 | Payroll through 03/05/2025 |
| Carl Belliston | 3/7/2025 | 9,600.00 | HL 7876 | Payroll through 03/05/2025 |
| Wendy Coplen | 3/7/2025 | 6,570.24 | HL 7876 | Payroll through 03/05/2025 |
| Huntington Hall | 3/7/2025 | 1,275.00 | HL 7876 | Payroll through 03/05/2025 |
| David Hall | 3/14/2025 | 1,600.00 | DRHH 6590 | Payroll 03/06/25 - 03/08/2025 |
| Carl Belliston | 3/14/2025 | 2,400.00 | DRHH 6590 | Payroll 03/06/25 - 03/08/2025 |
| Wendy Coplen | 3/14/2025 | 2,441.88 | DRHH 6590 | Payroll 03/06/25 - 03/08/2025 |
| Huntington Hall | 3/14/2025 | 150.00 | DRHH 6590 | Payroll 03/06/25 - 03/08/2025 |
| David Hall | 3/21/2025 | 6,000.00 | DRHH 6590 | Payroll 03/09/2025 - 03/14/2025 |
| Carl Belliston | 3/21/2025 | 4,142.04 | DRHH 6590 | Payroll 03/09/2025 - 03/14/2025 |
| Wendy Coplen | 3/21/2025 | 4,000.00 | DRHH 6590 | Payroll 03/09/2025 - 03/14/2025 |
| Huntington Hall | 3/21/2025 | 525.00 | DRHH 6590 | Payroll 03/09/2025 - 03/14/2025 |
| Karen Hall | 3/21/2025 | 179.15 | DRHH 6590 | Payroll 03/09/2025 - 03/14/2025 |
| David Hall | 3/28/2025 | 6,000.00 | DRHH 6590 | Payroll 03/15/2025 - 03/21/2025 |
| Carl Belliston | 3/28/2025 | 4,000.00 | DRHH 6590 | Payroll 03/15/2025 - 03/21/2025 |
| Wendy Coplen | 3/28/2025 | 4,132.46 | DRHH 6590 | Payroll 03/15/2025 - 03/21/2025 |
| Karen Hall | 3/28/2025 | 325.00 | DRHH 6590 | Payroll 03/15/2025 - 03/21/2025 |

# A/R Aging Summary Report
## Hall Labs, LLC
### As of March 31, 2025

| Customer | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Brammer Ranck | 32886.64 | | | | | 32,886.64 |
| Care.Life Technologies | | 74.14 | 222.42 | | | 296.56 |
| Hall Logic, Inc. | 1,300.00 | 4,455.00 | | | | 5,755.00 |
| Hall Venture Partners, LLC | 500.00 | 625.00 | 875.00 | | | 2,000.00 |
| Haul Storage LLC | 125.00 | | | | | 125.00 |
| HL IP Services, LLC | 850.00 | | | | | 850.00 |
| MicroClimate, Inc. | 1,700.00 | 7,214.50 | | | | 8,914.50 |
| Nernst Electric Inc | 859.10 | 4,341.90 | 2,432.10 | 1,820.50 | | 9,453.60 |
| Paychex Refund | 220.84 | | | | | 220.84 |
| Quiet Cool Contract | 184,533.00 | | | | | 184,533.00 |
| SmarterHome, Inc. | 3,605.00 | 953.00 | | | | 4,558.00 |
| Trolf Ventures | | 10,245.00 | | | | 10,245.00 |
| Vanderhall Motor Works, Inc. | | 21,754.50 | | | | 21,754.50 |
| **TOTAL** | **226,579.58** | **49,663.04** | **3,529.52** | **1,820.50** | **0.00** | **281,592.64** |

