## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

In re: _HALL LABS, LLC_

Case No. _25·21038_
Chapter _11_

Debtor(s).

Trustee: _____

### AMENDMENT DECLARATION

Please circle or underline amended material where appropriate.

1.    PETITION: ☐   REOPENING: Yes ☐ No ☐   CONVERSION (13 to 7): Yes ☐ No ☐
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2.    SCHEDULES: A ☒ B ☒ C ☐ D ☐ E ☐ F ☒ G ☐ H ☐ I ☐ J ☐
   Are you changing the address, amounts, etc., or adding a creditor?
   **Changing** ☐   **Adding** ☒ ($30 amendment fee required for D, E, & F; OR ☐ IFP Waiver)

3.    AMENDED AMOUNTS/TOTALS OF SCHEDULES: ☒
4.    STATEMENT OF AFFAIRS: ☒
5.    AMENDED CHAPTER 13 PLAN: ☐

> If you have amended schedules D, E, F by adding a creditor, you owe $31.00 amendment fee. Fee attached ✓
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached ☐
> **Reason no fee is attached** _____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> _[signature]_    4/24/2025
> Debtor     Date       Debtor     Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes ☒ No ☐

_Andres Diaz_
ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

☒ 341 Notice to creditors added by this amendment.
☐ Discharge Notice to creditors added by this amendment.
☐ Amended Chapter 13 Plan to all creditors.

4/24/2025
DATED

_Andres Diaz_
ATTORNEY FOR DEBTOR(S)

Rev 12/16

**Fill in this information to identify the case:**

Debtor name  **Hall Labs, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  **25-21038**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*.................................................................................... $        **0.00**

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*................................................................................ $    **126,236,712.33**

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*................................................................................... $    **126,236,712.33**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    23,785,512.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    153,125.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    **62,969,595.29**

4. **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b                               $    **86,908,232.29**

**Fill in this information to identify the case:**

Debtor name    **Hall Labs, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **25-21038**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

   **Chase Bank-Hall Labs, LLC**
   **This account had funds in it that the Debtor received from DRH Holdings to assist the Debtor in paying its ongoing operating expenses. For purposes of this filing the amount set forth below only includes the amounts that were the Debtor's assets at the time of the petition. Keystone asserts a cash collateral lien on these funds and the Debtor has opened a separate DIP account for purposes of segregating those funds as requested by Keystone.**

| | | | |
|---|---|---|---|
| 3.1. | **Checking** | **7876** | **$129,333.33** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $129,333.33 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| Debtor | **Hall Labs, LLC** | Case number *(If known)* **25-21038** |
|---|---|---|
| | Name | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1. **WCF Insurance -- repaid workers' compensation insurance** ............................................. $1,970.00

---

**9.** **Total of Part 2.** | $1,970.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less: | **299,736.00** | - | **0.00** | = .... | $299,736.00
| face amount | | doubtful or uncollectible accounts | |

---

**12.** **Total of Part 3.** | $299,736.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: | % of ownership

| | Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|---|
| 15.1. | **Bacon Work, Inc.** | **15** % | **N/A** | $263,854.00 |
| 15.2. | **Nernst Electric, Inc.** | **56.1** % | **N/A** | $0.00 |
| 15.3. | **Smarter Home, Inc.** (SmarterHome has $5 million in annual revenue, delining, but is not cash flowing and cannot cover current debt payments) | **90** % | **N/A** | $0.00 |
| 15.4. | **Vanderhall Motor Works, Inc.** | **51** % | **N/A** | $98,218,686.00 |

Debtor    **Hall Labs, LLC**                                         Case number *(If known)* **25-21038**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 15.5. | **Hall Property Holdings, LLC** | **100** | % | **N/A** | **$250,872.00** |
| 15.6. | **DRH Holdings, LLC** | **100** | % | **N/A** | **$373,922.00** |
| 15.7. | **Hall Opportunity Fund 1, LP** | **36.05** | % | **N/A** | **$2,273,278.00** |
| 15.8. | **Hall Labs Opportunity Fund, LLC (Holds shares of SmarterHome, Inc.)** | **99** | % | **N/A** | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                              **$101,380,612.00**

       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Computers, Desks, Tables** | **$5,000.00** | **N/A** | **$5,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Hall Labs, LLC**                                    Case number *(If known)*  **25-21038**
        <sub>Name</sub>

| | | | |
|---|---|---|---|
| 43. | **Total of Part 7.** | | **$5,000.00** |
| | Add lines 39 through 42. Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>Two Handheld Laser Welders | $17,856.00 | | $0.00 |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.** | | **$0.00** |
| | Add lines 47 through 50. Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Hall Labs, LLC**                                     Case number *(If known)* **25-21038**
         Name

available.

| | | | | |
|---|---|---|---|---|
| 55.1. **The Debtor uses office and lab space that is leased by its subsidiary, Hall Property Holdings, LLC from an unaffiliated landlord and subleased to Vanderhall Motor Works, Inc. then sub-subleased by Hall Property Holdings, LLC from Vanderhall Motor Works, Imc.  It is a month-to-month lease.  Hall Property Holdings, LLC and DRH Holdings, LLC own parcels of real property, which are included in the values of those entities under Item 15** | | $0.00 | N/A | $0.00 |

56. **Total of Part 9.**                                                      $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See attachment** | $0.00 | N/A | Unknown |
| 61. **Internet domain names and websites** **See attachment** | $0.00 | N/A | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Hall Labs, LLC**
Name

Case number *(If known)*  **25-21038**

64.    **Other intangibles, or intellectual property**
**The Debtor's business model is to create R&D projects and progress them to for-profit enterprises. In its earliest stages, each project consists of intangibles and intellectual property. The Debtor's current "earliest stage" projects are listed below. Not all listed projects are currently active or being funded**

**Adaptive (innovated housing): $0.00**
**E-Lifter (lifting systems): $0.00**
**Mule.work (innovative motorized self-driven carrier): $0.00**

| | | |
|---|---|---|
| $0.00 | N/A | $0.00 |

65.    **Goodwill**

66.    **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)
**Nonrecourse note receivable in the face amount of $32,235.00 from SanityWorx, Inc.**

| 32,235.00 | - | 32,235.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | $0.00 |

**Streamline Consulting**
**Nonrecourse Promissory Note in the original principal amount of $2,475,000.00  (Matures 7/31/25)**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | Unknown |

**Carl Belliston**
**Nonrecourse Promissory Note in the original principal amount of $990,000.00 (Matures 7/31/25)**

| 0.00 | - | 0.00 | = | |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | Unknown |

Debtor    **Hall Labs, LLC**                                    Case number *(If known)* **25-21038**
          Name

**Jeffery Duncan**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$990,000.00 (Matures 7/31/25)**                                                    **Unknown**

---

**Michael Hall**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$990,000.00 (Matures 7/31/25)**                                                    **Unknown**

---

**Emily Brimhall**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$990,000.00 (Matures 7/31/25)**                                                    **Unknown**

---

**Wendy Coplen**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$74,250.00 (Matures 7/31/25)**                                                     **Unknown**

---

**Tyrone Foster**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$74,250.00 (Matures 7/31/25)**                                                     **Unknown**

---

**Brett Wilkey**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$74,250.00(Matures 7/31/25)**                                                      **Unknown**

---

**Sky Evans**
**Nonrecourse Promissory Note in the**     **0.00** - | **0.00** =
**original principal amount of**           Total face amount | doubtful or uncollectible amount
**$74,250.00 (Matures 7/31/25)**                                                     **Unknown**

---

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Net Opperating Losses (Federal)**
       **Accumulated total through 2023**          Tax year **2023**          **$24,357,061.00**

---

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

Debtor    **Hall Labs, LLC**
          Name

Case number *(If known)* **25-21038**

---

**The Debtor's business model is to create R&D projects and progress them to for-profit enterprises. Several enterprises, together with related intellectual property, have been sold on terms that include earn-out payments contingent upon future performance or the achievemant of milestones. All such outstanding earn-out arrangements are listed below. In all cases, the possibility of receiving any earnout is speculative. Sustainable Energy Systems did not meet milestones specified for 2023. All other earnouts are based on revenues. No companies except Care.Life and Sure-Fi are receiving any revenues currently.**

**Care.Life Earnout: $0.00**
**Dyol Earnout: $0.00**
**Lavwell Earnout: $0.00**
**Sustainable Energy Systems Earnout: $0.00**
**Sure-Fi Earnout: $0.00**
**Microclimate Earnout: $0.00**
**SmartWinch Earnout (Hall Logic): $0.00**
**Trolf Ventures Earnout: $0.00**

$0.00

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

---

**In connection with a certain lawsuit filed by Jamie Evans against the Debtor and certain other parties, the plaintiff has alleged the existence of a partnership between the plaintiff and the defendants. Defendants deny the existence of a partnershkp. In the alternative, however, if a partnership is found to exist, defendants have asserted that plaintiffs would owe defendants at least $2,700,000.00. The Debtor values the interest in the counterclaim at $0.00 because it does not believe a partnership exists.**

$0.00

| Nature of claim | **Counterclaim** |
|---|---|
| Amount requested | **$2,700,000.00** |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Retainers paid for legal representation outside of bankruptcy:**
       **Brammer Ranck: $25,000.00**
       **Denton Durham Jones Pinegar: $20,000.00**
       **Funderburk Funderburk Courtois, LLP: $11,000.00**
       **The Finley Firm: $7,000.00**

$63,000.00

---

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$24,420,061.00**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

Debtor   **Hall Labs, LLC**                                  Case number *(If known)*  **25-21038**
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$129,333.33** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,970.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$299,736.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$101,380,612.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$24,420,061.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$126,236,712.33** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$126,236,712.33** |

**Fill in this information to identify the case:**

Debtor name    **Hall Labs, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **25-21038**

■ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS**<br>**Central Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$153,125.00**    **$153,125.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | |
| | Last 4 digits of account number **0253**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Utah State Tax Commission**<br>**Attn: Michelle Riggs**<br>**210 North 1950 West**<br>**Salt Lake City, UT 84134** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number **0253**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

    Amount of claim

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00**

Advance Financing, LLC
Jared S. Hadley
2105 W 1800 N
Ogden, UT 84404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/25/17; 2/14/18

Basis for the claim:  Investment Note Issued by Debtor

Last 4 digits of account number  1120

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357,000.00**

Albert Shahinian
8134 S 1300 W
West Jordan, UT 84088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/12/22; 2/8/19;
4/25/19; 6/4/19; 12/16/19

Basis for the claim:  Investment Note issued by Debtor
1812

Last 4 digits of account
number  1362,1326,1390,1504,1549,

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

Andrew D. Ackerman
7182 Finger Rock Place
Tucson, AZ 85718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/18

Basis for the claim:  Investment Note Issued by Debtor

Last 4 digits of account number  1350

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$327,000.00**

Angie Burt
729 Mill Shadow Drive
Kaysville, UT 84037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/19/18; 1/16/20;
1/16/20; 2/13/20

Basis for the claim:  Investment Note Issued by Debtor

Last 4 digits of account
number  1181,1405,1535,1929

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00**

April Leighton
513 Cavelier Ct.
Fairfield, CA 94534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/24/20

Basis for the claim:  Investment Note Issued by Debtor

Last 4 digits of account number  1893

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00**

Arnold V. Boshard
139 E 3850 N
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/28/17

