*Prepared and Submitted by:*

Michael R. Johnson (A7070)
Elaine A. Monson (A5523)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email: mjohnson@rqn.com
Email: emonson@rqn.com

*Attorneys for Keystone Private Income Fund*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy No. 25-21038 |
| HALL LABS, INC., | Chapter 11 |
| Debtor-in-Possession. | Honorable Joel T. Marker |

**ORDER AUTHORIZING THE FILING OF OVERLENGTH MOTION TO CONVERT, OR ALTERNATIVELY, FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE**

This matter is before the Court on the *Ex Parte Motion to Authorize the Filing of Overlength Motion to Convert, or Alternatively, for Appointment of a Chapter 11 Trustee* filed by Keystone Private Income Fund  ("**Keystone**").  In the Ex Parte Motion, Keystone asks this Court to authorize the filing of its *Motion to Convert, or Alternatively, for Appointment of a Chapter 11 Trustee* (the "**Conversion Motion**") [Dkt. 56] even though the Conversion Motion exceeds the default page limits set forth in Local Rule 9013-1(h).

The Court, after considering Keystone's Ex Parte Motion and such other and further matters in the Court's file as the Court deemed appropriate, finds that the Ex Parte Motion is well-taken, and that the relief requested therein should be granted. Accordingly, pursuant to Local Rule 9013-1(k), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Conversion Motion filed with the Court on May 1, 2025 as Dkt. 56 is hereby authorized by the Court even though the Conversion Motion exceeds the default page limits established by Local Rule 9013-1(h).

------------------------------------------END OF DOCUMENT---------------------------------------

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 2nd day of May, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all of the electronic filing users in this case.

By: */s/ Annette Sanchez*

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order** should be served on the persons in the manner designated below:

**By electronic service:** I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF System:

- **J. Scott Brown**     sbrown@ck.law
- **Matthew James Burne**     matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Colin R. Chipman**     colinc@randoco.com
- **Joseph M.R. Covey**     jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **Andres' Diaz**     courtmail@adexpresslaw.com
- **Kenyon D. Dove**     defaultservices@smithknowles.com
- **John S. Gygi**     john.gygi@sba.gov
- **Britten Jex Hepworth**     britten@rowewalton.com
- **Michael R. Johnson**     mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Richard I. Nemeroff**     ricknemeroff@nemerofflaw.com, utahbk@nemerofflaw.com
- **Engels Tejeda**     ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**     jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**     USTPRegion19.SK.ECF@usdoj.gov
- **Richard R. Willie**     rich@wwpartners.co

/s/ Annette Sanchez