**This order is SIGNED.**


**Dated: May 28, 2025**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

*Prepared and Submitted by:*

Michael R. Johnson, Esq. (A7070)
David H. Leigh (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

*Attorney for Keystone Private Income Fund*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>**HALL LABS, INC.,**<br><br>Debtor-in-Possession. | **Bankruptcy No. 25-21038**<br><br>Chapter 11<br><br>Honorable Joel T. Marker |

### ORDER APPROVING STIPULATION REGARDING MOTION TO CONVERT, OR ALTERNATIVELY, FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, AND DIRECTING THE IMMEDIATE APPOINTMENT OF A CHAPTER 11 TRUSTEE

This matter is before the Court on *Keystone's Motion to Convert, or Alternatively, for Appointment of a Chapter 11 Trustee* [Dkt. 56] (the "**Motion**") filed by creditor Keystone Private Income Fund ("**Keystone**").

On May 27, 2025, the acting United States Trustee (the "**UST**"), Keystone, the Official

Committee of Unsecured Creditors (the "**Committee**"), Marbek Enterprises and Mark and Beki

Alder (the "**Marbek Creditors**") and Hall Labs, LLC (the "**Debtor**"), which were all parties

who filed papers and pleadings related to the Motion, filed with the Court their *Stipulation*

*Regarding Motion to Convert, or Alternatively, for Appointment of a Chapter 11 Trustee Filed*

*by Keystone Private Income Fund* [Dkt. 79] (the "**Stipulation**").  In the Stipulation, Keystone,

the UST, the Committee, the Marbek Creditors and the Debtor propose to resolve the Motion by

having the Court order that a Chapter 11 trustee be appointed in this case.

The Court, having reviewed the Motion, the Stipulation, and all other papers and

pleadings that were filed in relation thereto, and having considered the arguments and

representations of counsel, has determined that the Motion should be resolved in accordance with

the terms of the Stipulation, and that a Chapter 11 trustee should be immediately appointed in

this case.

Based upon the foregoing, and good cause appearing, **IT IS HEREBY ORDERED** as

follows:

1.      The Court has jurisdiction over this case, the Motion and the Stipulation, pursuant

to 11 U.S.C. §§ 1104 and 1112(b) and 28 U.S.C. §§ 1334 & 157(a), together with the general

order of reference of the United States District Court for the District of Utah.

2.      Venue of the above-entitled Chapter 11 case is proper in this Court pursuant to 28

U.S.C. § 1409.  The Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), and is a

contested matter pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure.

3.      The Stipulation is approved in all of its particulars.  Further, the Motion is granted

to the extent that it requests the immediate appointment of a Chapter 11 trustee, and is otherwise denied as moot.

4.     The appointment of a Chapter 11 trustee in this case is in the best interests of creditors, other parties in interest and the estate within the meaning of 11 U.S.C. § 1104(a)(2) and, for that reason, the Court hereby orders and directs the Office of the United States Trustee to forthwith appoint a Chapter 11 trustee.

5.     The Chapter 11 trustee shall have all the duties and powers ascribed under 11 U.S.C. § 1106 and otherwise in the Bankruptcy Code, without any limitations thereon.

----------------------------------------END OF DOCUMENT----------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2025, the foregoing Order was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Annette Sanchez*

1702389

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing **Order** should be served on the persons in the manner designated below:

**By electronic service:** I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF System:

- **J. Scott Brown** sbrown@ck.law
- **Matthew James Burne** matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachell e.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Colin R. Chipman** colinc@randoco.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **Andres' Diaz** courtmail@adexpresslaw.com
- **Kenyon D. Dove** defaultservices@smithknowles.com
- **John S. Gygi** john.gygi@sba.gov
- **Britten Jex Hepworth** britten@rowewalton.com
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Richard I. Nemeroff** ricknemeroff@nemerofflaw.com, utahbk@nemerofflaw.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Richard R. Willie** rich@wwpartners.co

*/s/ Annette Sanchez*