**This order is SIGNED.**

**Dated: June 5, 2025**



**JOEL T. MARKER
U.S. Bankruptcy Judge**

---

Engels J. Tejeda (11427)
Tyler S. Erickson (19523)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone: (801) 799-5800
EJTejeda@hollandhart.com
TSErickson@HollandHart.com
*Attorneys for STAG Industrial Holdings, LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Hall Labs, LLC,<br><br>　　　　Debtor. | Bankruptcy No. 25-21038<br><br>Chapter 11<br><br>Honorable Joel T. Marker |

| |
|---|
| ORDER GRANTING STAG INDUSTRIAL HOLDINGS, LLC'S MOTION FOR COMFORT ORDER REGARDING SCOPE OF AUTOMATIC STAY |

　　　　This matter came before the Court upon the *Motion for Comfort Order Regarding Scope of Automatic Stay* (the "Motion"), Dkt. 38, filed by STAG Industrial Holdings, LLC ("STAG"). On May 29, 2025, the Court held a hearing on the Motion, during which among other parties in interest, STAG, Debtor Hall Labs, LLC (the "Debtor"), the Official Committee of Unsecured Creditors, and the United States Trustee, appeared through counsel. Having considered the Motion,

1

the papers and pleadings filed in support and in opposition to the Motion, and good cause appearing, the Court finds as follows:

1. The Court has jurisdiction to decide the Motion pursuant to 28 U.S.C. §§ 1334 and 157. The Motion concerns the administration of the estate and therefore is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Notice of the Motion was sufficient and appropriate.

3. The Court grants the Motion.

4. The automatic stay under 11 U.S.C. § 362 does not prevent STAG from continuing all litigation against nondebtor defendants Hall Property Holdings, LLC; DRH Holdings, LLC; and David Hall (the "Nondebtor Defendants") in civil action no. 2:24-cv-00335-JBC (the "Federal Case") pending in the United States District Court for the District of Utah, Central Division.

5. STAG may continue litigation against the Nondebtor Defendants in the Federal Case.

6. STAG's request for alternative relief under § 362(d) and waiver of the stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(4) is moot because § 362(a) does not apply to the Nondebtor Defendants.



------------------ end of order ------------------

## DESIGNATION OF PARTIES TO BE SERVED

The foregoing Order shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Holland & Hart LLP
Engels J. Tejeda, ejtejeda@hollandhart.com
Tyler S. Erickson, tserickson@hollandhart.com
Attorneys for *Attorneys for STAG Industrial Holdings, LLC*

Diaz & Larsen
Attn: Andres Diaz, courtmail@adexpresslaw.com
Counsel for the Debtor

Matthew Burne, matthew.burne@usdoj.gov
USTPRegion19.SK.ECF@usdoj.gov
US Trustee Office

Kirton & McConkie
Attn: Jeremy C. Sink, jsink@kmclaw.com
*Attorneys for Official Committee of Unsecured Creditors*

By U.S. Mail / Electronic Mail: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served Notice by First Class Mail – U.S. postage prepaid, pursuant to Fed. R. Civ. P. 5(b):

1. Hall Property Holdings, LLC, c/o Brammer Ranck LLP, Attn. J. Brady Brammer, 1955 West Grove Parkway Suite 200, Pleasant Grove, Utah 84062.

2. Hall Property Holdings, LLC, c/o Scott Robert Dansie, 11726 South Canberra Drive, Sandy Utah 84094.

3. DRH Holdings, LLC, c/o Brammer Ranck LLP, Attn. J. Brady Brammer, 1955 West Grove Parkway Suite 200, Pleasant Grove, Utah 84062.

4. DRH Holdings, LLC, c/o Scott Robert Dansie, 11726 South Canberra Drive, Sandy Utah 84094.

5. David R. Hall, c/o Brammer Ranck LLP, Attn. J. Brady Brammer, 1955 West Grove Parkway Suite 200, Pleasant Grove, Utah 84062.

6. David R. Hall, c/o Scott Robert Dansie, 11726 South Canberra Drive, Sandy Utah 84094.

*/s/ Engels J. Tejeda*
Engels J. Tejeda

35073023_v1