*Proposed Order Prepared & Submitted By:*
David W. Newman (USB #15901)
Assistant United States Trustee, Region 19
Matthew J. Burne (USB #18605)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
E-mail: Matthew.Burne@usdoj.gov

Attorneys for Gregory M. Garvin
Acting United States Trustee, Region 19

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| In re: | Bankruptcy Case No. 25-21038 |
|---|---|
| HALL LABS, LLC, | Chapter 11<br>Hon. Joel T. Marker |
| Debtor. | |

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court having considered the *Ex Parte* Application of the Acting United States Trustee for entry of an Order approving appointment of Michael F. Thomson as Chapter 11 Trustee in the above-captioned case, Hall Labs, LLC, it is hereby

ORDERED that the appointment is approved.

-----------------------------------------END OF DOCUMENT-----------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing **ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Jacob D. Barney** jbarney@aklawfirm.com, sholland@aklawfirm.com
- **J. Scott Brown** sbrown@ck.law
- **Matthew James Burne** matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Cass C. Butler** cass@randoco.com
- **Deborah Rae Chandler** dchandler@aklawfirm.com
- **Colin R. Chipman** colinc@randoco.com
- **Joseph M.R. Covey** jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **Andres' Diaz** courtmail@adexpresslaw.com
- **Kenyon D. Dove** defaultservices@smithknowles.com
- **Tyler Scott Erickson** tserickson@hollandhart.com
- **John S. Gygi** john.gygi@sba.gov
- **Britten Jex Hepworth** britten@rowewalton.com
- **Michael R. Johnson** mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Richard I. Nemeroff** ricknemeroff@nemerofflaw.com, utahbk@nemerofflaw.com
- **Jeremy C. Sink** jsink@kmclaw.com, mcarlson@kmclaw.com
- **Engels Tejeda** ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **David Richards Todd** dave@cullimore.net
- **Jeffrey L. Trousdale** jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Richard R. Willie** rich@wwpartners.co

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

**Sander L. Esserman**
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201

**Ronald Grant Kennington**

**Scott Mathewson**

*/s/ Matthew J. Burne*