*Prepared and Submitted By:*

Rich Willie (Bar No. 16987)
**WW PARTNERS, LLC**
8941 South 700 East, Suite 202
Sandy, Utah 84070
Telephone: (208) 241-9691
rich@wwpartners.co

***Attorneys for Evans Development, LLC
and Jamie Evans***

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| In re; <br><br> HALL LABS, LLC, <br><br> Debtor | **ORDER GRANTING JAMIE EVANS AND EVANS DEVELOPMENT'S *EX PARTE* MOTION TO FILE EXHIBIT UNDER SEAL RELATING TO FORTHCOMING MOTION FOR RELIEF FROM AUTOMATIC STAY OR, ALTERNATIVELY, FOR COMFORT ORDERS REGARDING SCOPE OF AUTOMATIC STAY** <br><br> Case No. 25-21038 JTM <br><br> Honorable Joel T. Marker |

1

The matter before the Court is *Jamie Evans and Evans Development's* Ex Parte *Motion to File Exhibit Under Seal Relating to Forthcoming Motion for Relief from Automatic Stay or, Alternatively, for Comfort Orders Regarding Scope of Automatic Stay* (the "**Motion to Seal**") filed by Jamie Evans and Evans Development, LLC, in the above-captioned matter. The Court has considered the Motion to Seal and for the reasons stated therein and for good cause appearing,

    **IT IS HEREBY ORDERED** that:

1. The Motion to Seal is **GRANTED**.

2. Jamie Evans and Evans Development, LLC, may file the exhibit under seal.

END OF DOCUMENT

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 9, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

        /s/ Rich Willie
        Rich Willie

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order** should be served on the persons in the manner designated below:

**By electronic service:** I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF System:

- **J. Scott Brown**           sbrown@ck.law
- **Matthew James Burne**           matthew.burne@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov; Rachell e.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Colin R. Chipman**           colinc@randoco.com
- **Joseph M.R. Covey**           jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **Andres' Diaz**           courtmail@adexpresslaw.com
- **Kenyon D. Dove**           defaultservices@smithknowles.com
- **John S. Gygi**           john.gygi@sba.gov
- **Britten Jex Hepworth**           britten@rowewalton.com
- **Michael R. Johnson**           mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Richard I. Nemeroff**           ricknemeroff@nemerofflaw.com, utahbk@nemerofflaw.com
- **Engels Tejeda**           ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **Jeffrey L. Trousdale**           jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**           USTPRegion19.SK.ECF@usdoj.gov
- **Richard R. Willie**           rich@wwpartners.co


                                                      */s/ Rich Willie*