**This order is SIGNED.**

**Dated: June 25, 2025**

_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



---

*Prepared and Submitted by:*

Michael R. Johnson, Esq. (A7070)
David H. Leigh (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

*Attorney for Keystone Private Income Fund*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: **HALL LABS, INC.,** Debtor-in-Possession. | Bankruptcy No. 25-21038<br>Chapter 11<br>Honorable Joel T. Marker |

### ORDER DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO VANDERHALL STOCK OWNED BY THE DAVID R. HALL TRUST AND PLEDGED AS COLLATERAL TO KEYSTONE PRIVATE INCOME FUND

This matter is before the Court on the *Motion for Comfort Order that the Automatic Stay does not Apply to Vanderhall Stock owned by the David R. Hall Trust and Pledged as Collateral to Keystone* (the "**Motion**") filed by Keystone Private Income Fund ("**Keystone**"). In the Motion, Keystone requests an Order from this Court finding and determining that (a) 3,699,501 shares of

common stock of Vanderhall Motor Works, Inc. (the "**Vanderhall Stock**") that was pledged by the David R. Hall Trust to partially secure a loan from Keystone to the Debtor is not property of the Debtor or the Debtor's estate, and (b) because the Vanderhall Stock is not property of the Debtor or the Debtor's estate, the automatic stay does not preclude Keystone from exercising whatever rights and remedies it may have concerning the Vanderhall Stock pursuant to applicable non-bankruptcy law.

The Court, after considering the Motion, all objections or responses that were filed concerning the Motion, and such other and further matters in the Court's files as the Court deemed appropriate, has determined that the Motion is well-taken, and that the relief requested therein should be granted.

Accordingly, based on the foregoing, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The Vanderhall Stock identified herein is owned by the David R. Hall Trust not the Debtor and, as such, does not constitute property of the Debtor or the Debtor's estate.

2. Because the Vanderhall Stock is not property of the Debtor or the Debtor's estate, the automatic stay of 11 U.S.C. § 362(a) does not apply to the Vanderhall Stock or to any effort or attempt by Keystone to exercise its rights and remedies concerning the Vanderhall Stock pursuant to applicable non-bankruptcy law.

3. Notwithstanding the foregoing, Keystone shall provide at least twenty-eight (28) days' advance notice by email of any contemplated foreclosure sale or other disposition of the Vanderhall Stock to Mark Rose, the Chapter 11 Trustee.

-----------------------------------------END OF DOCUMENT---------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, the foregoing Proposed Order was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Annette Sanchez*

1702389

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order** should be served on the persons in the manner designated below:

**By electronic service:** I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF System:

- **Jacob D. Barney**    jbarney@aklawfirm.com, sholland@aklawfirm.com
- **J. Scott Brown**    sbrown@ck.law
- **Matthew James Burne**    matthew.burne@usdoj.gov, Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- **Cass C. Butler**    cass@randoco.com
- **Deborah Rae Chandler**    dchandler@aklawfirm.com
- **Colin R. Chipman**    colinc@randoco.com
- **Joseph M.R. Covey**    jcovey@parrbrown.com, calendar@parrbrown.com;lstumpf@parrbrown.com
- **David Culmer**    david@wwpartners.co
- **Andres' Diaz**    courtmail@adexpresslaw.com
- **Kenyon D. Dove**    defaultservices@smithknowles.com
- **Tyler Scott Erickson**    tserickson@hollandhart.com
- **John S. Gygi**    john.gygi@sba.gov
- **Britten Jex Hepworth**    britten@rowewalton.com
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- **Timothy J. Larsen**    tlarsen@adexpresslaw.com
- **Richard I. Nemeroff**    ricknemeroff@nemerofflaw.com, utahbk@nemerofflaw.com
- **Mark C. Rose tr**    trustee@mbt-law.com, UT32@ecfcbis.com
- **Jeremy C. Sink**    jsink@kmclaw.com, mcarlson@kmclaw.com
- **Engels Tejeda**    ejtejeda@hollandhart.com, slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com
- **David Richards Todd**    dave@cullimore.net
- **Jeffrey L. Trousdale**    jtrousdale@cohnekinghorn.com, mparks@ck.law;enilson@ck.law
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Richard R. Willie**    rich@wwpartners.co

                                                    */s/ Annette Sanchez*