**Form 752**[Order of Reassignment]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>　　Hall Labs, LLC<br>　　　　Debtor(s). | Case No. 25–21038<br>Chapter 11 |

## ORDER OF REASSIGNMENT

Pursuant to Local Rule 1073–1, the Court hereby reassigns the above captioned case, and any associated open adversary proceedings to the Honorable Peggy Hunt .

Dated and Entered on: July 1, 2025

Peggy Hunt
United States Bankruptcy Judge