Mark C. Rose, #13855
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
*Trustee of the Chapter 11 Bankruptcy*
*Estate of Hall Labs, LLC*

# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re:<br><br>HALL LABS, LLC,<br><br>Debtor. | Bankruptcy Case 25-21038<br>(Chapter 11)<br><br>Judge Peggy Hunt |
|---|---|

### OBJECTION TO JAMIE EVANS AND EVANS DEVELOPMENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, ALTERNATIVELY, FOR COMFORT ORDERS REGARDING SCOPE OF AUTOMATIC STAY

Pursuant to 11 U.S.C. § 362, Rule 4001 of the Federal Rules of Bankruptcy Procedure, and the Local Rules of Practice, Mark C. Rose ("Trustee"), as trustee of the Chapter 11 bankruptcy estate of Hall Labs, LLC, hereby respectfully submits this objection to Jaime Evans and Evans Development's (collectively, "Creditors") *Motion for Relief from Automatic Stay or, Alternatively, for Comfort Orders Regarding Scope of Automatic Stay* [ECF No. 107] (the "Motion").

Trustee does not generally oppose the relief requested in the Motion, but he does oppose the request for a comfort order stating that the automatic stay of this case does not prohibit Creditors from seeking or moving to compel additional discovery from Debtor in the State Case. Trustee maintains that all discovery against Debtor should occur inside this bankruptcy case.

DATED this 7th day of July, 2025.

                /s/ Mark C. Rose
Mark C. Rose
*Trustee of the Chapter 11 Bankruptcy*
*Estate of Hall Labs, LLC*

### CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that on July 7, 2025, I electronically filed the foregoing **OBJECTION TO JAMIE EVANS AND EVANS DEVELOPMENT'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, ALTERNATIVELY, FOR COMFORT ORDERS REGARDING SCOPE OF AUTOMATIC STAY** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

**All parties entitled to notice in this case.**

                /s/ Mark C. Rose