Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
  *Attorneys for the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: HALL LABS, LLC,<br> PO Box 51440<br> Provo, UT 84605<br><br><br>Debtor. | Bankruptcy No.  25-21038<br>Chapter 11<br><br>Trustee Mark C. Rose<br><br><br>Judge Peggy Hunt |

### FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AS ADMINISTRATIVE EXPENSES AND PAYMENT OF ATTORNEY FEES AND COSTS OF DIAZ & LARSEN, COUNSEL FOR THE DEBTOR-IN-POSSESSION
### (MARCH 5, 2025, TO JULY 8, 2025)

Pursuant to 11 U.S.C. §§330 and 331 and Bankruptcy Rule 2016, Andres Diaz of the law firm of Diaz & Larsen ("Applicant"), general counsel in the above jointly administered case for the debtor, Hall Labs, LLC ("Hall"), hereby submits their First and Final Fee Application For Allowance As Administrative Expense and Payment of Attorney Fees and Costs of Diaz & Larsen (the "Application").

### FEES SOUGHT IN FIRST AND FINAL FEE APPLICATION:  $66,301.50.

### COST REIMBURSEMENT SOUGHT IN FIRST AND FINAL FEE APPLICATION: $828.45.

## I.  NARRATIVE SUMMARY

### A.      BACKGROUND

1.      On March 5, 2025, Hall filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      On or about March 5, 2025, Hall filed an Application to Appoint Applicant as general counsel.

3.      The Application to Appoint Applicant as counsel was granted on or about March 27, 2025, effective as of March 5, 2025.

4.      Applicant makes the Application under §§ 330, 331 and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

5.      There is no agreement or understanding between Applicant or any other person or entity for the splitting of compensation to be received for services rendered in this case.

6.      All professional services for which compensation is requested by Applicant were performed for and in behalf of Hall.

7.      The time period covered by the Application is from March 5, 2025, to July 8, 2025.

8.      The attorneys and paraprofessionals of Applicant in this case and their hourly rates are:

| **PROFESSIONAL** | **HOURLY RATE** |
| --- | --- |
| **Andres Diaz** | $450.00 |
| **Timothy J. Larsen** | $425.00 |

9.      The rates charged by Applicant in this case are consistent with the rates charged to other clients for similar services including non-bankruptcy clients and are reasonable and comparable to fees charged by other firms in the Salt Lake City, Utah, legal community for similar services.

10.      Attached hereto as **Exhibit "A"** is the vitaes of Andres Diaz and Timothy J. Larsen showing their qualifications and experience.

11.      There are no other accrued professional expenses for other parties known at this time.

## B.    APPLICANT'S SERVICE HISTORY

12.      Applicant's service history covered in the Application is for the period March 5, 2025, to July 8, 2025.

## C.    PROJECT CATEGORY NARRATIVE DESCRIPTION

13.      Project category definitions and summaries are as follows are:

a. Case Administration, Asset Analysis and Protection (ADM).  Applicant has and continues to assist Hall in the general administration of its bankruptcy estate including, but not limited to, the following:  1) advising and assisting Hall in responding to inquiries from parties in interest regarding various issues and requests; 2) interacting with the USTP and the Trustee in an effort to keep critical parties up to date and involved

with Hall's reorganization efforts; and, 3) advising and assisting Hall in preparing and filing the monthly reports required by the Bankruptcy Rules.

b. <u>Appointment of Counsel and Preparation of Fee Application (APP).</u> Applicant filed a supplemental Application for Appointment of Counsel. Applicant has also filed this First and Final Fee Application.

c. <u>Financing (FIN)</u>. Applicant has assisted Hall in matters related to a cash collateral and associated matters.

d. <u>Disclosure Statement and Plan (PLAN)</u>. Applicant has spent time in assisting Hall in the preparation and filing of a detailed Disclosure Statement with a Plan summary.

14.     The Applicant's services are set forth in detail in **Exhibits B1 – B4**.

## II.  ITEMIZATION OF SERVICES RENDERED

### A.      TOTAL COMPENSATION

15.     The reasonable valuation of services rendered by Applicant as counsel for Hall in this case between March 5, 2025, and July 8, 2025, is **$66,301.50**.

16.     The sum of **$66,301.50** in attorney fees is based upon the detailed attached spreadsheets (*see* **Exhibits "B1-B4"** for an exact breakdown of services rendered).

### B.       COMPENSATION BY CATEGORY

17.     <u>Case Administration (ADM)</u>. – 103.30 hours totaling $45,517.50.

18.     <u>Fees/Employment (APP)</u> –  10.50 hours totaling $4,494.00.

19.     <u>Financing (FIN)</u> –  19.00 hours totaling $8,550.00.

20.     <u>Disclosure Statement/Plan (PLAN)</u> – 17.20 hours totaling $7,740.00.

**TOTAL:**                                                              **$66,301.50**

### C.    TOTAL COSTS

21.    In addition to the foregoing fees, Applicant has incurred costs of **$828.45** for

copies and postage.

**WHEREFORE,** for the period March 5, 2025, through July 8, 2025, Applicant requests

an allowance of **$66,301.50** as compensation for professional services rendered and **$828.45** for

reimbursement of costs and expenses for a total of **$67,129.95**.  Applicant requests that

Applicant be authorized to offset the balance of its prepetition retainer against such allowed

compensation and that the balance of such allowance be paid by the estate as funds become

available for such payments.

DATED this 9th day of July 2025.

**Diaz & Larsen**

By:_____/s/ Andres Diaz
                Attorney for the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July 2025, a true and correct copy of the foregoing
FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AS ADMINISTRATIVE
EXPENSE AND PAYMENT OF ATTORNEY'S FEES AND COSTS OF DIAZ & LARSEN,
COUNSEL FOR DEBTOR IN POSSESSION was delivered to the following via ECF:

- **Jacob D. Barney**    jbarney@aklawfirm.com, sholland@aklawfirm.com

- **J. Scott Brown**    sbrown@ck.law

- **Matthew James Burne**    matthew.burne@usdoj.gov,
  Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov
  ;Brittany.Dewitt@usdoj.gov

- **Cass C. Butler**    cass@randoco.com

- **Deborah Rae Chandler**    dchandler@aklawfirm.com

- **Colin R. Chipman**    colinc@randoco.com

- **Joseph M.R. Covey**    jcovey@parrbrown.com,
  calendar@parrbrown.com;lstumpf@parrbrown.com

- **David Culmer**    david@wwpartners.co

- **Andres' Diaz**    courtmail@adexpresslaw.com

- **Kenyon D. Dove**    defaultservices@smithknowles.com

- **Tyler Scott Erickson**    tserickson@hollandhart.com

- **John S. Gygi**    john.gygi@sba.gov

- **Britten Jex Hepworth**    britten@rowewalton.com

- **Michael R. Johnson**    mjohnson@rqn.com,

docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com

- **Timothy J. Larsen**    tlarsen@adexpresslaw.com

- **Richard I. Nemeroff**    ricknemeroff@nemerofflaw.com, utahbk@nemerofflaw.com