# Hall Labs, LLC
# Profit and Loss
### March 5 to March 31, 2025

|  | Total |
|---|---|
| **Income** | |
| Service Revenue | 7,955 |
| Labor Revenue - Net | 2,139 |
| **Total Income** | **10,094** |
| **Gross Profit** | **10,094** |
| **Expenses** | |
| **6100 Administrative** | |
| Admin Labor | 104,978 |
| Dues & Subscriptions | 2,407 |
| Professional Fees | - |
| Workers Comp Insurance | 579 |
| Misc Office | 2,478 |
| Depreciation | 686 |
| **Total 6100 Administrative** | **111,128** |
| **6200 R&D Expenses** | |
| R&D Labor | 52,242 |
| **Total 6200 R&D Expenses** | **52,242** |
| **6400 Facilities** | 23,746 |
| **Total Expenses** | **187,116** |
| **Net Operating Income** | **(177,022)** |
| **Other Expenses** | |
| Interest Expense | - |
| **Total Other Expenses** | **-** |
| **Net Other Income** | **-** |
| **Net Income** | **(177,022)** |

DRAFT - UNAUDITED

# Hall Labs, LLC
# Balance Sheet
### As of March 31, 2025

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Bank Accounts | 129,333 |
| Accounts Receivable | 97,060 |
| Sale Contracts Receivable | 184,533 |
| Prepaid Expenses | 493 |
| Retainers | 120,799 |
| **Total Current Assets** | **532,217** |
| **Fixed Assets** | |
| Real Property | |
| Machinery and Equipment | 12,022 |
| **Total Fixed Assets** | **12,022** |
| **Other Assets** | |
| Investments | 6,438,262 |
| Deferred Tax Asset | (694,108) |
| **Total Other Assets** | **5,744,154** |
| **TOTAL ASSETS** | **6,288,394** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | 22,737 |
| Accrued Expenses | 163,251 |
| Loans Payable | 16,854,022 |
| Interest Payable | 9,007,089 |
| Current Portion of LTD | 38,250,000 |
| **Total Current Liabilities** | **64,297,098** |
| Long-Term Liabilities | |
| Notes Payable - Net of Current Portion | - |
| **Total Long-Term Liabilities** | **-** |
| **Total Liabilities** | **64,297,098** |
| Equity | (58,008,705) |
| **TOTAL LIABILITIES AND EQUITY** | **6,288,394** |

# A/P Aging Summary Report
## Hall Labs, LLC
### As of March 31, 2025

| Vendor | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Beehive Catering | | 1,161.49 | | | | 1,161.49 |
| HL IP Services | | 94.00 | | | | 94.00 |
| Payzoom Credit Card | | 3119.75 | | | | 3119.75 |
| Sure-Fi | | 15,048.05 | | | | 15,048.05 |
| Vanderhall Motor Works | | 3,313.23 | | | | 3,313.23 |
| **TOTAL** | **0.00** | **22,736.52** | **0.00** | **0.00** | **0.00** | **22,736.52** |



**CHASE** ◘
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2025 through March 31, 2025

Account Number:                    **7876**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00009645 DRE 602 251 09325 NNNNNNNNNNN T 1 000000000 Z9 0000
HALL LABS, LLC
3000 S SIERRA VISTA WAY
PROVO UT 84606-6238



### California privacy policy information for Chase business accounts

If you are a California resident, you may have rights under the California Consumer Privacy Act ("CCPA") if personal
information was collected as part of your business account. Learn more by reviewing our CCPA Disclosure and Notice at
Collection, available at **chase.com/privacy** or in the Chase Mobile®,[1] app in the Security & Privacy Center. Please note that
the CCPA does not apply to personal information collected subject to certain other laws, including the Gramm-Leach-Bliley
Act and the Fair Credit Reporting Act. For example, the CCPA does not apply to personal information we collect when you
obtain products or services primarily for personal, family or household use. If you have any questions, call the number on
this statement.