Basis for the claim:  Investment Note issued by Debtor

Last 4 digits of account number  1011

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

Bank of Utah
Custodian FBO Bruce Shephard IRA
2605 Washington Blvd.
Ogden, UT 84401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/19

Basis for the claim:  Investment Note issued by Debtor

Last 4 digits of account number  1513

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|--------|----------------|------------------------|----------|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Angela S Burt IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **1/28/19; 4/14/20**

Last 4 digits of account number  **1379,2018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Carol Kennington IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **4/19/19**

Last 4 digits of account number  **1164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Charles Auger IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **8/31/18**

Last 4 digits of account number  **1287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Cleo Crandall IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number  **1334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Don Norton IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number  **1331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Earl Jeffrey Livingston IR**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **4/16/19; 9/30/19; 4/2/20; 12/27/18**

Last 4 digits of account
number  **1488,1489,1703,2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,500.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Bank of Utah**
**Custodian for Eugene A. Murphy IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/27/18**

Last 4 digits of account number  **1362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,071,000.00**

**Bank of Utah**
**Custodian for Gary E. Jones IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/10/17; 3/30/18; 4/4/18; 12/28/18; 5/21/19; 8/6/19; 1/22/20; 2/26/20, 3/4/20**

Last 4 digits of account number  **930,1159,1540,**

Basis for the claim:  **Investment Note issued by Debtor 1633-1636, 1887, 1945-1946, 1954**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00**

**Bank of Utah**
**Custodian for Gary L Crandall IRA**
**2605 Washington Blvd**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/5/18; 4/10/19; 7/9/19; 10/8/19**

Last 4 digits of account number  **1335,1479,1612,1732**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00**

**Bank of Utah**
**Custodian for Gary R. Peterson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/7/20**

Last 4 digits of account number  **1919**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357,000.00**

**Bank of Utah**
**Custodian for Gregory F Rich IRA**
**2065 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/18; 11/20/19**

Last 4 digits of account number  **1131,1794**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357,000.00**

**Bank of Utah**
**Custodian for Harold B Hess IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/18; 12/7/18; 2/7/20**

Last 4 digits of account number  **1229,1344,1917**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00**

**Bank of Utah**
**Custodian for Harold B Hess and Jane Hes**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/10/17; 2/7/20**

Last 4 digits of account number  **1025,1916**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,250.00**

**Bank of Utah**
**Custodian for Jamie E. Simpson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/18; 6/7/17**

Last 4 digits of account number  **1158,855**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00**

Bank of Utah
Custodian for Jamie J. Lund IRA
2605 Washington Blvd.
Ogden, UT 84401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/31/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1548**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00**

Bank of Utah
Custodian for Jane Hess IRA
2605 Washington Blvd.
Ogden, UT 84401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/9/18; 9/18/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1225,1690**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00**

Bank of Utah
Custodian for Jeffrey Michael Lowe IRA
2605 Washington Blvd.
Ogden, UT 84401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/18/17; 4/3/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1033,1467**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,500.00**

Bank of Utah
Custodian for Jennifer H Middleton Roth
2605 Washington Blvd.
Ogden, UT 84401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/26/17**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **0914**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297,500.00**

Bank of Utah
Custodian for Jerel E Arnell IRA
2605 Washington Blvd.
Ogden, UT 84401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **7/3/17; 7/8/19; 12/24/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1893,1609,2858**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00**

Bank of Utah
Custodian for John Dennis Simpson IRA
2605 Washington Blvd.
Ogden, UT 84401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/19/20; 1/17/18; 12/18/18; 4/8/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account
number  **999,1091,1351,1470**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00**

Bank of Utah
Custodian for John Dennis Simpson IRA
St Jude's 501 St. Jude Place
Memphis, TN 38105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **9/28/20**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Bank of Utah**
**Custodian for John Dennis Simpson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/19/20**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$416,500.00**

**Bank of Utah**
**Custodian for John E Johnsun IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/28/19; 10/23/19**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1652,1765**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$268,383.34**

**Bank of Utah**
**Custodian for Kathleen Bangerter IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/25/24; 4/26/18**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account
number  **977,1024,1734,1171**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00**

**Bank of Utah**
**Custodian for Kim M. Humphreys IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **5/4/17; 5/21/19; 12/10/19**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **807,1536,1814**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Bank of Utah**
**Custodian for Kim M. Humphreys IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/18**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1111**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$316,333.34**

**Bank of Utah**
**Custodian for LaMar Bangerter Roth IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/24**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account
number  **1512,1531,1532,1594**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00**

**Bank of Utah**
**Custodian for Lenora Combe IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/20**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1958**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Linda Brown IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/11/18**

Last 4 digits of account number  **1346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357,000.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Michelle G. Parks IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **6/14/19**

Last 4 digits of account number  **5686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Rhonda Norton IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number  **1333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Rich Humphreys Roth IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **5/4/17; 12/6/18**

Last 4 digits of account number  **1338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Robert D Wagner SEP IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **7/3/17; 10/2/17; 7/12/18**

Last 4 digits of account number  **9890,1014,1231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Robert K Despain IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **2/12/19**

Last 4 digits of account number  **1396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00** |
|---|---|---|---|

**Bank of Utah**
**Custodian for Scott H Parkinson IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

Date(s) debt was incurred  **9/5/17; 6/12/18; 6/18/19**

Last 4 digits of account number  **6967,1195,1591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,500.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Sue Ann Sanft Inherited IR**
**2605 Washington Bld.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/28/47**

**Basis for the claim:   Investment Note issued by Debtor**

Last 4 digits of account number  **0872**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $262,783.30 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Susan Bangerter IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/6/24**

**Basis for the claim:   Investment Note issued by Debtor**

Last 4 digits of account
number **1113,1163,1255,1384,1385**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654,500.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Taunya M Petersen IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/9/17; 4/2/18**

**Basis for the claim:   Investment Note issued by Debtor**

Last 4 digits of account number  **2929,1157**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Todd Moulton IRA**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/26/19**

**Basis for the claim:   Investment Note issued by Debtor**

Last 4 digits of account number  **1599**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Bank of Utah**
**Gary Crandall**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/20**

**Basis for the claim:   Investment Note issued by Debtor**

Last 4 digits of account number  **1956**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,133.34 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Jay Bangerter**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/10/18; 3/6/19**

**Basis for the claim:   Investment Note Issued by Debtor**

Last 4 digits of account number  **1953**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,049.98 |
|---|---|---|---|

**Bank of Utah**
**Custodian for Susan Bangerter**
**2605 Washington Blvd.**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/26/19; 3/25/20; 4/7/20**

**Basis for the claim:   Investment Note Issued by Debtor**

Last 4 digits of account number  **1891**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.50**

**Nonpriority creditor's name and mailing address**
Bank of Utah
Custodian for LaMar Bangerter
2605 Washington Blvd.
Ogden, UT 84401

Date(s) debt was incurred  **3/25/20**

Last 4 digits of account number  **1890**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$33,416.65**

---

**3.51**

**Nonpriority creditor's name and mailing address**
Bank of Utah Cus. Gary R. Peterson IRA
Tammy Glover
2605 Washington Blvd.
Ogden, UT 84401

Date(s) debt was incurred  **11/4/22**

Last 4 digits of account number  **1920**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,500.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**
Bank of Utah Cust. for Rich H. Humphreys
Tammy Glover
2605 Washington Blvd.
Ogden, UT 84401

Date(s) debt was incurred  **11/4/22**

Last 4 digits of account number  **109a;1340**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$16,950.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
Bank of Utah Cust. for Rich H. Humphreys
Tammy Glover
2605 Washington Blvd.
Ogden, UT 84401

Date(s) debt was incurred  **11/4/22**

Last 4 digits of account number  **109b;1110**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$13,050.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**
Barbara Birdsall
237 S Washington Ave.
Prescott, AZ 86303

Date(s) debt was incurred  **3/15/19**

Last 4 digits of account number  **1439,1508**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$476,000.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
Beatrice M Sparks Trust
174 W 4750 N
Provo, UT 84604

Date(s) debt was incurred  **3/29/18**

Last 4 digits of account number  **1154**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$238,000.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
BEBCO Holdings, Inc.
Brad Eichers
111 E Broadway, Suite 900
Salt Lake City, UT 84111

Date(s) debt was incurred  **5/9/17; 8/17/17; 5/29/18;
11/15/19; 2/18/20**

Last 4 digits of account number  **9820,4935,1545,**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Investment Note issued by Debtor
1786-1787, 1933-1934**

Is the claim subject to offset? ■ No ☐ Yes

**$595,000.00**

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Beeby Management LLC**
**C/O Jamie Simpson**
**3129 N. 1075 W.**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2022**

**Basis for the claim:**  **Investment Note Issued by Debtor**

Last 4 digits of account number  **4815;1614**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,000.00 |
|---|---|---|---|

Beeby Management, LLC
3129 N 1075 W
Ogden, UT 84414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2/18; 5/29/18; 4/10/19;
8/12/19

**Basis for the claim:**  **Investment Note issued by Debtor**

Last 4 digits of account number  1158,1181,1482

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,190,000.00 |
|---|---|---|---|

Bello Monte
4421 S 1800 W
Roy, UT 84067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/3/19

**Basis for the claim:**  **Investment Note issued by Debtor**

Last 4 digits of account number  1723

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,846.00 |
|---|---|---|---|

Ben Belliston
1692 E 1000 S
Spanish Fork, UT 84660

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/22; 3/1/23

**Basis for the claim:**  **Contingent Bonus Commitment**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,500.00 |
|---|---|---|---|

Ben Jensen
2150 N 250 E
Provo, UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/19

**Basis for the claim:**  **Investment Note Issued by Debtor**

Last 4 digits of account number  1810

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Benny C. Hand, Jr.
Hand & Associates
114 North 8th Street
Opelika, AL 36801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,000.00 |
|---|---|---|---|

Blake Wahlen
2080 E Oakridge Cir.
NV 89090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  11/29/17; 4/30/18; 1/28/19

**Basis for the claim:**  **Investment Note Issued by Debtor**

Last 4 digits of account number  1050,1172,1381

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|---|---|---|---|

**Boshard Electic Inc. Profit Sharing Plan**
**Norman Boshard**
640 E 1860 S
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/21/17; 11/22/17**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **7869,1049**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $476,000.00 |
|---|---|---|---|

**Boshard Electic, Inc.**
**Norman Boshard**
640 E 1860 S
Provo, UT 84606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/20/19**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1837**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,423.00 |
|---|---|---|---|

**Brett Wilkey**
764 E 600 N
Nephi, UT 84648

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/4/21; 2/9/22; 3/1/23; 1/24/24**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,500.00 |
|---|---|---|---|

**Brian Jacobson**
9301 Windy Court
Santa Clarita, CA 91390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/25/17**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Brian Vaughan**
9556 Cherryvale Drive
Littleton, CO 80126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/23**

Basis for the claim:  **Investment Issued by Debtor**

Last 4 digits of account number  **811**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Bryan and Jordan Grange**
1617 N 2000 W
Ogden, UT 84404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/17**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1065**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Green**
**Baron & Budd, PC**
3102 Oak Lawqn Ave., Ste. 1100
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Notice Only**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Hall Labs, LLC**
_____   Case number (if known)   **25-21038**
Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,979.00 |
|------|---|---|---|