- **Mark C. Rose tr**    trustee@mbt-law.com, UT32@ecfcbis.com

- **Jeremy C. Sink**    jsink@kmclaw.com, mcarlson@kmclaw.com

- **Engels Tejeda**    ejtejeda@hollandhart.com,

  slclitdocket@hollandhart.com,intaketeam@hollandhart.com;jjbutton@hollandhart.com

- **David Richards Todd**    dave@cullimore.net

- **Jeffrey L. Trousdale**    jtrousdale@cohnekinghorn.com,

  mparks@ck.law;enilson@ck.law

- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

- **Richard R. Willie**    rich@wwpartners.co


_____    /s/ Andres Diaz


I hereby certify that on this 9th day of July 2025, I caused a true and correct copy of the

foregoing FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AS

ADMINISTRATIVE EXPENSE AND PAYMENT OF ATTORNEY'S FEES AND COSTS OF

DIAZ & LARSEN, COUNSEL FOR DEBTOR IN POSSESSION by first-class U.S. Mail,

postage prepaid, or as otherwise indicated to each of the parties listed on the Master Service List

attached only to the original of this Application:


_____    /s/ Andres Diaz

**MASTER SERVICE LIST**

Ariel Bouskila   Berkovitch & Bouskila, PLLC
1545 US 202, Ste. 240
Pomona, NY 10970

Bank of Utah
2605 Washington Blvd.
Ogden, UT 84401

Bello Monte
4421 S 1800 W
Roy, UT 84067

Carl Belliston
3538 N 180 E
Provo, UT 84604

Central Bank
c/o J Scott Brown
Cohne Kinghorne, P.C.
111 E Broadway, 11th Floor
Salt Lake City, UT 84111

Chris G Connelly Trust June 19 2008
2718 E Rasmussen Drive
Saint George, UT 84790

Dale Chugg
1556 Farr West Drive
Ogden, UT 84404

Emily Brimhall
580 N. Bald Mountain Drive
Alpine, UT 84004

Evans Development, LLC
1220 N Main Street, Suite 1
Springville, UT 84663

Gary E Jones
7182 N Finger Rock Place
Tucson, AZ 85718

Gregory S. Roberts
Ray Quinney & Nebeker PC
36 South State Street, Suite 1400
Salt Lake City, UT 84111


Hillcrest Bank
215 West 2300 North
Provo, UT 84604


Hillcrest Bank
215 West 2300 North
Provo, UT 84604


Importune, LLC
LaVorn G. Sparks
174 W 4750 N
Provo, UT 84604


IRS
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jeffery Duncan
3474 W Morre Road
Tucson, AZ 85742


Keystone National Group, LLC
And Keystone Private Income Fund
c/o Michael Johnson and David Leigh
36 South State Street, Suite 1400
Salt Lake City, UT 84111


Kornerstone Guaranty Insurance Co.
111 E Broadway, Suite 900
Salt Lake City, UT 84111


Leaf Capital Group, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Marbek Enterprises
Mark R. Alder
294 W Jennings Lane
Capac, MI 48014

Michael Hall
737 E 2620 N
Provo, UT 84604

Newco Capital Group, LLC
1545 Route 202, Suite 203
Pomona, NY 10970

R&O Investments, LC
Steve Simmons
933 Wall Ave.
Ogden, UT 84404

Scott and Debbie Purdie Fam. Rev. Trust
Debbie Purdie
2956 North 63rd Street
Mesa, AZ 85215

STAG Industrial, Inc.
One Federal Street, 23rd Floor
Boston, MA 02110

Streamline Consulting
1238 Maple Road
Montpelier, ID 83254

The Alan and Jeanne Hall Foundation
4421 S 1800 W
Roy, UT 84067

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134

Vincent A. Aubrey
30350 Peachtree Road NW, Suite 240
Atlanta, GA 30305


W. Fred and Jane Mensel
3381 S Oakwood Street
Salt Lake City, UT 84109


Wells Fargo Equipment Finance
PO Box 858178
Minneapolis, MN 55485


Wendy Coplen
386 E 1410 S
Orem, UT 84058


Hall Labs, LLC
3500 Mountain Vista Parkway
Provo, UT  84606


Diaz & Larsen
757 East South Temple, Suite 201
Salt Lake City, UT  84102


United States Trustee
Attn: Matthew Burne
Washington Federal Bank Bldg.405 South Main Street, Ste. 300
Salt Lake City, UT 84111


Scott Mathewson
4505 W Sebago Way
South Jordan, UT  84009


Kenyon Dove
Smith Knowles, PLLC
2225 Washington Blvd., Ste. 200
Ogden, UT  84401


US Small Business Administration
Attn:  John Gygi
125 South State Street Room2227
Salt Lake City, UT  84138

Joseph R. Covey
Parr Brown Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT  84111

Zack L. Winzeler
Parsons Behle & Latimer
201 South Main Street, Suite 1800
 Salt Lake City, Utah 84111

Brady Brammer and Scott Dansie
1955 W Grove Pkwy
Pleasant Grove, UT 84062

Steve Barnon & Ann Harper
Burton & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

Kelle Fergison c/o Steve Baron
Burton & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219

Rich Willie
WW Partners, LLC
8941 S 700 E Ste. 202
Sandy, UT 84070

Sander L. Esserman
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201

Ronald G. Kennington
28151 Burrough Valley Road
Tollhouse, CA  93667

# EXHIBIT A: VITAES OF ANDRES DIAZ AND TIMOTHY J. LARSEN

# Andres Diaz



## CONTACT

PHONE:
801-596-1661

WEBSITE:
www.diazandlarsen.com

EMAIL:
adiaz@expresslaw.com

## SKILLS

- Bankruptcy Attorney
- Public Speaking
- Chapter 13 Trustee, 1997-2004

Mr. Andres Diaz was born on July 19, 1954, in Manhasset, New York.  He began his college studies at the University of Utah in 1976.  He graduated with honors and received a Bachelor of Science Degree in Finance from the University of Utah in 1980.  In 1981, he received a Masters in Business Administration from the University of Utah.  In 1984, he received a Juris Doctor degree, also from the University of Utah.  While attending law school, he also served as a staff member of the University of Utah Law Review for the years 1982-1984.  As a staff member of the University of Utah Law Review, he authored and published the following articles:

1. "Deficiency Judgment Denied for Failure to Conduct Commercially Reasonable Sale", *1983 Utah Law Review 1*, p. 262

2. Utah Workers' Compensation and Occupational Disease Laws, "scope of Employment", *1983 Utah Law Review 3*, p. 593

3. "Personal Obligation to Pay Real Property Taxes in Utah: *Dillman v. Foster*", *1983 Utah Law Review 4*, p. 845

4. "Attorney's Fees in Bankruptcy Cases", *1984 Utah Law Review 3*, p. 543

Upon graduation, Mr. Diaz joined the law firm of Greene, Callister & Nebeker (now known as Callister, Nebeker & McCullough) ("CN&M").  For 13 years, he was employed at CN&M and specialized in creditor representation in bankruptcy cases under Chapters 7, 11, 12 and 13.  Mr. Diaz was instrumental in developing, filing and confirming numerous creditor plans of reorganization in the Chapter 11 arena. At the time he left his employment at CN&M, he was serving as the chairman of the law firm's bankruptcy department.

Mr. Diaz left CN&M to accept a position as a Chapter 13 Standing Trustee for the District of Utah on August 1, 1997.  As a Chapter 13 Standing Trustee, he was responsible for initiating many changes to the Chapter 13 practice in this jurisdiction including, but not limited to, the combined consent confirmation and claims objection process, the use of a one page plan and an administrative abatements procedure. Mr. Diaz, with input from other members of the Utah Bankruptcy Bar, developed many of the forms that have been used by the bankruptcy practitioners in the Chapter 13 arena. As a Chapter 13 Standing Trustee, he has administered 20,841 cases and distributed over $114 million to creditors over a period of eleven years.  Mr. Diaz now engages in his private practice specializing in representing debtors in cases under Chapters 7, 11 and 13 under the Bankruptcy Abuse Prevention and Consumer Protection Act.