[1] **Chase Mobile® app is available for select mobile devices. Message and data rates may apply.**

| **CHECKING SUMMARY** | Chase Platinum Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | $190,207.62 |
| Deposits and Additions | 10 | 299,357.36 |
| Electronic Withdrawals | 13 | -489,564.98 |
| **Ending Balance** | **23** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account
Agreement for more information.

Please note that this account was closed on 03/11/25.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Remote Online Deposit          5 | $16,000.00 |
| 03/05 | Online Transfer From Chk ...2038 Transaction#: 23953907365 | 11,823.27 |
| 03/05 | Online Transfer From Chk ...1935 Transaction#: 23953796004 | 1,125.00 |
| 03/06 | Online Transfer From Chk ...6590 Transaction#: 23963329008 | 245,015.35 |
| 03/07 | Orig CO Name:Smarterhome, Inc     Orig ID:9200502235 Desc Date:250307 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000029886129 Eed:250307   Ind ID:11164487879 Ind Name:Hall Labs Trn: 0669886129Tc | 5,000.00 |



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/07 | Online Transfer From Chk ...6590 Transaction#: 23974522857 | 3,968.45 |
| 03/07 | Orig CO Name:Smarterhome, Inc    Orig ID:9200502235 Desc Date:250307 CO Entry Descr:ACH Pmt  Sec:CCD  Trace#:021000029886130 Eed:250307  Ind ID:11163449881 Ind Name:Hall Labs Trn: 0669886130Tc | 1,542.00 |
| 03/07 | Orig CO Name:Microclimate, IN    Orig ID:9200502235 Desc Date:250307 CO Entry Descr:ACH Pmt  Sec:CCD  Trace#:021000029886132 Eed:250307  Ind ID:11163415540 Ind Name:Hall Labs Trn: 0669886132Tc | 1,260.00 |
| 03/07 | Orig CO Name:Hall Property Ho    Orig ID:9200502235 Desc Date:250307 CO Entry Descr:ACH Pmt  Sec:CCD  Trace#:021000029886134 Eed:250307  Ind ID:11164497503 Ind Name:Hall Labs LLC Trn: 0669886134Tc | 1,016.20 |
| 03/11 | Online Transfer From Chk ...6590 Transaction#: 24020902963 | 12,607.09 |