**Cameron Brimhall**
**1296 S 1100 E**
**Provo, UT 84606**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/24**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,284,740.00 |
|------|---|---|---|

**Carl Belliston**
**3538 N 180 E**
**Provo, UT 84604**

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/20; 2/9/22; 3/1/23**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|------|---|---|---|

**Carol Rutherford**
**1022 E Windsor Drive**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/10/20**

Basis for the claim:  **Investment Note  Issued by Debtor**

Last 4 digits of account number  **1921**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|------|---|---|---|

**Cheri Ann Denton**
**482 W 2200 N**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/22**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1863**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,737,000.00 |
|------|---|---|---|

**Chris G. Connelly Trust June 19 2008**
**2178 E Rasmussen Drive**
**Saint George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/18; 12/4/18; 5/6/19;**
**9/24/19; 10/10/19; 12/23/19, 2/3/20**

Basis for the claim:  **Investment Note issued by Debtor**
**1515-1523, 1692-1697, 1739-1743, 1848-1854, 1903-1913**

Last 4 digits of account number  **1191,1322**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|------|---|---|---|

**Chrisopher and Joan Marrs**
**PO Box 881**
**Talkeetna, AK 99676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/30/17**

Basis for the claim:  **Investment Issued by Debtor**

Last 4 digits of account number  **1039**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|------|---|---|---|

**Christopher John Cole IRA, LLC**
**12027 5th Ave. NE**
**Seattle, WA 98125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/19**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1465**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

**3.78** | Nonpriority creditor's name and mailing address

**Clark and Nora Kay Burgess Trust**
**905 E 300 N**
**Alpine, UT 84004**

Date(s) debt was incurred  **2/12/19; 1/17/20;**

Last 4 digits of account number  **1392;1882**

As of the petition filing date, the claim is: Check all that apply.                    **$357,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**Clay V. Arnell**
**117 N 2050 E**
**Layton, UT 84040**

Date(s) debt was
incurred  **7/20/17; 8/13/19; 12/23/19**

Last 4 digits of account number  **906,1644,1857**

As of the petition filing date, the claim is: Check all that apply.                    **$297,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address

**Corey Clark**
**1671 Cherokee Circle**
**Ogden, UT 84403**

Date(s) debt was incurred  **6/25/18**

Last 4 digits of account number  **1199**

As of the petition filing date, the claim is: Check all that apply.                    **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address

**Corey D. Combe**
**2181 Combe Road**
**Ogden, UT 84403**

Date(s) debt was incurred  **1/1/22**

Last 4 digits of account number  **903**

As of the petition filing date, the claim is: Check all that apply.                    **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address

**Curran Investments, LLC**
**James Brandt Curran Jr.**
**29 South State Street, Apt. 511**
**Salt Lake City, UT 84111**

Date(s) debt was incurred  **9/6/17**

Last 4 digits of account number  **970**

As of the petition filing date, the claim is: Check all that apply.                    **$59,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

**Dale Chugg**
**1556 Farr West Drive**
**Ogden, UT 84404**

Date(s) debt was incurred  **6/2/17; 9/3/17; 10/3/17;**
**1/3/18; 12/4/18; 9/27/19**

Last 4 digits of account
number  **8841,962,1015,1077,**

As of the petition filing date, the claim is: Check all that apply.                    **$833,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**
**1323, 1700-1702**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

**Daniel Madsen**
**154 S Quivia Lane**
**Orem, UT 84059**

Date(s) debt was incurred  **01/20/25**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Hall Labs, LLC**                                                    Case number *(if known)*    **25-21038**
_____
Name

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$59,500.00** |

**3.85**  Nonpriority creditor's name and mailing address
**David Ostergar**
**2896 E Blue Spruce Drive**
**Salt Lake City, UT 84117**
Date(s) debt was incurred  **12/3/19**
Last 4 digits of account number  **1808**

As of the petition filing date, the claim is: *Check all that apply.*    **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**  Nonpriority creditor's name and mailing address
**David Wadman**
**PO Box 338**
**Salt Lake City, UT 84130**
Date(s) debt was incurred  **1/28/20**
Last 4 digits of account number  **1896**

As of the petition filing date, the claim is: *Check all that apply.*    **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**  Nonpriority creditor's name and mailing address
**Don H. Norton**
**1222 E 1280 N**
**American Fork, UT 84003**
Date(s) debt was incurred  **10/16/18**
Last 4 digits of account number  **1303**

As of the petition filing date, the claim is: *Check all that apply.*    **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**  Nonpriority creditor's name and mailing address
**Donald R. Catron**
**310 North Main Street**
**Manila, UT 84046**
Date(s) debt was incurred  **11/4/22**
Last 4 digits of account number  **1496**

As of the petition filing date, the claim is: *Check all that apply.*    **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**  Nonpriority creditor's name and mailing address
**Doug and Kathy Grover**
**2804 Fort Hill Road**
**Eagle Mountain, UT 84005**
Date(s) debt was incurred  **12/3/17; 7/30/18**
Last 4 digits of account number  **1041,1239**

As of the petition filing date, the claim is: *Check all that apply.*    **$178,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**  Nonpriority creditor's name and mailing address
**Doug Eilerston**
**5980 S 1055 E**
**Ogden, UT 84405**
Date(s) debt was incurred  **7/17/17; 1/30/19**
Last 4 digits of account number  **5898,1383**

As of the petition filing date, the claim is: *Check all that apply.*    **$357,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**  Nonpriority creditor's name and mailing address
**Douglas Colt Henrie**
**609 W 500 N**
**Mapleton, UT 84664**
Date(s) debt was incurred  **8/8/19**
Last 4 digits of account number  **1641**

As of the petition filing date, the claim is: *Check all that apply.*    **$297,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Emil D'Angelo**
**30 Dana Road**
**Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/22**

Last 4 digits of account number  **1932**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|

**Emily Brimhall**
**580 N. Bald Mountain Drive**
**Alpine, UT 84004**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/23**

Last 4 digits of account number  ___

Basis for the claim:  **Commitment to Purchase SmarterHome Interest Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,500.00 |
|---|---|---|---|

**Escrow Specialists, Inc.**
**555 E 5300 S #3**
**Ogden, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/15/20; 2/13/20**

Last 4 digits of account number  **1875,1927**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,273,994.00 |
|---|---|---|---|

**Evans Development, LLC**
**1220 N Main Street, Suite 1**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/21/17-12/19/19**

Last 4 digits of account number  **2763;2374;2609;2658;2734;**

Basis for the claim:  **2741; 2744; 2745; 2746; 3063; 394; 422; 423; 570; 754**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evans Grader & Paving, Inc.**
**2097 E Ironton Blvd.**
**Provo, UT 84606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **Same claim as Evans Development, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Family Shepherd Enterprises, LLC**
**967 E Raymond Road**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/19**

Last 4 digits of account number  **1490**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Citizens Bank & Trust**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

Last 4 digits of account number  ___

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Hall Labs, LLC**
_____
Name

Case number (if known)    **25-21038**
_____

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**Francis Leany**
**542 E 10000 S**
**Salem, UT 84653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/20**

Last 4 digits of account number  **1969**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00** |
|---|---|---|---|

**Frank D'Angelo**
**7 Morris Pl.**
**Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/22**

Last 4 digits of account number  **8862**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|

**G. Barton Payne Family Trust**
**4650 S Highland Drive, Apt. 301**
**Salt Lake City, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/18; 4/22/19; 7/30/19; 9/13/19**

Last 4 digits of account number  **1134,1498,1616,1658**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|

**G. Barton Payne Family Trust**
**Tatia Payne Hansen**
**8981 South Wild Willow Circle**
**Sandy, UT 84093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/22**

Last 4 digits of account number  **1659**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**Garth Hawkins**
**1857 S 400 E**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/17; 6/15/18**

Last 4 digits of account number  **1032,1198**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Gary Crandall**
**PO Box 207**
**Huntsville, UT 84317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/26/17**

Last 4 digits of account number  **1035**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**Gary Crandall Trust**
**PO Box 207**
**Huntsville, UT 84317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **123/3/18; 11/25/19**

Last 4 digits of account number  **1317,1795**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary Jones**
**7182 N Finger Rock Place**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Gary Kolstad**
**15995 N Barkers Landing Road, Suite 307**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/19; 6/06/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1510,1552**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Gina Hansen**
**3415 Lynne Way**
**Sacramento, CA 95821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/23; 5/15/23**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1403,1404**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,515.00 |
|---|---|---|---|

**Gray Petty**
**10039 S Countrywood Drive**
**Sandy, UT 84092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/22; 3/1/23**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**Greg and Becky Airhart**
**1924 S 1100 E**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/11/20**

Basis for the claim:  **Investment note issued by Debtor**

Last 4 digits of account number  **1964**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**Greg Rich**
**1143 W 1600 S**
**Woods Cross, UT 84087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/18; 12/13/18**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1232,1349**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**Heather Bowen**
**934 Wynstone Drive**
**  SD 57308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16/20; 1/16/20; 2/5/23**

Basis for the claim:  **Investment Note issued by Debtor**

Last 4 digits of account number  **1085,1192,1329**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.113**   Nonpriority creditor's name and mailing address

**Heather Bowen**
**934 Wynstone Drive**
**Jefferson, SD 57038**

Date(s) debt was incurred   **11/4/22**

Last 4 digits of account number   **1193**

As of the petition filing date, the claim is: *Check all that apply.*    **$7,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114**   Nonpriority creditor's name and mailing address

**Heidi Manning**
**1870 Heritage Ranch Drive**
**Morgan, UT 84050**

Date(s) debt was incurred   **2/14/18**

Last 4 digits of account number   **1117**

As of the petition filing date, the claim is: *Check all that apply.*    **$238,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115**   Nonpriority creditor's name and mailing address

**Holly J. Dedman**
**1301 15 1/2 Road**
**Fruita, CO 81521**

Date(s) debt was incurred   **6/1/17**

Last 4 digits of account number   **3835**

As of the petition filing date, the claim is: *Check all that apply.*    **$178,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116**   Nonpriority creditor's name and mailing address

**Huntington Tracy Hall**
**1498 E 1280 S**
**Provo, UT 84606**

Date(s) debt was incurred   **2/9/22; 3/1/23; 1/24/24;**

Last 4 digits of account number   **_**

As of the petition filing date, the claim is: *Check all that apply.*    **$188,824.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117**   Nonpriority creditor's name and mailing address

**Importune, LLC**
**LaVorn G. Sparks**
**174 W 4750 N**
**Provo, UT 84604**

Date(s) debt was incurred   **2/6/18; 2/7/18; 3/29/18; 3/23/18; 6/11/17**

Last 4 digits of account number   **1100,1106,**

As of the petition filing date, the claim is: *Check all that apply.*    **$833,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor 1149-1150, 1142-1143, 1555-1560**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118**   Nonpriority creditor's name and mailing address

**J. Mel Burnham**
**124 E 1850 N**
**Orem, UT 84057**

Date(s) debt was incurred   **10/29/19**

Last 4 digits of account number   **1771**

As of the petition filing date, the claim is: *Check all that apply.*    **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119**   Nonpriority creditor's name and mailing address