In addition to his extensive bankruptcy experience, Mr. Diaz has served on several panels related to bankruptcy issues including the following: semi-annual Continuing Legal Education seminars for Chapter 13 practitioners approved by the Utah State Bar (1997-2002), Utah State Bar Annual Meeting in Sun Valley, Idaho (1998), Utah State Bar New Lawyers CLE (1998), National Association of Chapter 13 Trustees Seminar in St. Louis, Missouri (2000), a training seminar for the Bankruptcy Court for the District of Utah Clerk's Office (2002), Utah Bankruptcy Forum Meeting in St. George, Utah (2007) and Utah State Bar Spring Meeting in St. George, Utah (2009).

Mr. Diaz is a member of the Utah State Bar (since 1984), Federal Bar for the United States District of Utah (since 1984), Federal Bar for the United States Court of Appeals for the Tenth Circuit (since 1987), Federal ADR Panel for bankruptcy issues (since 1996), and the National Association of Chapter 13 Trustees (1997-2008).  He has also been a member of the following national honor societies since 1980: Phi Kappa Phi Honor Society and Beta Gamma Sigma Honor Society.

# TIMOTHY J LARSEN



## CONTACT

PHONE:
801-596-1661

WEBSITE:
www.diazandlarsen.com

EMAIL:
tlarsen@expresslaw.com

## SKILLS

- Bankruptcy Attorney
- Public Speaking
- Outstanding Mentor of the Year 2014
- Trustee, Utah Bankruptcy Lawyers' Forum
- Member, Character and Fitness Committee, Utah State Bar

Mr. Timothy J. Larsen was born on March 31, 1977, in Mt. Pleasant, Utah.  He began his college studies at the Snow College in 1995 and then at the University of Utah in 1998.  He received a Bachelor of Science Degree in Business Management from the University of Utah in 2000.  In 2004, he received a Juris Doctor degree, from the S.J. Quinney College of Law at the University of Utah.

While obtaining his education, Mr. Larsen worked for the Chapter 13 Standing Trustee, Andres Diaz, moving quickly from a File Clerk to a Case Manger working up all cases assigned to the Honorable Judge Allen for confirmation of Chapter 13 Plans.

During law school and upon graduation, Mr. Larsen joined the law office of Thomas D. Neeleman and Associates.  He specialized in debtor representation in bankruptcy cases under Chapters 7, 11, and 13. Mr. Larsen was instrumental in the firm's bankruptcy practice and worked in all areas of bankruptcy including Chapter 11 filings, plans of reorganization and adversary proceedings.

Mr. Larsen began working for the Law Offices of Randal L. Meek in 2005 and was instrumental in updating the bankruptcy practice of this established firm.  Mr. Larsen updated the firm's filing system to utilize electronic filing and restructured the firm's existing forms, client intake arrangements and filing systems.

Mr. Larsen now works for the law firm of Diaz & Larsen, once a gain working with Mr. Andres Diaz in all areas of Chapter 7, 11 and 13 work.

Mr. Larsen is a member of the Utah State Bar (since 2004), Federal Bar for the United States District of Utah (since 2004).  He is a trustee for the Utah Bankruptcy Lawyers' Forum as well as a member of the Character and Fitness Committee for the Utah State Bar.  Mr. Larsen was also awarded "Outstanding Mentor of the Year" by the Utah State Bar in 2014.