**Total Deposits and Additions**            **$299,357.36**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/03 | 03/03 Online Transfer To Chk ...8959 Transaction#: 23924999942 | $1,540.00 |
| 03/05 | Orig CO Name:Gusto    Orig ID:1453942850 Desc Date:250305 CO Entry Descr:Cnd 222015Sec:CCD  Trace#:043000091003096 Eed:250305  Ind ID:6Semk3Sihji          Ind Name:Hall Labs, LLC 6Semjnd53Vv Trn: 0641003096Tc | 5,350.00 |
| 03/05 | Orig CO Name:Gusto    Orig ID:1453942850 Desc Date:250305 CO Entry Descr:Cnd 222015Sec:CCD  Trace#:043000091003097 Eed:250305  Ind ID:6Semk3Sihjj          Ind Name:Hall Labs, LLC 6Semjnd53Vv Trn: 0641003097Tc | 1,728.00 |
| 03/05 | Orig CO Name:Gusto    Orig ID:1453942850 Desc Date:250305 CO Entry Descr:Cnd 222015Sec:CCD  Trace#:043000091003095 Eed:250305  Ind ID:6Semk3Sihjh          Ind Name:Hall Labs, LLC 6Semjnd53Vv Trn: 0641003095Tc | 945.85 |
| 03/05 | Orig CO Name:Gusto    Orig ID:9138864007 Desc Date:250305 CO Entry Descr:Fee 220185Sec:CCD  Trace#:021000021003099 Eed:250305  Ind ID:6Semk3Sb3S9 Ind Name:Hall Labs, LLC 6Semjnd526P Trn: 0641003099Tc | 297.58 |
| 03/05 | Orig CO Name:Wcf Mutual Ins    Orig ID:F800146791 Desc Date:250304 CO Entry Descr:Debitpmt  Sec:Web  Trace#:042000011003093 Eed:250305  Ind ID:#440042163 Ind Name:Wcf Insurance Payment 599000010588 Trn: 0641003093Tc | 86.00 |
| 03/06 | 03/06 Online ACH Payment 11164485764 To Payzoomllc (_#####3015) | 67,434.78 |
| 03/06 | Orig CO Name:Gusto    Orig ID:1453942850 Desc Date:250306 CO Entry Descr:Net 243246Sec:CCD  Trace#:043000090777354 Eed:250306  Ind ID:6Semk3Scm4N Ind Name:Hall Labs, LLC 6Semjnd5One Trn: 0650777354Tc | 41,699.31 |
| 03/06 | Orig CO Name:Br Firm      Orig ID:4270465600 Desc Date:    CO Entry Descr:Br Firm Sec:Web  Trace#:111000020777348 Eed:250306  Ind ID:St-G3L0P2U4C6R5          Ind Name:Hall Labs Trn: 0650777348Tc | 25,000.00 |
| 03/06 | Orig CO Name:Gusto    Orig ID:1453942850 Desc Date:250306 CO Entry Descr:Tax 243258Sec:CCD  Trace#:043000090777352 Eed:250306  Ind ID:6Semk3Scm4O Ind Name:Hall Labs, LLC 6Semjnd5Onq Trn: 0650777352Tc | 18,504.57 |
| 03/06 | Orig CO Name:Br Firm      Orig ID:1800948598 Desc Date:    CO Entry Descr:Br Firm Sec:Web  Trace#:091000010777350 Eed:250306  Ind ID:St-G4I2T4Q7A2A0          Ind Name:Hall Labs Trn: 0650777350Tc | 7,886.64 |
| 03/07 | 03/07 Online Transfer To Chk ...6590 Transaction#: 23973646241 | 250,000.00 |
| 03/11 | 03/11 Online Transfer To Chk ...1885 Transaction#: 24020931845 | 69,092.25 |

**Total Electronic Withdrawals**            **$489,564.98**



March 01, 2025 through March 31, 2025

Account Number:　　　　　　　**7876**



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 03/03 | $204,667.62 |
| 03/05 | 209,208.46 |
| 03/06 | 293,698.51 |
| 03/07 | 56,485.16 |
| 03/11 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|--|--|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 11, 2025 through March 31, 2025
Account Number:                    1885



00011488 DRE 602 141 09325 NNNNNNNNNNNN T  1 000000000 D4 0000

HALL LABS, LLC
DEBTOR IN POSSESSION CASE # 25-21038
3000 S SIERRA VISTA WAY
PROVO UT 84606-6238

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 2 | 129,333.33 |
| **Ending Balance** | **2** | **$129,333.33** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11 | Online Transfer From Chk ...7876 Transaction#: 24020931845 | $69,092.25 |
| 03/19 | Book Transfer Credit B/O: Payzoom, LLC Provo UT 84606-6238 US Trn: 3571375078Es | 60,241.08 |
| **Total Deposits and Additions** | | **$129,333.33** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/11 | $69,092.25 |
| 03/19 | 129,333.33 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**CHASE** ⬡

March 11, 2025 through March 31, 2025

Account Number: ███████ 1885

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** 000000702931885

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**Hall Labs LLC**
**Cash Disbursement**
**March 5 - March 31, 2025**

| | |
|---|---:|
| **Cash 03/05/2025** | **209,294.00** |
| Accounts Receivable | 5,000.00 |
| DRH Holdings Shareholder Distribution | 92,445.00 |
| Wages | (138,060.31) |
| Dues & Subscriptions | (1,972.91) |
| Misc Office | (985.81) |
| Facilities | (3,500.00) |
| Retainer Payment to be collected bank | (32,886.64) |
| **Cash 03/31/2025** | **129,333.33** |