**James C. Davis Trust**
**9700 Camden Hills Ave.**
**Las Vegas, NV 89145**

Date(s) debt was incurred   **7/30/18**

Last 4 digits of account number   **1238**

As of the petition filing date, the claim is: *Check all that apply.*    **$119,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Hall Labs, LLC** |
| | Name |
| | Case number (if known)   **25-21038** |

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00**

**James Holm**
**1042 Waterford Lane**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   11/4/22**

**Last 4 digits of account number   1412**

**Basis for the claim:   Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $714,000.00

Jamie and Amy Lund
2933 E Brookburn Road
Salt Lake City, UT 84109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   7/7/17; 2/22/19; 5/31/19

Last 4 digits of account number   2853

Basis for the claim:   Investment Note Issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Jamie Evans
2068 S Mountain Vista Lane
Provo, UT 84606

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   _

Last 4 digits of account number   _

Basis for the claim:   Same Claim as Evans Development, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00**

**Jamie Lund**
**2933 East Brookburn Road**
**Salt Lake City, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   11/4/22**

**Last 4 digits of account number   1408;1547**

**Basis for the claim:   Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,500.00

Jared S. Hadley
2732 S 4000 W
Ogden, UT 84401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   8/25/17; 2/14/18

Last 4 digits of account number   7949,1119

Basis for the claim:   Investment Note Issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178,500.00

Jason Kerr
9290 E Thompson Peak Pkwy #451
Scottsdale, AZ 85255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   8/16/18; 9/16/19

Last 4 digits of account number   1251

Basis for the claim:   Investment Note Issued by Debtor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00**

**Jason Kerr**
**9290 East Thompson Peak Pkwy Lot #451**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred   11/4/22**

**Last 4 digits of account number   1252;1685**

**Basis for the claim:   Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.127**

**Nonpriority creditor's name and mailing address**

**JB&B Capital, LLC**
**PO Box 10068**
**Knoxville, TN 37939**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**JD Beardall**
**PO Box 1276**
**Provo, UT 84603**

Date(s) debt was incurred  **7/30/19**

Last 4 digits of account number  **1618**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$119,000.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Jeffery Duncan**
**3474 W Morre Road**
**Tucson, AZ 85742**

Date(s) debt was incurred  **6/12/20; 2/9/22; 3/1/23; 1/24/24**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

**$1,196,276.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Jefffrey Dedman**
**1301 15 1/2 Road**
**Fruita, CO 81521**

Date(s) debt was incurred  **1/3/18**

Last 4 digits of account number  **1072**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$59,500.00**

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Jerel E and Eileen Arnell Living Trust**
**3198 N 425 E**
**Ogden, UT 84414**

Date(s) debt was incurred  **6/7/18; 9/27/18; 3/8/19; 7/5/19**

Last 4 digits of account number  **1291,1430,1608**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$238,000.00**

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Jerome Miles**
**1789 E 1530 S**
**Spanish Fork, UT 84660**

Date(s) debt was incurred  **1/20/25**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Jim Sledzik**
**14608 Brumelow Road**
**Needville, TX 77461**

Date(s) debt was incurred  **8/21/20**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No ☐ Yes

**$82,443.00**

---

Debtor    **Hall Labs, LLC**
_____        Case number (if known)    **25-21038**
Name

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|
| | **Joan L Jones** | ☐ Contingent | |
| | **7182 N Finger Rock Place** | ☐ Unliquidated | |
| | **Tucson, AZ 85718** | ☐ Disputed | |
| | Date(s) debt was incurred **10/31/19** | Basis for the claim:  **Investment Note Issued by Debtor** | |
| | Last 4 digits of account number **1772** | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00** |
|---|---|---|---|
| | **Joel P. McKenna** | ☐ Contingent | |
| | **2255 Jennifer Drive** | ☐ Unliquidated | |
| | **Ogden, UT 84403** | ☐ Disputed | |
| | Date(s) debt was incurred **5/26/17** | Basis for the claim:  **Investment Note Issued by Debtor** | |
| | Last 4 digits of account number **9831** | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00** |
|---|---|---|---|
| | **Joel P. McKenna** | ☐ Contingent | |
| | **2255 Jennifer DRive** | ☐ Unliquidated | |
| | **Ogden, UT 84403** | ☐ Disputed | |
| | Date(s) debt was incurred **11/4/22** | Basis for the claim:  **Investment Note Issued by Debtor** | |
| | Last 4 digits of account number **832** | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$178,500.00** |
|---|---|---|---|
| | **Joeta Bond Trust DTD** | ☐ Contingent | |
| | **736 W Fine Ave.** | ☐ Unliquidated | |
| | **Mesa, AZ 85210** | ☐ Disputed | |
| | Date(s) debt was incurred **2/28/19** | Basis for the claim:  **Investment Note Issued by Debtor** | |
| | Last 4 digits of account number **1416** | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297,500.00** |
|---|---|---|---|
| | **Joshua and Kaylee Grange** | ☐ Contingent | |
| | **1505 N 2000 W** | ☐ Unliquidated | |
| | **Ogden, UT 84404** | ☐ Disputed | |
| | Date(s) debt was incurred **12/29/17** | Basis for the claim:  **Investment Note issued by Debtor** | |
| | Last 4 digits of account number **1070** | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|
| | **Julie Allan Trust** | ☐ Contingent | |
| | **196 N 1165 E** | ☐ Unliquidated | |
| | **Lindon, UT 84042** | ☐ Disputed | |
| | Date(s) debt was incurred **8/28/18** | Basis for the claim:  **Investment Note Issued by Debtor** | |
| | Last 4 digits of account number **1266** | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,849.00** |
|---|---|---|---|
| | **Karen Hall** | ■ Contingent | |
| | **738 E 2680 N** | ☐ Unliquidated | |
| | **Provo, UT 84604** | ☐ Disputed | |
| | Date(s) debt was incurred **2/12/24** | Basis for the claim:  **Contingent Bonus Commitment** | |
| | Last 4 digits of account number ____ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Hall Labs, LLC | | Case number (if known) | 25-21038 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357,000.00** |
|---|---|---|---|

**Kathleen Bangerter**
**1296 N US 89**
**Kaysville, UT 84037**

Date(s) debt was
incurred  **7/12/18; 12/10/18; 3/1/19**

Last 4 digits of account number  **1230,1345,1421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$892,500.00** |
|---|---|---|---|

**Kornerstone Guaranty Insurance Co.**
**111 E Broadway, Suite 900**
**Salt Lake City, UT 84111**

Date(s) debt was incurred  **5/9/17; 8/17/17; 5/29/19;**
**11/15/19; 2/18/20**

Last 4 digits of account number  **6818,6938,1543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**
**1788-1790, 1930-1932**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,933.34** |
|---|---|---|---|

**LaMar and Susan Bangerter**
**180 W 1750 N**
**Centerville, UT 84014**

Date(s) debt was incurred  **9/6/24**

Last 4 digits of account number  **1387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Larry Hawkins**
**338 S 690 E**
**Santaquin, UT 84655**

Date(s) debt was incurred  **4/17/19**

Last 4 digits of account number  **1494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**LaRue and John E. Johnstun**
**1703 W 1850 N**
**Ogden, UT 84404**

Date(s) debt was incurred  **2/8/18**

Last 4 digits of account number  **1108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238,000.00** |
|---|---|---|---|

**LaVorn G. Sparks**
**174 W 4750 N**
**Provo, UT 84604**

Date(s) debt was incurred  **2/1/18; 6/12/19**

Last 4 digits of account number  **1097,1562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00** |
|---|---|---|---|

**Leland Bailey**
**412 Highland Blvd.**
**Brigham City, UT 84302**

Date(s) debt was incurred  **11/19/19**

Last 4 digits of account number  **1792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment note issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$119,000.00**

**Leland Putterman**
**11303 Holidan Way**
**Houston, TX 77204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/25/18**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1307,1308**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,190,000.00**

**Marbek Enterprises**
**Mark R. Alder**
**294 W Jennings Lane**
**Capac, MI 48014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/17/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1588**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,500.00**

**Mary E Hawkins-Morgan**
**338 S 690 E**
**Santaquin, UT 84655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/18/18**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1466**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$178,500.00**

**Matthew Baird**
**150 W Goltz Ave.**
**B424**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2/23**

**Basis for the claim:  Investment note issued by Debtor**

Last 4 digits of account number  **1766,1767,1768**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$812,346.00**

**Michael Hall**
**737 E 2620 N**
**Provo, UT 84604**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/20; 1/24/24**

**Basis for the claim:  Contingent Bonus Commitment**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$119,000.00**

**Michael K. Lambert**
**5006 Palmetto Street**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/22/17**

**Basis for the claim:  Investment Issued by Debtor**

Last 4 digits of account number  **1047**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,500.00**

**Michael R. Grange**
**1505 N 2000 W**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/17**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1063**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00**

**Michelle Ross**
**3210 MacIntosh Way**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  11/4/22**
**Last 4 digits of account number  1473;1928**

**Basis for the claim:  Investment Note Issued by Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,000.00

**Mike and Tara Oaks**
**21460 E Bonanza Way**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2/22; 8/30/22; 3/1/19; 3/2/20

**Last 4 digits of account number  1185,1254,1604,1953**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,000.00

**Molly Spendthrift Trust**
**1301 Fox Pointe Drive**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/19/18

**Last 4 digits of account number  1140**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119,000.00

**Moulton Family Trust DTD**
**107 W 3960 N**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/6/19

**Last 4 digits of account number  1426**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297,500.00

**Norman D. Boshard**
**3685 N 760 E**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/21/17; 2/25/20

**Last 4 digits of account number  5866,1939**

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,500.00

**Pensco Trust Co, LLC**
**FBO Davvid J Cohen IRA (Pacifi Premier T**
**PO Box 173859**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/17

**Last 4 digits of account number  791**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,500.00

**Petersen Advantage, LLC**
**Kared Hadley**
**2105 W 1800 N**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/20

**Last 4 digits of account number  1876**

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Pine Lake Capital, LLC**
**Paul Mayfield**
**PO Box 9425**
**Salt Lake City, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/22/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1409**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714,000.00 |
|---|---|---|---|

**Primetime Auto Plaza**
**Nathan V. Chugg**
**1520 Farr West Drive**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1462**

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Provident Resource Management 401k Trust**
**Robert U. Black**
**395 E Meadow Lark Lane**
**Payson, UT 84651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/27/20**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1894**

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Purdie LLC Profit Sharing Plan**
**Devvie Purdie**
**2956 North 63rd Street**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/10/18**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1089**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Quinn Riley**
**358 N 1360 E**
**Orem, UT 84059**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/20/25**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,975,000.00 |
|---|---|---|---|

**R&O Investments, LC**
**Steve Simmons**
**933 Wall Ave.**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/28/18; 12/20/19; 3/18/20**

Basis for the claim:  **Investment Note Issued by Debtor 1970-1989**

Last 4 digits of account number  **1220,1847,**

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238,000.00 |
|---|---|---|---|

**R. Taylor and EMily Judd**
**1509 Canterbury Drive**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/6/22; 1/6/22; 1/12/18**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **968,969,1090,1363**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00**

**Raffi Shahinian**
**8134 S 1300 W**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/17/22**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1328**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00**

**Randall Anderson**
**3063 Sweet Blossom**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/18; 8/6/19**

**Basis for the claim:  Investment note issued by Debtor**

Last 4 digits of account number  **1093,1632**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238,000.00**