# EXHIBIT B1-B4:  APPLICANT'S DETAILED SERVICES

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| CH 11 - ADM | 3/5/2025 | AD | Retrieved and sent to Client the docketed Petition, Statements and Schedules, Application to Appoint Counsel and Supporting Affidavit, and B426 Report together with various documents in preparation for IDI with USTP | 2.20 | $ 450.00 | $ 990.00 |
| | 3/5/2025 | AD | Emails to/from Matt Burne re initial meeting and related matters | 0.30 | $ 450.00 | $ 135.00 |
| | 3/5/2025 | AD | Call from Judge's clerk re first day motions and Judge's availability | 0.20 | $ 450.00 | $ 90.00 |
| | 3/5/2025 | AD | Follow up emails to/from Client re availability for IDI and 341 | 0.10 | $ 450.00 | $ 45.00 |
| | 3/5/2025 | AD | Sent signed and filed bankruptcy documents to Client | 0.10 | $ 450.00 | $ 45.00 |
| | 3/5/2025 | AD | Sent Client UST Guidelines and related documents with instructions | 0.40 | $ 450.00 | $ 180.00 |
| | 3/6/2025 | AD | Finalized and filed Motion to Limit Notice, Master Service List, and Notice Procedures and NOH re Motion | 2.30 | $ 450.00 | $ 1,035.00 |
| | 3/6/2025 | AD | Emailed Motion to Limit Notice, Master Service List and NOH to Client with explanations | 0.30 | $ 450.00 | $ 135.00 |
| | 3/6/2025 | AD | Call and email to Keystone's counsel re bankrupcy filing and email from counsel confirming the filing | 0.20 | $ 450.00 | $ 90.00 |
| | 3/6/2025 | AD | Preparation for and attendance at informational conference call with Matt Burne and Rinehart Peshell from USTP | 0.70 | $ 450.00 | $ 315.00 |
| | 3/6/2025 | AD | Email to Client re tentative dates for IDI and 341 with instructions and outcome of telephone conference with USTP's office | 0.20 | $ 450.00 | $ 90.00 |
| | 3/6/2025 | AD | Follow up emails to/from Client re initial financial report and related bankruptcy issues | 0.20 | $ 450.00 | $ 90.00 |
| | 3/6/2025 | AD | Reviewed and forwarded email from Matt Burne summarizing and requesting additional information to Client with instructions | 0.30 | $ 450.00 | $ 135.00 |
| | 3/7/2025 | AD | Follow up on and email to Matt Burne in response to his requests for changes to Motion to Limit notice and request for additional information and documentation | 0.50 | $ 450.00 | $ 225.00 |
| | 3/7/2025 | AD | Follow up emails to/from Client re Motion to Limit Notice | 0.20 | $ 450.00 | $ 90.00 |
| | 3/10/2025 | AD | Preparation for and attendance at meeting with Client re strategy issues | 1.60 | $ 450.00 | $ 720.00 |
| | 3/10/2025 | AD | Reviewed and analyzed emails to/from Client re bank accounts and use of funds from subsidiaries | 0.50 | $ 450.00 | $ 225.00 |
| | 3/10/2025 | AD | Reviewed and analyzed stipulation reached with USTP re Motion to Limit Notice and forwarded to Client for review and approval | 0.30 | $ 450.00 | $ 135.00 |
| | 3/10/2025 | AD | Follow up emails to/from Matt Burne approving stipulation as modified and authorizing use of electronic signature | 0.10 | $ 450.00 | $ 45.00 |
| | 3/11/2025 | AD | Reviewed and analyzed emails to/from Client re cash flow, budget and use of cash from wholly owned subsidiaries | 1.10 | $ 450.00 | $ 495.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 3/11/2012 | AD | Listened to voicemails from creditors and other interested parties and responded as needed | 0.30 | $ 450.00 | $ 135.00 |
| | 3/11/2025 | AD | Emails to/from Client re Carta Valuation and Vanderhall issues | 0.50 | $ 450.00 | $ 225.00 |
| | 3/11/2025 | AD | Began reviewing and analyzing Carta Valuation | 1.40 | $ 450.00 | $ 630.00 |
| | 3/11/2025 | AD | Emails to/from Matt Burne re keeping him in the loop on issues and responses | 0.10 | $ 450.00 | $ 45.00 |
| | 3/12/2025 | AD | Email from Matt Burne re lawsuits and listing of creditors in case and forwarded with instructions to Client and follow up email to Matt re the same | 0.30 | $ 450.00 | $ 135.00 |
| | 3/12/2025 | AD | Voice mail and calls to/from Gary Jones and follow up emails to/from Gary re participation on unsecured creditors committee | 0.70 | $ 450.00 | $ 315.00 |
| | 3/13/2025 | AD | Follow up emails to/from Gary Jones re participation in bankruptcy case | 0.30 | $ 450.00 | $ 135.00 |
| | 3/13/2025 | AD | Reviewed REPC's related to HPH Holdings and DRH Holdings that may provide additional funding for use by the Debtor | 0.40 | $ 450.00 | $ 180.00 |
| | 3/13/2025 | AD | Emails to/from Client re Hall Labs operations and sources and uses of funds | 0.70 | $ 450.00 | $ 315.00 |
| | 3/14/2025 | AD | Emails to/from Client re payroll that was used prior to bankruptcy but did not clear account until after bankruptcy filing | 0.50 | $ 450.00 | $ 225.00 |
| | 3/14/2025 | AD | Follow up emails to/from Client re payroll issues | 0.50 | $ 450.00 | $ 225.00 |
| | 3/18/2025 | AD | Received and analyzed account information received from Client | 0.30 | $ 450.00 | $ 135.00 |
| | 3/19/2025 | AD | Emails to/from Client re accounting issues and items needed for upcoming meeting with USTP | 0.50 | $ 450.00 | $ 225.00 |
| | 3/19/2025 | AD | Call to Mel Burnham, creditor for Hall Labs | 0.10 | $ 450.00 | $ 45.00 |
| | 3/19/2025 | AD | Meeting with Client and other preparation for and attendance at IDI with USTP | 3.90 | $ 450.00 | $ 1,755.00 |
| | 3/19/2025 | AD | Email to Client re contacts with USTP | 0.10 | $ 450.00 | $ 45.00 |
| | 3/20/2025 | AD | Listened to and responded to voice mails from parties in interest | 0.20 | $ 450.00 | $ 90.00 |
| | 3/24/2025 | AD | Emails to/from Client re Initial Financial Report and items needed for the report | 0.30 | $ 450.00 | $ 135.00 |
| | 3/24/2025 | AD | Reviewed, analyzed and emails to/from Client re financial projections | 0.50 | $ 450.00 | $ 225.00 |
| | 3/25/2025 | AD | Client and preparation for and conference with Client re Initial Financial Report and strategy issues with the case going forward | 1.10 | $ 450.00 | $ 495.00 |
| | 3/25/2025 | AD | Emails to/from Client re DIP checks and required information | 0.20 | $ 450.00 | $ 90.00 |
| | 3/26/2025 | AD | Reviewed and analyzed updated cash flow projections and emails to/from Client re the same | 0.50 | $ 450.00 | $ 225.00 |
| | 3/26/2025 | AD | Emails to/from Client re Gary Jones re representation (No Charge) | 0.20 | $ 450.00 | $ - |
| | 3/26/2025 | AD | Reviewed and analyzed SPHL agreement and emails to/from Client re the same | 1.00 | $ 450.00 | $ 450.00 |
| | 3/26/2025 | AD | Finalized and filed Order on Motion to Limit Notice | 0.50 | $ 450.00 | $ 225.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 3/27/2025 | AD | Follow up emails to Matt Burne requesting endorsement of Orders re appointment of counsel and limiting notice | 0.10 | $ 450.00 | $ 45.00 |
| | 3/27/2025 | AD | Emails to/from Client re collateralization certificate and concerns raised by Chase Bank | 0.30 | $ 450.00 | $ 135.00 |
| | 3/27/2025 | AD | Reviewed voice mail and call to Joe Covey re Hall Labs | 0.20 | $ 450.00 | $ 90.00 |
| | 3/28/2025 | AD | Reviewed and analyzed proposed changes to S&S and B26 Statement | 0.50 | $ 450.00 | $ 225.00 |