**RB Woolstenhulme Family Ltd Partnership**
**2230 N University Parkway, Ste. 2F**
**Provo, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/19; 2/13/20**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **1818,1925**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$476,000.00**

**Rich and Kathleen Oaks Revocable Trust**
**5823 Fountaine Blue Drive**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/25/17; 8/1/22; 8/3/18;
8/30/22; 3/21/19; 12/19/19; 1/13/20**

**Basis for the claim:  Investment Note Issued by Debtor
1463, 1826, 1864**

Last 4 digits of account
number  **907,1184,1242,1253,**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535,500.00**

**Rich H Humphreys**
**3793 Nebo Ave.**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/17; 8/29/18; 10/7/19**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **5798,1280,1728**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00**

**Richard Scott and Lisa Bell**
**34 S Lindsay Holl Road**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/19**

**Basis for the claim:  Investment Note issued by Debtor**

Last 4 digits of account number  **1862**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00**

**Robert H and Cynthia Wakefield**
**4367 N LaRinghiera Dr.**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/17; 7/31/17; 8/30/18**

**Basis for the claim:  Investment Note Issued by Debtor**

Last 4 digits of account number  **884,919,1281**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Hall Labs, LLC**                                          Case number (if known)    **25-21038**
_____
Name

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,500.00 |
|---|---|---|---|

**Robert or MaryLynn McCardell**
**1584 Monaco Ave.**
**Salt Lake City, UT 84121**

Date(s) debt was incurred  **1/31/18; 10/28/19**

Last 4 digits of account number  **1095,1769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

**Robert Siddell**
**4845 E Hamblin Drive**
**Phoenix, AZ 85054**

Date(s) debt was incurred  **3/13/20**

Last 4 digits of account number  **1965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Robin Ebmeyer**
**2016 W 1730 N**
**Provo, UT 84604**

Date(s) debt was incurred  **3/14/19**

Last 4 digits of account number  **1434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Rogers Living Trust**
**Terry Rogers**
**4988 Silver Cloud Drive**
**Saint George, UT 84770**

Date(s) debt was incurred  **10/24/18; 12/26/19**

Last 4 digits of account number  **1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Rogers Living Trust**
**Terry Rogers**
**4988 Silver Cloud Drive**
**Saint George, UT 84770**

Date(s) debt was incurred  **11/4/22**

Last 4 digits of account number  **1860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |
|---|---|---|---|

**Ronald Grant Kennington**
**28151 Borrough Valley Road**
**Tollhouse, CA 93667**

Date(s) debt was incurred  **6/20/17; 7/31/17**

Last 4 digits of account number  **864,920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297,500.00 |
|---|---|---|---|

**Roy C and Kayleen Moulton**
**PO Box 631**
**Driggs, ID 83422**

Date(s) debt was incurred  **9/9/19**

Last 4 digits of account number  **1657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hall Labs, LLC** | | Case number (if known) | **25-21038** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357,000.00** |
|---|---|---|---|

**Sam Korologos**
**14777 Pristine Drive**
**Draper, UT 84020**

Date(s) debt was incurred  **8/28/18; 10/12/22; 2/8/19; 4/25/19; 5/30/19; 12/6/19**

Last 4 digits of account number  **1261,1325,1389,1503,1546,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor 1813**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$773,500.00** |
|---|---|---|---|

**Scott and Debbie Purdie Fam. Rev. Trust**
**Debbie Purdie**
**2956 North 63rd Street**
**Mesa, AZ 85215**

Date(s) debt was incurred  **6/7/17; 7/18/17; 11/11/17; 4/13/18; 4/13/18; 6/13/18; 7/13/18; 4/25/19; 8/2/19;**

Last 4 digits of account number  **854,905,1042,1165,1166,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor 1197, 1233, 1509, 1625, 1749-1750, 1791, 1935 10/11/19; 11/19/19; 2/21/20**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,935.00** |
|---|---|---|---|

**Scott Cleere**
**1459 E 1440 S**
**Provo, UT 84606**

Date(s) debt was incurred  **2/9/22; 3/1/23**

Last 4 digits of account number

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|

**Scott Mathewson**
**4504 Savego Way**
**South Jordan, UT 84009**

Date(s) debt was incurred  **2/2/18**

Last 4 digits of account number  **1098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,000.00** |
|---|---|---|---|

**Shane Moulton**
**11721 Cumberland**
**Pocatello, ID 83202**

Date(s) debt was incurred  **12/21/18**

Last 4 digits of account number  **1359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|

**Shenoy Trust UA**
**27818 Stonehurst Lane**
**Katy, TX 77494**

Date(s) debt was incurred  **4/20/18**

Last 4 digits of account number  **1169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,051,743.00** |
|---|---|---|---|

**Sierra Partners, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

Date(s) debt was incurred  **7/3/18**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Guaranty of Real Estate Lease (3000 Sierra Vista Way)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Sky Evans**
**1186 Cherry Lane**
**Provo, UT 84604**

Date(s) debt was incurred **2/9/22; 3/1/23**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contingent Bonus Commitment**

Is the claim subject to offset? ☑ No ☐ Yes

**$10,137.00**

---

**3.191**

**Nonpriority creditor's name and mailing address**
**Sonia Shahinian**
**8938 Cobblestone Way**
**Sandy, UT 84093**

Date(s) debt was incurred **10/12/22**

Last 4 digits of account number **1327**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investment Note Issued by Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

**$59,500.00**

---

**3.192**

**Nonpriority creditor's name and mailing address**
**Sophia Hansen**
**8981 S Wild Willow Circle**
**Sandy, UT 84093**

Date(s) debt was incurred **8/30/18**

Last 4 digits of account number **1282**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investment Note Issued by Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

**$59,500.00**

---

**3.193**

**Nonpriority creditor's name and mailing address**
**SPHL Properties, LLC**
**8801 River Crossing Blvd., Ste. 300**
**Indianapolis, IN 46240**

Date(s) debt was incurred **2/1/20**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Guaranty of Real Estate Lease (Vacant Land)**

Is the claim subject to offset? ☑ No ☐ Yes

**$608,551.00**

---

**3.194**

**Nonpriority creditor's name and mailing address**
**STAG Industrial, Inc.**
**One Federal Street, 23rd Floor**
**Boston, MA 02110**

Date(s) debt was incurred **1/22/20**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Guaranty of Real Estate Lease (3715 Building)**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,251,221.00**

---

**3.195**

**Nonpriority creditor's name and mailing address**
**Stephen Warren**
**313 E 2020 N**
**Provo, UT 84606**

Date(s) debt was incurred **01/20/25**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contingent Bonus Commitment**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.196**

**Nonpriority creditor's name and mailing address**
**Steven Cole**
**152026 S Heritage Crest Way**
**Riverton, UT 84065**

Date(s) debt was incurred **3/6/19**

Last 4 digits of account number **1423**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Investment Note issued by Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

**$59,500.00**

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

**3.197**

**Nonpriority creditor's name and mailing address**

**Steven Norton**
**1049 S 1040 E**
**Springville, UT 84663**

Date(s) debt was incurred  **2/9/22; 3/1/23; 1/24/24**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ☑ No ☐ Yes

**$69,240.00**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**Streamline Consulting**
**1238 Maple Road**
**Montpelier, ID 83254**

Date(s) debt was incurred  **6/12/20**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contingent Bonus Commitment**

Is the claim subject to offset? ☑ No ☐ Yes

**$736,232.00**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**STS-- Ironton, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

Date(s) debt was incurred  **5/10/18**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Guaranty of Real Estate Lease (2097 Mountain Vista Lane)**

Is the claim subject to offset? ☑ No ☐ Yes

**$99,166.00**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**STS-- MVL, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

Date(s) debt was incurred  **5/8/18**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Guaranty of Real Estate Lease (1955 Ironton Blvd and 2365 Mountain Vista Lane)**

Is the claim subject to offset? ☑ No ☐ Yes

**$274,096.00**

---

**3.201**

**Nonpriority creditor's name and mailing address**

**STS-Connection, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

Date(s) debt was incurred  **7/3/18**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Guaranty of Real Estate Lease (2279 Mountain Vista Lane)**

Is the claim subject to offset? ☑ No ☐ Yes

**$59,339.00**

---

**3.202**

**Nonpriority creditor's name and mailing address**

**Stuart Development**
**259 River Bend Way, Suite 102**
**Indian Hills, CO 80454**

Date(s) debt was incurred  **11/27/24**

Last 4 digits of account number  _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.203**

**Nonpriority creditor's name and mailing address**

**Susan C. MacKay**
**4068 N Mahogany Drive**
**Morgan, UT 84050**

Date(s) debt was incurred  **1/1/22**

Last 4 digits of account number  **908**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

**$59,500.00**

---

| Debtor | **Hall Labs, LLC** | Case number (*if known*) | **25-21038** |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**
**Susan C. MacKay Family Trust**
**4068 North Mahogany Drive**
**Morgan, UT 84050**

Date(s) debt was incurred  **8/25/17; 5/8/19**

Last 4 digits of account number  **945,1524**

As of the petition filing date, the claim is: *Check all that apply.*                   **$119,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205**

**Nonpriority creditor's name and mailing address**
**SWB Fund, LLC**
**15 Eagle Point Ct.**
**Park City, UT 84060**

Date(s) debt was incurred  **1/14/19**

Last 4 digits of account number  **1374**

As of the petition filing date, the claim is: *Check all that apply.*                   **$238,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206**

**Nonpriority creditor's name and mailing address**
**Taylor Rose**
**10718 S Mellow Way**
**South Jordan, UT 84009**

Date(s) debt was incurred  **3/6/18**

Last 4 digits of account number  **1126**

As of the petition filing date, the claim is: *Check all that apply.*                   **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207**

**Nonpriority creditor's name and mailing address**
**TeancumVentures, LLC**
**Michael Bryant**
**8613 Maplewood Drive**
**Littleton, CO 80126**

Date(s) debt was incurred  **5/15/18; 3/1/19; 11/5/19**

Last 4 digits of account number  **1177,1417,1774**

As of the petition filing date, the claim is: *Check all that apply.*                   **$178,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**
**Terri Mortenson**
**1095 E Nathaniel Drive**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred  **12/4/18**

Last 4 digits of account number  **1318**

As of the petition filing date, the claim is: *Check all that apply.*                   **$59,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**
**The Alan and Jeanne Hall Foundation**
**4421 S 1800 W**
**Roy, UT 84067**

Date(s) debt was incurred  **8/29/17; 9/13/19**

Last 4 digits of account number  **2959,1684**

As of the petition filing date, the claim is: *Check all that apply.*                   **$1,666,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210**

**Nonpriority creditor's name and mailing address**
**The Brian and Kathy Jacobson Living Trus**
**9301 Windy Court**
**Santa Clarita, CA 91390**

Date(s) debt was incurred  **10/5/17**

Last 4 digits of account number  **1021**

As of the petition filing date, the claim is: *Check all that apply.*                   **$357,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Investment Note Issued by Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Hall Labs, LLC**
_____
Name

Case number (*if known*)   **25-21038**

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Combe Family Trust**
**David Combe**
**5445 S 600 W**
**Ogden, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1234**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Dennis Family Trust**
**Barbara Dennis**
**4054 S 895 E**
**Ogden, UT 84403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/6/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1514**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Fellows Family Trust**
**117 Highway Road**
**Fairfax, VT 05454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/17; 11/1/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1044**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |

**The Fellows Family Trust**
**Chad Fellows**
**117 Highbridge Road**
**Fairfax, VT 05454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1773**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,500.00** |

**The Garrick Living Trust**
**Curtis Garrick**
**6115 W Dry Creek Circle**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/27/20**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **2010**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |

**The Randy Millet and Carolee Trust**
**4074 W Shinnrock Drive**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1407**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |

**Thor Christianson**
**105 South State #300**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1450**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Hall Labs, LLC**

Name

Case number (if known)   **25-21038**

---

**3.218** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Todd and Cydney Asay**
**8733 S Millrace Bend Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1760**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**Todd Asay**
**8733 South Millrace Bend Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1759**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59,500.00**

**Tracy M Anderson**
**8714 S Millrace Bend Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1764**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**Tracy M Anderson**
**8714 S Millrace Bend Road**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/2022**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1763**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$476,000.00**

**True Vision Properties, LLC**
**Rich Humphreys**
**3793 Nebo Ave.**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/17**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **9806**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$535,500.00**

**Truman F. Clawson 2003 Trust**
**171 3rd Ave. #407**
**Salt Lake City, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/26/17; 12/2/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **5918,1805**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,500.00**

**Truman F. Clawson Trust 20203**
**171 3rd Ave. #407**
**Salt Lake City, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1806**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hall Labs, LLC | Case number (if known) | 25-21038 |
|---|---|---|---|
| | Name | | |

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,000.00 |

**U/T/D**
**Rich Humphreys**
**3793 Nebo Ave.**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/12/19**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1781**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**US Small Business Administration**
**Disaster Assistance Processing and Disbu**
**14925 Kingsport Road**
**Fort Worth, TX 76115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Notice Only**

Last 4 digits of account number  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,706.00 |

**Vista Heights Investment, LLC**
**259 River Bend Way, Suite 102**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **3/20/18**

Basis for the claim:  **Guraranty of Real Estate Lease (Novatek Shortfall)**

Last 4 digits of account number  __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,071,000.00 |

**W. Fred and Jane Mensel**
**3381 S Oakwood Street**
**Salt Lake City, UT 84109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/3/17; 2/26/18; 10/24/18; 4/23/19; 1/25/21; 1/15/20; 1/25/21**

Basis for the claim:  **Investment Note Issued by Debtor 1501-1502, 1819-1820, 1865, 1900-1902**

Last 4 digits of account number  **7883,1122,1304,**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |

**Wadman Foundation**
**2920 S 925 W**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/20**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1897**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |

**Wadman Foundation**
**David Wadman**
**2920 South 925 West**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/4/22**

Basis for the claim:  **Investment Note Issued by Debtor**

Last 4 digits of account number  **1898**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787,711.00 |

**Wendy Coplen**
**386 E 1410 S**
**Orem, UT 84058**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/12/20; 2/9/22; 3/1/23; 1/24/24**

Basis for the claim:  **Contingent Bonus Commitment**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
|---|---|---|---|
| | Name | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,500.00** |
|---|---|---|---|

**William Allred**
**4081 West 1235 South**
**Syracuse, UT 84075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **11/4/22**
**Last 4 digits of account number** **1753**

**Basis for the claim:** **Investment Note Issued by Debtor**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

Willian and Heidi Allred
4081 W 1325 S
Syracuse, UT 84075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/15/19**
Last 4 digits of account number **1754**

**Basis for the claim:** **Investment note issued by Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,500.00 |
|---|---|---|---|

Woodrose Plantation, LLC
Tiffany Burbidge
131 N 1200 E
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/25/19**
Last 4 digits of account number **1615**

**Basis for the claim:** **Investment Issued by Debtor**

Is the claim subject to offset? ☑ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gregory C. Logue**<br>**Woolf, McClane, Bright, Allen & Carpente**<br>**PO Box 900**<br>**379010900** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Rich Willie**<br>**WW Partners, LLC**<br>**8941 South 700 East, Suite 202**<br>**Sandy, UT 84070** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Richard D. Flint**<br>**Holland & Hart, LLP**<br>**222 South Main Street, Suite 2200**<br>**Salt Lake City, UT 84101** | Line **3.194**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Shane Keppner**<br>**Bennett Tueller Johnson & Deere**<br>**3165 East Millcreeek Drive, Suite 500**<br>**Salt Lake City, UT 84121** | Line **3.202**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Zack Winzler**<br>**Parsons Behle & Latimer**<br>**201 S Main Street, Suite 1800**<br>**Salt Lake City, UT 84111** | Line **3.193**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| Debtor | **Hall Labs, LLC** | Case number (if known) | **25-21038** |
| | Name | | |

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 153,125.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 62,969,595.29 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 63,122,720.29 |

**Fill in this information to identify the case:**

Debtor name  **Hall Labs, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  **25-21038**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$27,919.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$28,733.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$10,860,828.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Interest/Dividends, Gains/Losses, Loan Forgiveness** | **$4,795,533.00** |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Hall Labs, LLC**                                                                    Case number *(if known)* **25-21038**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Central Bank** **202 South Main Street** **PO Box 600** **Springville, UT 84663** | **2/28/25:** **$40,000.00** **2/25/25:** **$337,734.81** **2/4/25:** **$151,665.24** | **$529,400.05** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Interest Payment on Secured Debt** |
| **3.2.** **Payzoom** **PO Box 51440** **Provo, UT 84605** | **1/9/25** | **$233,018.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cover Credit Card Expenses and Payments** |
| **3.3.** **Crowe, LLP** **320 East Jefferson Blvd.** **South Bend, IN 46601** | **12/13/24** **1/9/25** **1/17/25** **12/20/24** | **$187,304.78** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Tax Services for 2023** |
| **3.4.** **Brammer Ranck** **3300 North Triumph Blvd., Suite 100** **Lehi, UT 84043** | **12/31/24** **1/14/25** **3/3/25** | **$88,363.32** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Fees/Retainer** |
| **3.5.** **Nernst Power Limited** **Unit 34 Southern Cross Business Park** **Boghall Road A98 CK15** **Bray, Ireland** | **01/09/25** | **$72,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Investment** |
| **3.6.** **Cell Labs** **Aakanksha 1st Floor** **Road No. 92** **Jubilee Hills, India** | **1/9/25** **1/17/25** | **$8,700.00** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| **3.7.** **The Finley Firm** **3355 Lenox Road NE, Ste. 750** **Atlanta, GA 30326** | | **$10,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Hall Labs, LLC**                                               Case number *(if known)*  **25-21038**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Nernst Power Limited**<br>**Unit 34 Southern Cross Business Park**<br>**Boghall Road A98 CK15**<br>**Bray, Ireland** | 2/20/25 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Hall Labs transferred**<br>**all of the capital stock of Nernst**<br>**Power Limited to Nernst**<br>**Electric, Inc. Value set at $0.00** |
| 3.9. **Microclimate, Inc.** | 2/27/25:<br>$1,540.00<br>2/13/25:<br>$1,540.00<br>2/7/25:<br>$1,540.00<br>1/31/25:<br>$4,620.02<br>1/24/25:<br>$731.51<br>1/17/25:<br>$1,540.01<br>12/13/24:<br>$1,540.01<br>12/16/24:<br>$3,493.89 | $16,545.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Use of Employees** |
| 3.10. **Funderburk Funderburk Courtois**<br>**2777 Allen Parkway, Suite 1000**<br>**Houston, TX 77019** | | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **Jerome Miles**<br>**Garage Smart Industries, Inc.**<br>**1789 East 1530 South**<br>**Spanish Fork, UT 84660** | | $16,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **transfer of patents** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Hall Labs, LLC | | Case number *(if known)* | **25-21038** |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jamie Evans et al v. David Hall et al** | **Civil** | **Fourth Judicial District, Utah**<br>**137 Freedom Blvd.**<br>**Provo, UT 84604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **STAG Industrial Holdings, LLC v Hall Property Holdings, LLC et al** | **Civil** | **United States District Court Utah**<br>**351 South West Temple**<br>**Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **SPHL Properties, LLC v Hall Property Holdings, LLC et al** | **Civil** | **Fourth Judicial District, Utah**<br>**137 Freedom Blvd.**<br>**Provo, UT 84604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Keystone Private Income Fund v Hall Labs, LLC et al** | **Civil** | **Third District Court Utah**<br>**450 South State Street**<br>**Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **NewCo Capital Group, LLC v SmarterHome, Inc. et al** | **Civil** | **Supreme Court of New York**<br>**99 Exchange Blvd. #545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Kendrick v Vanderhall Motor Works, Inc. et al** | **Civil** | **61st Judicial District State of Texas**<br>**201 Caroline Street, 9th Floor**<br>**Houston, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Whitehead v Vanderhall Motor Works, Inc. et al** | **Civil** | **US District Court Western District of Texas, San Antonio D**<br>**262 West Nueva Street**<br>**San Antonio, TX 78207** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Hall Labs, LLC**                                                        Case number *(if known)*  **25-21038**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8.  **Stambro v Vanderhall Motor Works, Inc. et al** | Civil | **US District Court Western District of Texas Austin 501 West 5th Street, Suite 1100 Austin, TX 78701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9.  **Fergison v Vanderhall Motor Works, et al** | Civil | **State Court of Muscogee County State of Georgia PO Box 2145 Columbus, GA 31902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10.  **Leaf Capital Fund, LLC v Hall Property Holdings, LLC et al** | Civil | **Fourth Judicial District 125 N 100 W Provo, UT 84601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Hall Labs, LLC**                                    Case number *(if known)*  **25-21038**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Diaz and Larsen** **757 East South Temple** **Suite 201** **Salt Lake City, UT 84102** | | **01/27/2025** | **$75,000.00** |
| | Email or website address **DiazandLarsen.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Capital Truth Holdings, LTD** **Attn:  Joshua Cilano** **308 E Bay Road** **Nassau, Bahamas** | **Shares of Vanderhall Motor Works, Inc.** | **03/07/23** | **$532,500.00** |
| | Relationship to debtor **NA** | | | |
| 13.2. | **Emily Brimhall** **580 Bald Mountain Drive** **Alpine, UT 84004** | **Shares of Vanderhall Motor Works, Inc.** | **03/07/23** | **$1,700,000.00** |
| | Relationship to debtor **Daughter of CEO** | | | |
| 13.3. | **2.1 SPV, a series of 2.0 Ventures Master** **6440 south Millrock Drive #550** **Salt Lake City, UT 84121** | **Shares of Bacon Work, Inc.** | **03/31/23** | **$2,500,000.00** |
| | Relationship to debtor | | | |