| | 3/28/2025 | AD | Emails to/from Brian Rothschild re SPHL proposal and 9019 Motion | 0.20 | $ 450.00 | $ 90.00 |
| | 3/31/2025 | AD | Emails to/from Matt Burne re unsecured creditors formation meeting | 0.10 | $ 450.00 | $ 45.00 |
| | 4/1/2025 | AD | Emails to/from Matt Burne re upcoming meeting on formation of Unsecured Creditor's Committee and attendance at the meeting via telephone | 0.40 | $ 450.00 | $ 180.00 |
| | 4/1/2025 | AD | Discussed equipment issue with Client | 0.20 | $ 450.00 | $ 90.00 |
| | 4/1/2025 | AD | Discussed Central Bank claims and cross-collateralization issues with Scott Brown | 0.30 | $ 450.00 | $ 135.00 |
| | 4/2/2025 | AD | Emails to/from Client re obligations secured by assets belonging to third parties | 0.20 | $ 450.00 | $ 90.00 |
| | 4/2/2025 | AD | Reviewed and analyzed information on prospective land sales in connection with Central Bank's claims and cross-collateralization issues | 0.40 | $ 450.00 | $ 180.00 |
| | 4/3/2025 | AD | Follow up emails to/from Brian Rothschild re SPHL settlement | 0.10 | $ 450.00 | $ 45.00 |
| | 4/4/2025 | AD | Emails to/from Scott Brown re land sales and potential excess funds that may be available to the Debtor for operations and follow up email to Client re additional information requested by Central Bank | 0.40 | $ 450.00 | $ 180.00 |
| | 4/6/2025 | AD | Emails to/from Wendy re set up of second DIP account with US Trustee approval | 0.10 | $ 450.00 | $ 45.00 |
| | 4/7/2025 | AD | Reviewed and analyzed Client's responses to additional information requested by Central Bank | 0.30 | $ 450.00 | $ 135.00 |
| | 4/8/2025 | AD | Emails to/from Matt Burne re items needed for 341 Meeting and follow up email to Client re the same | 0.20 | $ 450.00 | $ 90.00 |
| | 4/8/2025 | AD | Sent documents to Client for preparation for 341 Meeting with instructions | 0.50 | $ 450.00 | $ 225.00 |
| | 4/8/2025 | AD | Follow up emails to/from Matt Burne re Rule B26 Report | 0.10 | $ 450.00 | $ 45.00 |
| | 4/9/2025 | AD | Email from Client re issue of bankruptcy approval for potential settlement | 0.10 | $ 450.00 | $ 45.00 |
| | 4/9/2025 | AD | Meeting with Client and other preparation for attendance at 341 Meeting | 4.20 | $ 450.00 | $ 1,890.00 |
| | 4/10/2025 | AD | Reviewed and analyzed 341 Directive and forwarded to Client with instructions | 0.30 | $ 450.00 | $ 135.00 |
| | 4/10/2025 | AD | Emails from Jeff Trousdale re Tom Stuart entities and follow up emails to/from Client re discussions with the Stuart entities | 0.20 | $ 450.00 | $ 90.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
|  | 4/10/2025 | AD | Reviewed and analyzed documentation received from Client in response to UST's Directives | 1.00 | $ 450.00 | $ 450.00 |
|  | 4/10/2025 | AD | Emails to/from Client re offer on R&R property | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/10/2025 | AD | Follow up email to Jeff Trousdale re potential response to Keystone Comfort Order Motion | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/11/2025 | AD | Follow up email to Jeff Trousdale re status of discussions with the Tom Stuart entities | 0.20 | $ 450.00 | $ 90.00 |
|  | 4/11/2025 | AD | Reviewed and analyzed responses to follow up questions and requests for additional information from Central Bank | 0.60 | $ 450.00 | $ 270.00 |
|  | 4/11/2025 | AD | Reviewed email from Wendy with voided checks from DIP accounts | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/14/2025 | AD | Reviewed and analyzed Rule 9019 Motion and attachments received from Brian Rothschild related to SPHL settlement and forwarded to Client with instructions | 0.80 | $ 450.00 | $ 360.00 |
|  | 4/15/2025 | AD | Email to Scott Brown with responses to follow up requests from Central Bank | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/14/2025 | AD | Follow up emails on SPHL settlement | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/11/2025 | AD | Reviewed emails re SPHL settlement documents | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/11/2025 | AD | Began looking at and evaluating Client's responses to USTP's Directives | 1.10 | $ 450.00 | $ 495.00 |
|  | 4/15/2025 | AD | Reviewed and analyzed email and attachments from Client re amendments to S&S | 0.20 | $ 450.00 | $ 90.00 |
|  | 4/15/2025 | AD | Reviewed emails re SPHL settlement with documents and follow up emails to/from Brian Rothschild re the same | 0.40 | $ 450.00 | $ 180.00 |
|  | 4/16/2025 | AD | Voice mail from and call to David Klingler (counsel for chair person of the Unsecured Creditor's Committee) | 0.30 | $ 450.00 | $ 135.00 |
|  | 4/16/2025 | AD | Follow up email to Brian Rothschild re additional documentation needed for SPHL settlement | 0.20 | $ 450.00 | $ 90.00 |
|  | 4/17/2025 | AD | Obtained additional documentation and finalized and filed SPHL 9019 Settlement Motion and email to Brian Rothschild re the same | 1.40 | $ 450.00 | $ 630.00 |
|  | 4/18/2025 | AD | Reviewed and evaluated additional changes and amendments to S&S received from Client | 0.30 | $ 450.00 | $ 135.00 |
|  | 4/21/2025 | AD | Follow up emails to/from Brian Rothschild re notice to parties to the pending litigation | 0.10 | $ 450.00 | $ 45.00 |
|  | 4/21/2025 | AD | Finalized and filed Notice of Hearing on Rule 9019 Motion | 0.80 | $ 450.00 | $ 360.00 |
|  | 4/21/2025 | AD | Emails to/from Client re issues related to Monthly Operating Report for March 2025 | 0.70 | $ 450.00 | $ 315.00 |
|  | 4/21/2025 | AD | Finalized and filed March 2025 Monthly Report with attachments | 0.60 | $ 450.00 | $ 270.00 |
|  | 4/22/2025 | AD | Emails to/from Client re another potential settlement and affect on pending litigation | 1.10 | $ 450.00 | $ 495.00 |
|  | 4/23/2025 | TL | Worked on amended creditors in Schedule F and need to file a 9019 motion related to Smarter Home bankruptcy | 0.50 | $ 425.00 | $ 212.50 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 4/23/2025 | AD | Emails to/from Client re third party payments by DRH Holdings in response to US Trustee's inquiries and responsive email to Matt Burne re the same | 0.50 | $ 450.00 | $ 225.00 |
| | 4/23/2025 | AD | Worked on Motion to Pay Prepetition Payroll that did not clear account until after the bankruptcy filing and forwarded to Client with explanations and instructions | 1.30 | $ 450.00 | $ 585.00 |
| | 4/23/2025 | AD | Worked on Amended S&S and forwarded to Client with instructions | 2.40 | $ 450.00 | $ 1,080.00 |
| | 4/24/2025 | AD | Emails to/from Client and other preparation for conference call with Client | 1.10 | $ 450.00 | $ 495.00 |
| | 4/24/2025 | AD | Worked on Amended S&S and forwarded to Client for approval with Amendment Cover Sheet | 1.20 | $ 450.00 | $ 540.00 |
| | 4/24/2025 | AD | Finalized and filed Pay Motion and Notice of Hearing re the same and amendments to S&S | 1.10 | $ 450.00 | $ 495.00 |
| | 4/24/2025 | AD | Follow up call to Matt Burne and email with responses to Trustee's Directives | 0.40 | $ 450.00 | $ 180.00 |