Debtor **Hall Labs, LLC**                                    Case number *(if known)* **25-21038**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.4. | **Hall Opportunity Fund 1, LP**<br>**3500 Mountain Vista Parkway**<br>**Provo, UT 84606** | **Shares of Bacon Work, Inc.** | **03/31/23** | **$2,500,000.00** |
| | **Relationship to debtor**<br>**Partial Owner** | | | |
| 13.5. | **Capital Truth Holdings, LTD**<br>**Attn:  Joshua Cilano**<br>**3083 E Bay Road**<br>**Nassau, Bahamas** | **Shares of Vanderhall Motor Works, Inc.** | **05/23/23** | **$135,000.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.6. | **Nov, Inc.** | **Rights in long-term earnout agreement** | **08/31/23** | **$10,523,428.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.7. | **Guardian Health, Inc.**<br>**Attn:  Kevin Campbell**<br>**1943 S 2510 E**<br>**Spanish Fork, UT 84660** | **Assets of Medic, Inc. (a Hall Labs project)**<br>**in exchange for an earnout commitment**<br>**based on revenues** | **01/05/24** | **$0.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.8. | **Care.Life Technologies, Inc.**<br>**178 W 13490 S, Ste. 202**<br>**Draper, UT 84020** | **Assets of Care.Life Serives, Inc. (a Hall**<br>**Lab Project) in exchange for an earnout**<br>**commitment based on revenues** | **01/08/24** | **$0.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.9. | **Dyol Manufacturing, Inc.**<br>**116 E 800 S**<br>**Smithfield, UT 84335** | **Assets of Dyol Manufacturing, Inc. (a Hall**<br>**Labs project) in exchange for an earnout**<br>**commitment based on revenues** | | **$0.00** |
| | **Relationship to debtor**<br>**Controlled by Mark Hall,**<br>**David Hall's son** | | | |
| 13.10. | **Sure-Fi, Inc.**<br>**116 E 800 S**<br>**Smithfield, UT 84335** | **Repurchase of stock in Sure-Fi, Inc. held**<br>**by the Debtor in exchange for an earnout**<br>**commitment based on revenues** | **03/12/24** | **$0.00** |
| | **Relationship to debtor**<br>**Controlled by Mark Hall,**<br>**David Hall's son** | | | |

Debtor **Hall Labs, LLC**                                                    Case number *(if known)* **25-21038**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>1. | **Jay Reynolds**<br>**1398 N 1900 W**<br>**Provo, UT 84604** | **Forklift** | **05/02/24** | **$9,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.1<br>2. | **Microclimate, Inc.**<br>**3500 Mountain Vista Parkway,**<br>**Suite 2**<br>**Provo, UT 84606** | **Repurchase of stock in MicroClimate, Inc.**<br>**held by the Debtor in exchange for an**<br>**earnout commitment based on revenues** | **05/20/24** | **$0.00** |
| | Relationship to debtor<br>**Controlled by Michael Hall,**<br>**David Hall's son** | | | |
| 13.1<br>3. | **Hall Logic, Inc.**<br>**3500 Mountain Vista Parkway,**<br>**Suite 2**<br>**Provo, UT 84606** | **Assets MartWinch, Inc. (a Hall Labs**<br>**project) in exchange for an earnout**<br>**commitment based on revenues** | **05/22/24** | **$0.00** |
| | Relationship to debtor<br>**Controlled by Michael Hall,**<br>**David Hall's son** | | | |
| 13.1<br>4. | **Trolf Ventures, LLC**<br>**9511 N Technology Drive**<br>**Fountain Hills, AZ 85268** | **Assets of Debtor's Trolf project in**<br>**exchange for an earnout commitment**<br>**based on revenues** | **07/02/24** | **$0.00** |
| | Relationship to debtor | | | |
| 13.1<br>5. | **Quiet Cool, Inc.**<br>**26040 Yzex Road**<br>**Temecula, CA 92591** | **Intellectual property related to certain**<br>**products of SmarterHome, Inc.** | **09/25/24** | **$1,266,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.1<br>6. | **Bill Phillips**<br>**9511 N Technology Drive**<br>**Phoenix, AZ 85026** | **462, 963 Shares Vanderhall Stock** | **3/1/23** | **$500,000.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.1<br>7. | **DRH Holdings, LLC**<br>**3500 Mountain Vista Pkwy,**<br>**Suite 2**<br>**Provo, UT 84606** | **648, 148 Vanderhall Shares** | **3/7/23** | **$700,000.00** |
| | Relationship to debtor<br>**Entity is wholly owned by the**<br>**Debtor** | | | |

Debtor **Hall Labs, LLC**                                          Case number *(if known)* **25-21038**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>8. | **Trousdale Sarasphere, LLC**<br>**9125 Sunset Blvd**<br>**West Hollywood, CA 90069** | **3,731,343 Vanderhall Shares** | **6/22/23** | **$4,029,850.44** |
| | Relationship to debtor | | | |
| 13.1<br>9. | **Lane Vanderhall Holdings, LP**<br>**Attn: Kasye Evans**<br>**1633 Innovation Way, Floor 4**<br>**Lehi, UT 84043** | **3,731,343 Vanderhall Shares** | **4/25/23** | **$149,999.04** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2<br>0. | **Robison Family Trust**<br>**Attn: David Robison**<br>**9100 Eagle Hills Drive**<br>**Las Vegas, NV 89134** | **12,102 Vanderhall Shares** | **4/25/23** | **$13,070.16** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2<br>1. | **Brian Rueckert**<br>**1718 E Crimson Oak Drive**<br>**Draper, UT 84020** | **151,493 Vanderhall Shares** | **4/26/23** | **$163,612.00** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2<br>2. | **Kevin Stanger**<br>**5441 Long Cove**<br>**Idaho Falls, ID 83404** | **46,296 Vanderhall Shares** | **4/28/23** | **$49,999.68** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2<br>3. | **Gregg Sanderson**<br>**1794 Burning Oak Drive**<br>**Draper, UT 84020** | **254,629 Vanderhall Shares** | **5/2/23** | **$274,999.32** |
| | Relationship to debtor<br>**NA** | | | |
| 13.2<br>4. | **Nick Healy**<br>**1846 East Sage Hollow Drive**<br>**Draper, UT 84020** | **138,888 Vanderhall Shares** | **5/18/23** | **$149,999.04** |
| | Relationship to debtor<br>**NA** | | | |

Debtor    **Hall Labs, LLC**                                                    Case number *(if known)*  **25-21038**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>5. | **Brian Rueckert**<br>**1718 E Crimson Oak Drive**<br>**Draper, UT 84020** | **200,000 Vanderhall Shares** | **6/1/23** | **$216,000.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>6. | **Kevin Stanger**<br>**5441 Long Cove**<br>**Idaho Falls, ID 83404** | **78,358 Vanderhall Shares** | **6/9/23** | **$84,626.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>7. | **Nick Healy**<br>**1846 East Sage Hollow Drive**<br>**Draper, UT 84020** | **111,940 Vanderhall Shares** | **6/12/23** | **$94,929.84** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>8. | **Brian Rueckert**<br>**1718 E Crimson Oak Drive**<br>**Draper, UT 84020** | **87,898 Vanderhall Shares** | **6/13/23** | **$94,929.84** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.2<br>9. | **James Grant**<br>**8063 Saddle Brook Circle**<br>**Sandy, UT 84093** | **74,626 Vanderhall Shares** | **6/14/23** | **$80,596.08** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.3<br>0. | **Robison Family Trust**<br>**Attn:  David Robison**<br>**9100 Eagle Hills Drive**<br>**Las Vegas, NV 89134** | **75,000 Vanderhall Shares** | **6/14/23** | **$81,000.00** |
| | **Relationship to debtor**<br>**NA** | | | |
| 13.3<br>1. | **Gregg Sanderson**<br>**1794 Burning Oak DRive**<br>**Draper, UT 84020** | **149,253 Vanderhall Shares** | **6/15/23** | **$199,999.02** |
| | **Relationship to debtor**<br>**NA** | | | |

Debtor    **Hall Labs, LLC**                                                      Case number *(if known)* **25-21038**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3 2. | **Bansbach Capital Group, LLC Attn: Louis P. Bansbach IV 650 S Cherry St., #1005 Denver, CO 80246** | **Exchanged 555,556 Vanderhall hsares for 1,930,501 shares of** | **5/17/23** | **$600,000.48** |
| | **Relationship to debtor NA** | | | |
| 13.3 3. | **John and Sue Ellen Murphy 2315 Clubview Ct. Ponte Vedra Beach, FL 32082** | **Exchanged 100,000 Vanderhall shares for 347,490 shares of Medic** | **5/17/23** | **$108,000.00** |
| | **Relationship to debtor NA** | | | |
| 13.3 4. | **Entrust Group, Inc. Attn: John Murphy 2315 Clubview Ct. Ponte Vedra Beach, FL 32082** | **Exchanged 122,223 Vanderhall shares for 424,710 shares of Medic** | **5/17/23** | **$132,000.84** |
| | **Relationship to debtor NA** | | | |

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3000 South Sierra Vista Way Provo, UT 84606** | **7/3/18 - 4/1/24** |

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    **Hall Labs, LLC**                                                                 Case number *(if known)*  **25-21038**

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| The New Vistas Foundation 3500 Mountain Vista Parkway Provo, UT 84606 | Same | The New Vistas Foundation owns museum type assets thaty are held in the lobby of Hall Labs' leased premises | $0.00 |

Debtor   **Hall Labs, LLC**                                                Case number *(if known)*  **25-21038**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| DRH Holdings, LLC<br>3500 Mountain Vista Parkway<br>Provo, UT 84606 | Chase Bank-Acct. No. 6590 | The amounts set forth below reflect the funds that belonged to DRH Holdings, LLC on the date of the bankruptcy petition. This account is listed because, as a wholly owned subsidiary of the Debtor, the Debtor has access to funds held by DRH Holdings. | $246,245.35 |
| **Owner's name and address** | **Location of the property** | **Describe the property** | **Value** |
| Hall Property Holdings LLC<br>3500 Mountain Vista Parkway<br>Provo, UT 84606 | Chase Bank-Acct Number 5112 | The amounts set forth below reflect the funds that belonged to Hall Property Holdings, LLC on the date of the bankruptcy petition. This account is listed because, as a wholly owned subsidiary of the Debtor, the Debtor has access to funds held by Hall Property Holdings. | $1,016.20 |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
□  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
□  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
□  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

| Debtor | Hall Labs, LLC | Case number *(if known)* | 25-21038 |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| **25.1.** Adaptive, Inc. | R&D project to develop innovative approaches to residential housing | EIN: 83-2852359 |
| | | From-To 12/7/18 - 12/31/23 |
| **25.2.** Bacon Work, Inc. | Service linking gig workers and employers | EIN: 83-0922865 |
| | | From-To 06/18/18 - Present |
| **25.3.** Care.Life, Inc. | R&D project to develop radiant wall panels | EIN: 83-0849889 |
| | | From-To 06/11/18 - 12/31/22 |
| **25.4.** Care.Life Services, Inc. | Suite of products to monitor and assist the elderly in their homes or care centers | EIN: 88-3465581 |
| | | From-To 07/15/22 - 01/08/24 |
| **25.5.** Dyol, Inc. | Development and sale of innovative throttle | EIN: 88-3442996 |
| | | From-To 07/15/22 - 03/01/24 |
| **25.6.** Medic, Inc. | R&D project to develop medical toilet and related products | EIN: 61-1795703 1 |
| | | From-To 12/14/18 - 01/05/24 |
| **25.7.** Microclimate, Inc. | Development and sale of personal respirator systems | EIN: 85-1678477 |
| | | From-To 06/25/20 - 05/20/24 |
| **25.8.** Nernst Electic | Commercialization and sale of solid oxide fuel cells | EIN: 93-4428540 |
| | | From-To 11/15/23 - Present |
| **25.9.** Nernst Power | R&D project to develop innovative approach to solid oxide fuel cells | EIN: Foreign Entity |
| | | From-To 11/15/23 - 2/20/25 |
| **25.10.** NeverDump, Inc. | R&D Project to develop approaches to waste disposal and recycling | EIN: 84-1774646 |
| | | From-To 05/15/16 - 06/30/24 |
| **25.11.** RelChip, Inc. | Development and sale of high temperature chips for various applications | EIN: 46-0883393 |
| | | From-To 08/30/12 - 12/31/24 |
| **25.12.** Sustainable Energy Systems, Inc. | Development and sale of carbon capture system | EIN: 26-1659060 |
| | | From-To 12/02/20 - 12/22/20 |
| **25.13.** SmarterHome, Inc. | Development and sale of smart home products | EIN: 83-2864746 |
| | | From-To 12/12/18 - Present |