| | 4/24/2025 | AD | Emails to/from Mike Johnson re amended S&S and Monthly Report and forwarded to Client for review and additional response | 1.70 | $ 450.00 | $ 765.00 |
| | 4/25/2025 | AD | Email to/from Client re budget and related issues | 1.00 | $ 450.00 | $ 450.00 |
| | 4/28/2025 | AD | Meeting with Client and other preparation for and attendance at continued 341 Meeting | 3.40 | $ 450.00 | $ 1,530.00 |
| | 4/28/2025 | AD | Reviewed and evaluated email from Client re funds from HPH and DRH Holdings | 0.20 | $ 450.00 | $ 90.00 |
| | 4/28/2025 | AD | Email from Jeff Trousdale requesting Carta Valuation and forwarded to Jeff as per his request | 0.30 | $ 450.00 | $ 135.00 |
| | 4/28/2025 | AD | Requested 341 recordings from USTP's office | 0.10 | $ 450.00 | $ 45.00 |
| | 4/28/2025 | AD | Follow up emails re potential Smarter Home settlement | 0.20 | $ 450.00 | $ 90.00 |
| | 4/28/2025 | AD | Emails from Client re typo re: amount as to Lance VC and other corrections needed for S&S | 0.30 | $ 450.00 | $ 135.00 |
| | 4/28/2025 | AD | Follow up on appointment of Unsecured Creditor's Committee and forwarded information to Client as requested | 0.30 | $ 450.00 | $ 135.00 |
| | 4/29/2025 | AD | Emails to/from Client and counsel re potential Smarter Home settlement | 0.40 | $ 450.00 | $ 180.00 |
| | 4/29/2025 | AD | Follow up with Client re strategic alternatives | 0.30 | $ 450.00 | $ 135.00 |
| | 5/1/2025 | AD | Follow up emails to/from Client re Smarter Home settlement and the effect on Client's case | 0.30 | $ 450.00 | $ 135.00 |
| | 5/1/2025 | AD | Follow up emails to/from Lindsay Huston re documents in response to USTP's Directives from 341 | 0.10 | $ 450.00 | $ 45.00 |
| | 5/1/2025 | AD | Began reviewing and analyzing Motion to Convert or Alternatively, Appointment of Chapter 11 Trustee ("MTCAT") and outlining response thereto | 1.50 | $ 450.00 | $ 675.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
|  | 5/2/2025 | AD | Voice mail from and emails to/from Scott Daniels re state law litigation involving Hall Labs and strategy issues related thereto | 0.10 | $ 450.00 | $ 45.00 |
|  | 5/3/2025 | AD | Call from Scott Daniels re state law litigation and related strategy issues | 0.20 | $ 450.00 | $ 90.00 |
|  | 5/5/2025 | AD | Email from Scott Daniels re court's ruling staying state law litigation while bankruptcy case moves forward | 0.10 | $ 450.00 | $ 45.00 |
|  | 5/6/2025 | AD | Forwarded MTCAT to Client with instructions and request for detailed responses | 0.20 | $ 450.00 | $ 90.00 |
|  | 5/7/2025 | AD | Update from Client on sale of HPH land and resulting satisfaction of Central Bank claims | 0.10 | $ 450.00 | $ 45.00 |
|  | 5/8/2025 | AD | Emails to/from counsel re Smarter Home settlement and potential issues related to bankruptcy case | 0.20 | $ 450.00 | $ 90.00 |
|  | 5/8/2025 | AD | Began reviewing Client's responses to MTCAT | 0.40 | $ 450.00 | $ 180.00 |
|  | 5/8/2025 | AD | Emails to/from David Leigh requesting extension of response time for MTCAT | 0.20 | $ 450.00 | $ 90.00 |
|  | 5/9/2025 | AD | Update from Client re dismissal of one of the Texas lawsuits against Hall Labs | 0.10 | $ 450.00 | $ 45.00 |
|  | 5/11/2025 | AD | Reviewed email and April 2025 Monthly Report received from Client | 0.40 | $ 450.00 | $ 180.00 |
|  | 5/10/2025 | AD | Emails to/from Keystone's counsel re extension to respond to MTCAT | 0.40 | $ 450.00 | $ 180.00 |
|  | 5/9/2025 | AD | Worked on response to MTCAT | 1.80 | $ 450.00 | $ 810.00 |
|  | 5/9/2025 | AD | Numerous emails and calls back and forth between AD, Keystone's counsel and Court re extension to file response to MTCAT | 0.40 | $ 450.00 | $ 180.00 |
|  | 5/8/2025 | AD | Call from and emails to/from Jeremy Sink for Unsecured Creditor's Committee re Vandenhall stock issues related to Keystone's Comfort Order Motion | 0.30 | $ 450.00 | $ 135.00 |
|  | 5/12/2025 | AD | Worked on Hall Declaration in Support of Response to MTCAT and the response itself | 2.10 | $ 450.00 | $ 945.00 |
|  | 5/12/2025 | AD | Preparation for and attendance at meeting with Client to discuss response to MTCAT and future course of action | 3.20 | $ 450.00 | $ 1,440.00 |
|  | 5/12/2025 | AD | Research assignment to TL re legal issues related to response to MTCAT and DS | 0.30 | $ 450.00 | $ 135.00 |
|  | 5/12/2025 | AD | Reviewed and analyzed legal research related to DS and MTCAT | 1.00 | $ 450.00 | $ 450.00 |
|  | 5/13/2025 | AD | Emails to/from Client re Hall Declaration and response to MTCAT | 0.30 | $ 450.00 | $ 135.00 |
|  | 5/13/2025 | AD | Emails to counsel re Smarter Home settlement issues and bearing on bankruptcy case | 0.20 | $ 450.00 | $ 90.00 |
|  | 5/13/2025 | AD | Emails to/from Client re changes needed to Hall Declaration | 0.20 | $ 450.00 | $ 90.00 |
|  | 5/12/2025 | AD | Worked on Response to MTCAT and sent revised draft to Client for review and input | 4.10 | $ 450.00 | $ 1,845.00 |
|  | 5/13/2025 | AD | Emails to/from Client with suggested changes to Response to MTCAT and begain incorporating those changes into Response | 0.70 | $ 450.00 | $ 315.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 5/14/2025 | AD | Emails from Jeremy Sink re potential filing of bankruptcy by Hall Trust and forwarded to Client for consideration | 0.10 | $ 450.00 | $ 45.00 |
| | 5/14/2025 | AD | Reviewed and analyzed email from Matt Burne re USTP's anticipated response to MTCAT favoring conversion | 0.20 | $ 450.00 | $ 90.00 |
| | 5/14/2025 | AD | Emails to/from Client re funds available to compensate Trustee if one is appointed | 0.10 | $ 450.00 | $ 45.00 |
| | 5/14/2025 | AD | Reviewed and analyzed April 2025 Monthly Report | 0.30 | $ 450.00 | $ 135.00 |
| | 5/16/2025 | AD | Emails to/from counsel re potential Smarter Home's settlement and ramifications related to claims against the Debtor and property of the estate | 0.20 | $ 450.00 | $ 90.00 |
| | 5/16/2025 | AD | Updated Response to MTCAT and forwarded to Client for review and input and emails to/from Client re the same | 1.20 | $ 450.00 | $ 540.00 |
| | 5/16/2025 | AD | Reviewed Unsecured Creditor's Committee's Objection to Keystone's Comfort Order Motion and Application to Appoint Sink as counsel | 0.80 | $ 450.00 | $ 360.00 |
| | 5/16/2025 | AD | Reviewed email from Scott Brown re sale of property securing Central Bank's claims against the Debtor | 0.10 | $ 450.00 | $ 45.00 |
| | 5/16/2025 | AD | Emails to/from Michael Johnson re issues related to Hall Trust and the Bank's lien and application of proceeds to satisfy several of Central | 0.20 | $ 450.00 | $ 90.00 |
| | 5/17/2025 | AD | Debtor and forwarded to Client for response | 0.10 | $ 450.00 | $ 45.00 |
| | 5/19/2025 | AD | Emails to/from Client re issues raised by Keystone's counsel re Hall Trust and claims related to the Debtor | 0.10 | $ 450.00 | $ 45.00 |
| | 5/19/2025 | AD | Reviewed various emails re Smarter Home settlement and related funding from non Debtor resources | 0.20 | $ 450.00 | $ 90.00 |