| Debtor | Hall Labs, LLC | Case number *(if known)* | 25-21038 |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| 25.14. | **SmartWinch, Inc.** | **Development and sale of advanced portable winch** | **EIN:** | **85-2121073** |
| | | | **From-To** | **07/23/20 - 05/22/24** |
| 25.15. | **Sure-Fi, Inc.** | **Development and sale of wireless data communication systems** | **EIN:** | **46-3894882** |
| | | | **From-To** | **12/20/18 - 03/12/24** |
| 25.16. | **Utility Global, Inc.** | **R&D project to develop innovative approach to fuel cells** | **EIN:** | **83-3826776** |
| | | | **From-To** | **03/05/19 - 04/07/22** |
| 25.17. | **Vanderhall Motor Works, Inc.** | **Development and sale of electic motor vehicles** | **EIN:** | **27-5266323** |
| | | | **From-To** | **06/04/19 - Present** |
| 25.18. | **Hall Labs Opportunity Fund, LLC** | **Investing in opportunity zone businesses** | **EIN:** | **92-0814277** |
| | | | **From-To** | **10/24/22 - Present** |
| 25.19. | **Hall Opportunity Fund 1, LP** | **Investing in opportunity zone businesses** | **EIN:** | **83-3644932** |
| | | | **From-To** | **01/03/19 - Present** |
| 25.20. | **Hall Property Holdings, LLC** | **Property Management** | **EIN:** | **47-1405875** |
| | | | **From-To** | **07/11/14 - Present** |
| 25.21. | **DRH Holdings, LLC** | **Investing in businesses and projects** | **EIN:** | **81-4502008** |
| | | | **From-To** | **12/31/24 - Present** |
| 25.22. | **HL IP Services** | **Patent filing and other IP Services** | **EIN:** | **92-1930502** |
| | | | **From-To** | **01/30/23 - 3/4/25** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Hall Management Services, LLC**<br>**3500 South Mountain Vista Parkway**<br>**Provo, UT 84606** | **2017-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor   **Hall Labs, LLC**                                                       Case number *(if known)* **25-21038**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  **See Attachment**

---

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☑ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Hall | PO Box 51440 Provo, UT 84605 | CEO and Controlling Shareholder | 53.737% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Hall | PO Box 51440 Provo, UT 84605 | Chief Engineer and Operating Officer; Member of Executive Committee | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wendy Coplen | PO Box 51440 Provo, UT 84605 | Chief Financial Officer; Member of Executive Committee | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carl Belliston | PO Box 51440 Provo, UT 84605 | Counsel; Member of Executive Committee | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Duncan | PO Box 51440 Provo, UT 84605 | Dirctor of IP; Member of Executive Committee | 0.00 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David R. Hall Trust | PO Box 5144 Provo, UT 84605 | Shareholder | 46.263% |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

Debtor    **Hall Labs, LLC**                                                      Case number *(if known)* **25-21038**

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **David Hall**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$4,000.00/Week**<br>**Total: $36,000.00** | **1/1/25 - 3/5/25** | **Salary** |
| Relationship to debtor<br>**CEO** | | | |
| 30.2 **Michael Hall**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$912.00**<br>**$5,000.00** | **1/31/25;**<br>**1/17/25** | **Contingent Bonus** |
| Relationship to debtor<br>**Executive Committee** | | | |
| 30.3 **Wendy Coplen**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$3,390.00**<br>**$15,748.00** | **10/5/24**<br>**1/24/25** | **Contingent Bonus** |
| Relationship to debtor<br>**Executive Committee** | | | |
| 30.4 **Carl Belliston**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$5,464.00**<br>**$9,881.00** | **10/5/24**<br>**1/24/25** | **Contingent Bonus** |
| Relationship to debtor<br>**Executive Committee** | | | |
| 30.5 **Jeff Duncan**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$4,738.00**<br>**$9,349.00** | **10/5/24**<br>**1/24/25** | **Contingent Bonus** |
| Relationship to debtor<br>**Executive Committee** | | | |
| 30.6 **Streamline Consulting**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$5,029.00** | **10/5/24** | **Contingent Bonus** |
| Relationship to debtor<br>**Executive Committee** | | | |
| 30.7 **Cameron Brimhall**<br>**PO Box 51440**<br>**Provo, UT 84605** | **$258.00** | **1/3/25** | **Payroll** |
| Relationship to debtor<br>**David Hall's Grandson** | | | |

Debtor  **Hall Labs, LLC**                                                    Case number *(if known)* **25-21038**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Brett Wilkey** | **$3,785.00**<br>**$830.00**<br>**$15,400.00** | **1/24/25**<br>**10/5/24**<br>**1/1/25; 2/14/25** | **Contingent Bonus, Payroll** |
| | Relationship to debtor<br>**Executive Committee** | | | |
| 30.9. | **Ben Belliston** | **$177.00** | **10/5/24** | **Contingent Bonus** |
| | Relationship to debtor<br>**Son of Carl Belliston** | | | |
| 30.10. | **Karen Hall**<br>**738 E 2680 N**<br>**Provo, UT 84604** | **Payroll $3,165.50** | **01/01/25 - 03/05/25** | **Payroll** |
| | Relationship to debtor<br>**David Hall's wife** | | | |
| 30.11. | **Michael Hall**<br>**737 E 2620 N**<br>**Provo, UT 84604** | **$7,937.50**<br>**Contrractor Services** | **01/01/25 - 03/05/25** | **Contractor Services** |
| | Relationship to debtor<br>**Executive Committee** | | | |
| 30.12. | **Wendy Coplen**<br>**386 E 1410 S**<br>**Orem, UT 84058** | **Salary $42,774.54** | **01/01/25 - 03/05/25** | **Salary** |
| | Relationship to debtor<br>**Executive Committee** | | | |
| 30.13. | **Carl Belliston**<br>**3538 N 180 E**<br>**Provo, UT 84604** | **Salary $53,775.00** | **01/001/25 - 03/05/25** | **Payroll** |
| | Relationship to debtor<br>**Executive Committee** | | | |
| 30.14. | **Huntington Tracy Hall**<br>**1498 E 1280 S**<br>**Provo, UT 84606** | **Payroll $5,519.95**<br>**Contingent Bonus $594.00**<br>**Contingent Bonus $3,062.00** | **01/01/25 - 03/05/25**<br>**10/5/2024**<br>**1/24/2025** | **Payroll and contingent bonuses** |
| | Relationship to debtor<br>**David Hall's nephew** | | | |
| 30.15. | **Brett Wilkey**<br>**764 E 600 N**<br>**Nephi, UT 84648** | **Payroll $23,320.00** | **01/01/25 - 03/05/25** | **Payroll** |
| | Relationship to debtor<br>**Executive Committee** | | | |

| Debtor | Hall Labs, LLC | Case number *(if known)* | **25-21038** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.16. | **Microclimate, Inc.** | **Payment for using employee $12,233.43** | **12/13/2024 - 2/27/2025** | **Employee pay** |
| | Relationship to debtor **Entity is owned and controlled by Michael Hall** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Hall Labs, LLC** | **EIN:    35-2530253** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2025**

**/s/ David R. Hall**                                               **David R. Hall**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: **Hall Labs, LLC**

Case No. **25-21038**
Chapter **11**

Debtor(s).

Trustee: _____

**AMENDED MATRIX**
**$34 Fee Required**
☐ **IFP Waiver**

File amended matrix with **ONLY** the amended creditors. File separate change of address form to change the debtor's address.
Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7)☐ Yes or☐ No

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors
added. A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a**
**scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch,**
**Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:** ☑ Adding ☐ Correcting ☐ Deleting
Please type the creditors' address(es) changes/additions below:

1) **Bank of Utah Cus. Gary R. Peterson IRA**
 **Tammy Glover**
 **2605 Washington Blvd.**
 **Ogden, UT 84401**

2) **Bank of Utah Cust. for Rich H. Humph**
 **Tammy Glover**
 **2605 Washington Blvd.**
 **Ogden, UT 84401**

3) **Bank of Utah Cust. for Rich H. Humpherys**
 **Tammy Glover**
 **2605 Washington Blvd.**
 **Ogden, UT 84401**

4) **Beeby Management LLC**
 **C/O Jamie Simpson**
 **3129 N. 1075 W.**
 **Ogden, UT 84414**

5) **Donald R. Catron**
 **310 North Main Street**
 **Manila, UT 84046**

6) **G. Barton Payne Family Trust**
 **Tatia Payne Hansen**
 **8981 South Wild Willow Circle**
 **Sandy, UT 84093**

7) **Heather Bowen**
 **934 Wynstone Drive**
 **Jefferson, SD 57038**

8) **James Holm**
 **1042 Waterford Lane**
 **Provo, UT 84604**

9) **Jamie Lund**
 **2933 East Brookburn Road**
 **Salt Lake City, UT 84109**

10) **Jason Kerr**
 **9290 East Thompson Peak Pkwy Lot #451**
 **Scottsdale, AZ 85255**

Rev. 12/23

11) **Joel P. McKenna**
**2255 Jennifer DRive**
**Ogden, UT 84403**

12) **Michelle Ross**
**3210 MacIntosh Way**
**Ogden, UT 84414**

13) **Primetime Auto Plaza**
**Nathan V. Chugg**
**1520 Farr West Drive**
**Ogden, UT 84404**

14) **Rogers Living Trust**
**Terry Rogers**
**4988 Silver Cloud Drive**
**Saint George, UT 84770**

15) **The Fellows Family Trust**
**Chad Fellows**
**117 Highbridge Road**
**Fairfax, VT 05454**

16) **Thor Christianson**
**105 South State #300**
**Orem, UT 84058**

17) **Todd Asay**
**8733 South Millrace Bend Road**
**West Jordan, UT 84088**

18) **Tracy M Anderson**
**8714 S Millrace Bend Road**
**West Jordan, UT 84088**

19) **Truman F. Clawson Trust 20203**
**171 3rd Ave. #407**
**Salt Lake City, UT 84103**

20) **Wadman Foundation**
**David Wadman**
**2920 South 925 West**
**Ogden, UT 84401**

21) **William Allred**
**4081 West 1235 South**
**Syracuse, UT 84075**

---

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate lines(s):

☑ 341 Notice       ☐ Discharge Notice       ☐ Plan/Amended Plan

__April 24, 2025__
DATE

**/s/ Andres Diaz**
**Andres Diaz 4309**
ATTORNEY FOR DEBTOR(S)