| | 5/19/2025 | AD | Reviewed response to Keystone inquiry re Trust | 1.00 | $ 450.00 | $ 450.00 |
| | 5/20/2025 | AD | Finalized and filed Response to MTCAT | | | |
| | 5/20/2025 | AD | Reviewed and analyzed Unsecured Creditor's Committee's Joinder to Keystone's Motion to Appoint Trustee and creditor's Objection to Motion to Convert | 0.50 | $ 450.00 | $ 225.00 |
| | 5/20/2025 | AD | Reviewed and evaluated emails from Jeremy Sink re various issues related to Hall Trust and the Debtor and forwarded to Client for input on response and receiving response thereto | 0.30 | $ 450.00 | $ 135.00 |
| | 5/20/2025 | AD | Email to Jeremy Sink re Trust issues (No Charge) | 0.20 | $ 450.00 | $ - |
| | 5/21/2025 | AD | Emails to/from Matt Burne and follow up with Client re resolution of MTCAT by stipulating to the appointment of a Trustee | 0.20 | $ 450.00 | $ 90.00 |
| | 5/21/2025 | AD | Emails to/from Scott Dansie re Georgia litigation against the Debtor (No Charge) | 0.20 | $ 450.00 | $ - |
| | 5/21/2025 | AD | Emails to/from Client re ramifications of appointment of Chapter 11 Trustee | 0.20 | $ 450.00 | $ 90.00 |
| | 5/22/2025 | AD | Received authorization from Client to stipulate to appointment of Chapter 11 Trustee and email to Matt Burne confirming the same | 0.10 | $ 450.00 | $ 45.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 5/22/2025 | AD | Reviewed emails to/from Jeremy Sink and Client re Trust issues and responded as appropriate | 0.20 | $ 450.00 | $ 90.00 |
| | 5/23/2025 | AD | Reviewed and evaluated proposed stipulation resolving Keystone MTCAT and forwarded to Client for review and input | 0.20 | $ 450.00 | $ 90.00 |
| | 5/27/2025 | AD | Emails to/from Matt Burne re Debtor's approval re Stipulation to Appoint Chapter 11 Trustee and authorization to affix electronic signature to the same | 0.10 | $ 450.00 | $ 45.00 |
| | 5/27/2025 | AD | Worked on proposed Order Approving 9019 Settlement Motion with SPHL and forwarded to Brian Rothschild and submitted to the Court | 0.80 | $ 450.00 | $ 360.00 |
| | 5/27/2025 | AD | Emails to/from Client re outlining strategy issues for upcoming meeting in preparation for hearing on May 29, 2025 | 0.40 | $ 450.00 | $ 180.00 |
| | 5/27/2025 | AD | Reviewed and evaluated proposed Order re MTCAT prepared by Michael Johnson and email to Mike Johnson indicating no objection to proposed Order | 0.30 | $ 450.00 | $ 135.00 |
| | 5/27/2025 | AD | Reviewed various emails and evaluated changed to proposed Order and responded with "no objection" in effort to expedite appointment of Chapter 11 Trustee in case | 0.20 | $ 450.00 | $ 90.00 |
| | 5/27/2025 | AD | Emails to/from Matt Burne re recommendations for Chapter 11 Trustee | 0.20 | $ 450.00 | $ 90.00 |
| | 5/28/2025 | AD | Emails to/from Matt Burne re alternative Chapter 11 Trustees and made recommendation accordingly | 0.20 | $ 450.00 | $ 90.00 |
| | 5/29/2025 | AD | Meeting with Client and other preparation for and attendance at hearing on multiple Motions in case | 4.30 | $ 450.00 | $ 1,935.00 |
| | 6/3/2025 | AD | Reviewed email from David Duncan re SPHL settlement and implementation of the same | 0.10 | $ 450.00 | $ 45.00 |
| | 6/4/2025 | AD | Reviewed various emails re Smarter Home settlement (No Charge) | 0.50 | $ 450.00 | $ - |
| | 6/5/2025 | AD | Reviewed additional emails re Smarter Home settlement (No Charge) | 0.50 | $ 450.00 | $ - |
| | 6/6/2025 | AD | Reviewed emails re status of trustee appointment and continued hearing on Keystone's Motion for Comfort Order | 0.20 | $ 450.00 | $ 90.00 |
| | 6/6/2025 | AD | Emails to/from Michael Thomson re appointment as Chapter 11 Trustee and forwarded to Client with instructions | 0.20 | $ 450.00 | $ 90.00 |
| | 6/6/2025 | AD | Emails to/from Client re upcoming meeting with Trustee | 0.20 | $ 450.00 | $ 90.00 |
| | 6/6/2025 | TL | Reviewed Order Appointing Trustee and endorsed as per USTP's request and emails to/from Matt Burne re the same | 0.40 | $ 425.00 | $ 170.00 |
| | 6/7/2025 | AD | Emails to/from Mike Thomson re upcoming meeting and forwarded information to Client with instructions | 0.10 | $ 450.00 | $ 45.00 |
| | 6/9/2025 | AD | Emails to/from Mike Thomson and Client re upcoming meeting on 6/10/25 | 0.10 | $ 450.00 | $ 45.00 |
| | 6/10/2025 | AD | Email and attached voice mail from Scott Brown re Central Bank and communications from Client to Central Bank's counsel | 0.30 | $ 450.00 | $ 135.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|------|------|-------|-------|----------|------|--------|
| | 6/10/2025 | AD | Follow up email to Client with instructions re communications with oppposing counsel | 0.20 | $ 450.00 | $ 90.00 |
| | 6/10/2025 | AD | Preparation for and attendance at meeting with Client in preparation for and attendance at meeting with Mike Thomson, et al | 4.10 | $ 450.00 | $ 1,845.00 |
| | 6/13/2025 | AD | Reviewed Notice of Default received from Hillcrest and email to Client with instructions | 0.20 | $ 450.00 | $ 90.00 |
| | 6/13/2025 | AD | Reviewed emails re rescheduled hearing on Keystone's Motion for Comfort Order (No Charge) | 0.20 | $ 450.00 | $ - |
| | 6/17/2025 | AD | Emails to/from Mike Thomson re DIP accounts | 0.20 | $ 450.00 | $ 90.00 |
| | 6/18/2025 | AD | Emails to/from Matt Burne et al re Mike Thomson's resignation and appointment of Mark Rose as substitute trustee | 0.20 | $ 450.00 | $ 90.00 |
| | 6/23/2025 | AD | Reviewed emails to/from Mike Thomson and Crowe LLP re tax returns etc as well as Mark Rose as substitute Trustee (No Charge) | 0.30 | $ 450.00 | $ - |
| **Total CH 11 - ADM** | | | | **103.30** | | **$ 45,517.50** |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| **CH 11 - APP** | | | | | | |
| | 3/10/2025 | AD | Emails to/from Matt Burne re supplementing application for appointment of counsel | 0.30 | $ 450.00 | $ 135.00 |
| | 3/10/2025 | AD | Revised Application for Appointment of Counsel as per Matt's request and forwarded to Client for review and approval | 0.70 | $ 450.00 | $ 315.00 |
| | 3/10/2025 | AD | Finalized and filed Supplemental Application | 0.40 | $ 450.00 | $ 180.00 |
| | 3/10/2025 | AD | Forwarded Supplemental Application to Appoint counsel to Matt Burne with explanation | 0.20 | $ 45.00 | $ 9.00 |
| | 3/24/2025 | AD | Emails to/from Client re contract for accounting work with Crowe and appointment as accountants for the estate | 0.20 | $ 450.00 | $ 90.00 |
| | 3/26/2025 | AD | Finalized and filed Order on Appointment of Counsel | 0.40 | $ 450.00 | $ 180.00 |
| | 4/2/2025 | AD | Emails to/from Crowe LLP re appointment as accountant for the Debtor | 0.30 | $ 450.00 | $ 135.00 |
| | 6/30/2025 | TL | Worked on First and Final Fee Application | 3.00 | $ 425.00 | $ 1,275.00 |
| | 7/1/2025 | TL | Additional work on First and Final Fee Application | 3.00 | $ 425.00 | $ 1,275.00 |
| | 7/2/2025 | AD | Review and work on First and Final Fee Application | 2.00 | $ 450.00 | $ 900.00 |
| **Total CH 11 - APP** | | | | **10.50** | | **$   4,494.00** |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|------|------|-------|-------|----------|------|--------|
| CH 11 -FIN | | | | | | |
| | 3/6/2025 | AD | Reviewed and analyzed emails from Mike Johnson (Keystone) re cash collateral and relief from stay as to Trust and forwarded to Client for review and response | 1.40 | $ 450.00 | $ 630.00 |
| | 3/7/2025 | AD | Emails to/from Client re cash collateral and segregating funds | 0.20 | $ 450.00 | $ 90.00 |
| | 3/7/2025 | AD | Emails to/from Mike Johnson re nature of dispute re Keystone's claim | 0.20 | $ 450.00 | $ 90.00 |
| | 3/7/2025 | AD | Emails to/from Client re response to Keystone's assertions re cash collateral and relief from stay as to the Trust and valuation of the Vanderhall stock | 0.80 | $ 450.00 | $ 360.00 |
| | 3/8/2025 | AD | Reviewed and analyzed Notice of Interest in Cash Collateral etc filed by Keystone and forwarded to Client | 0.50 | $ 450.00 | $ 225.00 |
| | 3/10/2025 | AD | Emails to/from Client re Keystone loan documentation and began review of documentation | 2.10 | $ 450.00 | $ 945.00 |
| | 3/11/2025 | AD | Reviewed and analyzed emails to/from Mike Johnson re Vanderhall stock and related issues | 0.70 | $ 450.00 | $ 315.00 |
| | 3/12/2025 | AD | Forwarded Keystone's emails re Vanderhall stock to Client and emails to/from Client re responses thereto | 0.80 | $ 450.00 | $ 360.00 |
| | 3/12/2025 | AD | Calls and emails to/from David Leigh (Keystone) re potential conference between Keystone and Client with counsel present | 0.60 | $ 450.00 | $ 270.00 |
| | 3/12/2025 | AD | Follow up emails to/from Client re sources of funds and segregation of cash collateral | 0.40 | $ 450.00 | $ 180.00 |
| | 3/12/2025 | AD | Reviewed Motion for 2004 Exam and Request for Production of Documents from Keystone and forwarded to Client | 0.40 | $ 450.00 | $ 180.00 |
| | 3/12/2025 | AD | Worked on cash collateral issues and forwarded documentation to Client for review and input | 1.50 | $ 450.00 | $ 675.00 |
| | 3/13/2025 | AD | Reviewed and analyzed emails from Client re responses to Keystone inquiries re Vanderhall and follow up emails to/from Client re the same | 0.70 | $ 450.00 | $ 315.00 |
| | 3/13/2025 | AD | Emails to/from Mike Johnson re upcoming meeting between clients and counsel | 0.10 | $ 450.00 | $ 45.00 |
| | 3/20/2025 | AD | Meeting with Client and other preparation for and attendance at meeting with Keystone and its counsel | 2.10 | $ 450.00 | $ 945.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 3/20/2025 | AD | Follow up conference with Client re items discussed with Keystone and counsel and strategy issues re the same | 0.80 | $ 450.00 | $ 360.00 |
| | 4/11/2025 | AD | Finalized and filed response to Keystone's Comfort Order Motion and forwarded to Client with instructions | 1.30 | $ 450.00 | $ 585.00 |
| | 4/18/2025 | AD | Emails to/from David Klingler re etension request to Mike Johnson re Keystone Comfort Order Motion | 0.10 | $ 450.00 | $ 45.00 |
| | 4/23/2025 | AD | Follow up emails to/from Client re continued hearing on Keystone Motion and upcoming conference and list of discussion items | 0.30 | $ 450.00 | $ 135.00 |
| | 4/25/2025 | AD | Emails to/from Matt Burne weighing in on concerns raised by Mike Johnson and the use of cash collateral and forwarded to Client for review and input | 0.30 | $ 450.00 | $ 135.00 |
| | 4/25/2025 | AD | Email and call to David Klingler re case and hearing status on Keystone Motion | 0.20 | $ 450.00 | $ 90.00 |
| | 4/25/2025 | AD | Emails to/from Client re cash collateral issues and the continued segregation of certain funds as per Keystone's request as well as confirmation of projections sent to USTP | 0.60 | $ 450.00 | $ 270.00 |
| | 4/25/2025 | AD | Responsive email to Matt Burne re cash collateral, transparency and disclosure issues | 0.40 | $ 450.00 | $ 180.00 |
| | 4/28/2025 | AD | Assignments to TL re cash collateral research | 0.20 | $ 450.00 | $ 90.00 |
| | 4/28/2025 | AD | Emails to/from Mike Johnson in effort to negotiate cash collateral issues | 0.30 | $ 450.00 | $ 135.00 |
| | 4/28/2025 | AD | Forwarded latest emails from Keystone to Client for review and input | 0.10 | $ 450.00 | $ 45.00 |
| | 4/29/2025 | AD | Additional research on cash collateral issues raised by Mike Johnson and email to Client re the same | 1.70 | $ 450.00 | $ 765.00 |
| | 4/29/2025 | AD | Follow up email to Client re strategy issues related to cash collateral and future course of action | 0.20 | $ 450.00 | $ 90.00 |
| **Total CH 11 - FIN** | | | | **19.00** | | **$ 8,550.00** |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| CH 11 - PLN | | | | | | |
| | 3/10/2025 | AD | Emails to/from Client re Disclosure Statement and sent form of DS to Client with instructions | 0.70 | $ 450.00 | $ 315.00 |
| | 3/10/2025 | AD | Reviewed and analyzed cash flow information received from Client | 0.30 | $ 450.00 | $ 135.00 |
| | 3/26/2025 | AD | Received draft of DS and email to Client re the same | 0.10 | $ 450.00 | $ 45.00 |
| | 3/27/2025 | AD | Worked on DS and related items in preparation for meeting with Client | 4.60 | $ 450.00 | $ 2,070.00 |
| | 4/14/2025 | AD | Emails to/from Client re Disclosure Statement and suggested changes thereto | 0.20 | $ 450.00 | $ 90.00 |
| | 4/29/2025 | AD | Follow up with Client on Disclosure Statement and moving forward quickly | 0.30 | $ 450.00 | $ 135.00 |
| | 4/30/2025 | AD | Preparation for and attendance at strategy conference and Disclosure Statement review with Client | 2.90 | $ 450.00 | $ 1,305.00 |
| | 5/1/2025 | AD | Reviewed additional changes to Disclosure Statement and worked on amending DS accordingly | 1.10 | $ 450.00 | $ 495.00 |
| | 5/6/2025 | AD | Reviewed and analyzed additional suggestions from Client re DS and worked on incorporating the same | 1.60 | $ 450.00 | $ 720.00 |
| | 5/8/2025 | AD | Worked on DS and exhibits and sent to Client with instructions | 2.30 | $ 450.00 | $ 1,035.00 |
| | 5/8/2025 | AD | Reviewed and incorporated additional changes to DS received from Client | 1.10 | $ 450.00 | $ 495.00 |
| | 5/9/2025 | AD | Emails to/from Client re additional information needed for DS | 0.20 | $ 450.00 | $ 90.00 |
| | 5/9/2025 | AD | Worked on DS and sent revised draft to Client for review and input | 1.10 | $ 450.00 | $ 495.00 |

**HALL LABS, LLC**
**Case 25-21038**

| Type | Date | Attny | Notes | Duration | Rate | Amount |
|---|---|---|---|---|---|---|
| | 5/12/2025 | AD | Finalized and filed DS | 0.70 | $ 450.00 | $ 315.00 |
| **Total CH 11 -PLN** | | | | **17.20** | | **$ 7,740.00** |
| **TOTAL** | | | | **150.00** | | **$ 66,301.50** |

**CH 11 - COSTS**

| Date | | | Amount |
|---|---|---|---|
| 3/31/2025 | Copies | | $   185.50 |
| 4/24/2025 | Copies | | $     21.00 |
| 4/24/2025 | Postage | | $     14.49 |
| 4/25/2025 | Copies | | $     72.00 |
| 4/25/2025 | Postage | | $     23.46 |
| 4/30/2025 | Copies | | $   209.00 |
| 5/30/2025 | Copies | | $   223.50 |
| 6/30/2025 | Copies | | $     79.50 |

**Total Costs** $   828.45